## AFFIDAVIT IN SUPPORT OF CRIMINAL
## COMPLAINT AND SEARCH WARRANTS

## I.    INTRODUCTION

I, Michael Saddy, being duly sworn, depose and state as follows:

1.    I am a Federal Task Force Officer (TFO), with the United States Department of Justice, Drug Enforcement Administration (DEA) and am currently attached to the Milwaukee District Office (MDO) Task Force Group 62 on the drug interdiction and opioid initiative as an investigator specializing in the smuggling, trafficking, and distribution of controlled substances. As such, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7) and 21 U.S.C. § 878, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I was deputized as a TFO with the DEA in 2017. In addition to being a TFO with the DEA, I am a Detective for the City of New Berlin Police Department and have been a full-time law enforcement officer since 2007.

2.    I have received basic criminal investigative training, attended the Wisconsin State Police Academy, and attended numerous DEA narcotic training courses. In the course of my work, I have become knowledgeable with the enforcement of state and federal laws pertaining to narcotics trafficking. I have participated in drug trafficking investigations conducted by the Milwaukee Police Department, Homeland Security Investigations (HSI), the Drug Enforcement Administration (DEA), the Federal Bureau of Investigation (FBI), the United States Postal Inspection Service (USPIS) and other law enforcement agencies, which resulted in the arrest of subjects, and the seizure of property, assets, and controlled substances. I have been involved with various electronic surveillance methods, the debriefing of defendants, informants, and witnesses,

as well as others who have knowledge of the distribution, transportation, storage, and importation of controlled substances.

3. I am familiar with various methods of smuggling and trafficking controlled substances and its' proceeds. I am also familiar with methods used to by traffickers to evade detection of both the controlled substances and its' proceeds. I have received training in the investigation of and am knowledgeable in investigations pertaining to drug trafficking, illegal firearm possession and trafficking, money laundering, financial investigations and various methods which drug dealers use in an effort to conceal and launder the proceeds of their illicit drug trafficking enterprises.

4. I have received training in the area of narcotics investigations, money laundering, financial investigations, and various methods that drug dealers use in an effort to conceal and launder the proceeds of their illicit drug trafficking enterprises. I have participated in numerous investigations involving violations of state and federal narcotics laws. I have participated or assisted in numerous federal and state search warrants for narcotic related offenses, which have resulted in the seizure of controlled substances, firearms, United States currency, vehicles, real estate, and jewelry from individuals involved in narcotic trafficking.

5. I have extensive training and experience in the investigation of criminal gangs, Continuing Criminal Enterprises (CCE), and Drug Trafficking Organizations (DTO). I am familiar with the different structures, the motivations for criminal their activities, the hierarchies, and the variety of roles of the members within the organizations. I have applied my training in the investigation of these organizations and have charted and tracked them. My investigations have revealed the geographical locations that they inhabit, the level of violence and crimes they have committed and their hierarchy and the roles of their members within their respective organizations. I

2

have participated in these types of investigations as both the lead investigator and co-agent and have successfully dismantled them by use of several law enforcement investigation techniques to include wiretaps.

6. In addition, through training, experience, and discussions with other experienced agents:

    a. I have learned about the manner in which individuals and organizations distribute controlled substances in Wisconsin as well as in other areas of the United States;

    b. I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, and crack cocaine. I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale. I know the street values of different quantities of the various controlled substances;

    c. I am familiar with the coded language utilized over the telephone to discuss drug trafficking and know that the language is often limited, guarded, and coded. I also know the various code names used to describe controlled substances;

    d. I know drug dealers often put telephones in the names of others (nominees) or obtain pre-paid cellular telephones from companies where no subscriber name or address is required to distance themselves from telephones that they use to facilitate drug distribution. Because drug traffickers go through many telephone numbers, they often do not pay final bills when they are done using a telephone number and then are unable to put another line in the name of that subscriber;

    e. I know large-scale drug traffickers often purchase and/or title their assets in fictitious names, aliases or the names of relatives, associates, or business entities to avoid detection of these assets by government agencies. I know that even though these assets are in names other than the drug traffickers, the drug traffickers actually own and continue to use these assets and exercise dominion and control over them;

    f. I know large-scale drug traffickers must maintain on-hand, large amounts of U.S. currency to maintain and finance their ongoing drug business;

    g. I know it is common for drug traffickers to maintain books, records, receipts, notes, ledgers, airline tickets, receipts relating to the purchase of financial instruments and/or the transfer of funds and other papers relating to the

transportation, ordering, sale and distribution of controlled substances. That the aforementioned books, records, receipts, notes, ledgers, etc., are maintained where the traffickers have ready access to them;

h. I know it is common for large-scale drug traffickers to secrete contraband, proceeds of drug sales and records of drug transactions in secure locations within their residences, their businesses and/or other locations over which they maintain dominion and control, for ready access and to conceal these items from law enforcement authorities or rival drug traffickers. These secure locations include, but are not limited to, safes, briefcases, purses, locked filing cabinets, and hidden storage areas in natural voids of a residence;

i. I know it is common for persons involved in large-scale drug trafficking to maintain evidence pertaining to their obtaining, secreting, transfer, concealment, and/or expenditure of drug proceeds, such as currency, financial instruments, precious metals and gemstones, jewelry, books, records of real estate transactions, bank statements and records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, safe deposit box keys and money wrappers. These items are maintained by the traffickers within residences (including attached and unattached garages), businesses or other locations over which they maintain dominion and control;

j. I know large-scale drug traffickers often use electronic equipment such as telephones (land-lines and cell phones), computers, telex machines, facsimile machines, currency counting machines and telephone answering machines to generate, transfer, count, record and/or store the information described in the items above, as well as conduct drug trafficking activities;

k. I know when drug traffickers amass large proceeds from the sale of drugs, the drug traffickers attempt to legitimize these profits through money laundering activities. To accomplish these goals, drug traffickers utilize the following methods, including, but not limited to: domestic and international banks and their attendant services, securities brokers, professionals such as attorneys and accountants, casinos, real estate, shell corporations and business fronts, and otherwise legitimate businesses that generate large quantities of currency;

l. I know drug traffickers commonly maintain addresses or telephone numbers in books or papers that reflect names, addresses and/or telephone numbers of their associates in the trafficking organization;

m. I know drug traffickers take or cause to be taken photographs of themselves; their associates, their property and their drugs. These traffickers usually maintain these photographs in their possession; and

n. I know a "controlled buy" (and/or controlled contact) is a law enforcement operation in which an informant purchases drugs from a target. The operation

is conducted using surveillance, usually audio and video taping equipment, and pre-recorded buy money. When an informant is used, he/she is searched for contraband, weapons, and money before the operation. The informant is also wired with a concealed body recorder and monitoring device. When the transaction is completed, the informant meets case agents at a pre-determined meet location and gives the purchased drugs and the recording/monitoring equipment to the case agents. The informant is again searched for contraband, weapons, and money. Additionally, all telephone calls made by the informant while under the direction and control of case agents are recorded.

o. In addition, during the course of such residential searches, I and other agents have also found items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the subject premises. Such identification evidence is typical of the articles people commonly maintain in their residences, such as canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys.

7. Pursuant to my official duties, I am submitting this affidavit in support of an application for a criminal complaint, arrest warrants, and search warrants for violations of federal laws, including violations of Title 21, United States Code, Sections 841(a)(1), 846, and 843(b), Distribution of, and Possession with Intent to Distribute, Controlled Substances; Attempt and Conspiracy to commit violations of Controlled Substances Offenses, including to Distribute and Possess with Intent to Distribute Controlled Substances; Use of Communications Facilities to Facilitate Controlled Substance Felonies; and, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (h); i.e. Money Laundering and Conspiracy to Commit Money Laundering; and, Title 18, U.S.C. Section 2.

8. I am personally involved in the investigation of the offenses discussed in this affidavit and I am familiar with all aspects of this investigation. The statements contained in this affidavit are based on my knowledge and, in part, information provided by LEOs, including (a) my personal knowledge and observations derived from participation in this investigation; (b) review of oral and written reports that I have received directly or indirectly from other LEOs about

this and other drug-trafficking investigations; (c) discussions I personally had concerning this investigation with other experienced drug-trafficking investigators; (d) physical surveillance by the DEA, Homeland Security Investigations (HSI), and local law enforcement agencies, the results of which have been reported to me directly or indirectly; (e) public records; (f) review of telephone toll records, pen register and trap and trace information, and telephone subscriber information; (g) information provided by confidential sources working for the DEA, HSI, and North Central HIDTA; (h) consensually-recorded phone calls between confidential sources, undercover agents that involved the TARGET TELEPHONES (TT); (i) controlled purchases of heroin, fentanyl, and cocaine; (j) review of driver's license and automobile registration records; (k) records obtained from law enforcement databases; (l) my training and experience as a DEA TFO; and (m) the training and experience of other LEOs involved in this investigation; (n) United States Postal service records; (o) and wire and electronic communication interceptions that have been translated from Spanish to English.

9.     The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing search warrants and a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations set forth above occurred and that probable cause exists to believe that the property described in Attachment A, incorporated herein by reference, contain the items that are described in Attachment B.

## II. INDIVIDUALS FOR WHOM A CRIMINAL COMPLAINT IS SOUGHT

|  | NAME | DATE OF BIRTH |
|---|---|---|
| 1 | David QUINONES-QUINONES<br>aka: Davo | 11-18-1971 |
| 2 | David Joel QUINONES-RIOS<br>aka: Davito, Gordito, Gordo | 05-08-1990 |
| 3 | Roberto ORENCH-FELICIANO<br>aka: Kendo, Kendo Kaponi | 10-06-1992 |
| 4 | Carlos Omar CONCEPCION-RIVERA<br>aka: Omy | 03-18-1988 |
| 5 | Yashira Jehovalis CORTES-NIEVES | 08-09-1995 |
| 6 | Jose GONZALEZ-COLLADO<br>aka: Chieto, Gordo | 05-11-1991 |
| 7 | Hector Yamil RODRIGUEZ-RODRIGUEZ<br>aka: Yamil | 01-01-1992 |
| 8 | Marcos APONTE-LEBRON<br>aka: Viejo, Kiko | 01-25-1979 |
| 9 | Vladimir RODRIGUEZ-RODRIGUEZ<br>aka: Vlado | 09-05-1994 |
| 10 | Steven CORTES-IRIZARRY<br>aka: Tufo | 08-23-1982 |
| 11 | Keven TORRES-BONILLA | 12-01-1990 |
| 12 | Andros MARTINEZ-PELLOT | 10-14-1989 |
| 13 | Eric ROSA<br>aka: Erico | 07-10-1987 |
| 14 | Kadeja LEWIS<br>aka: black girl, dark skinned girl, KD | 07-08-1990 |
| 15 | Yadier ROSARIO | 10-03-1996 |
| 16 | Julio RIVERA-RAMIREZ<br>aka: Macho | 04-25-1968 |

| 17 | Rafael RIVERA-HERNANDEZ<br>Aka: Rafa | 04-24-1954 |
| 18 | Ricardo BONILLA<br>aka: Ricky | 09-19-1971 |
| 19 | Jose BURGOS-RIVERA<br>aka: Chino | 09-13-1977 |
| 20 | Jomar LABOY-SILVA<br>aka: Yomo | 01-14-1993 |
| 21 | Enid MARTINEZ | 05-28-1987 |
| 22 | Alexander MORALES-RIVERA<br>aka: Robert | 12-05-1992 |
| 23 | Keishla M. ORENCH-FELICIANO | 10-26-1993 |
| 24 | Wilberto SANTIAGO-MARTINEZ<br>aka: Willy | 03-30-1981 |
| 25 | Julio SEDA-MARTINEZ<br>aka: Bebo | 01-02-1981 |
| 26 | Jose M. AVILES-GONZALEZ<br>Aka: Josema | 06-12-1994 |

## III.   PROPERTIES FOR WHICH SEARCH WARRANTS ARE SOUGHT

10.   For the reasons discussed herein, there is probable cause to believe that located at and in the following properties (hereinafter the "PREMISES"), more fully described in Attachment A, are items that constitute evidence of drug trafficking, including violations of Title 21, United States Code, Sections 841 and 846; and money laundering, Title 18 United States Code, Sections 1956 and 2.

a.   120 East National Avenue, #326, Milwaukee, WI – identified as belonging to Jose AVILES-GONZALEZ. A check of WE Energies revealed that services were established on August 4, 2019, in the name of Daisy M. Velez-Collet, (414) 553-0258.

b. 931 West Walker Street, Milwaukee, WI – identified as belonging to Alexander MORALEZ-RIVERA. A check of WE Energies revealed that services were established on March 20, 2017, in the name of Nellie Rivera-Rivas, (908) 313-5651.

c. 1339 West Scott Street, Apartment 1, Milwaukee, WI – identified as belonging to Alexander MORALEZ-RIVERA. A check of WE Energies revealed that services were established on September 25, 2018, in the name of Sharitza Rosado-Morales, (414) 346-3587.

d. 1466A South Union Street, Milwaukee, WI – identified as belonging to Julio RIVERA-RAMIREZ. A check of WE Energies revealed that services were established on March 31, 2017, in the name of Julio C. Rivera, (414) 544-9701, (414) 514-9650.

e. 1656 South Pearl Street, Milwaukee, WI – identified as belonging to Hector Yamil RODRIGUEZ-RODRIGUEZ and Katiria Perez-Gonzales. A check of WE Energies revealed that services were established on November 9, 2019, in the name of Katiria Perez, (414) 690-4619.

f. 2166 South 15th Street (lower), Milwaukee, WI – identified as belonging to Vladimir RODRIGUEZ-RODRIGUEZ. A check of WE Energies revealed that services were established on August 17, 2012, in the name of Juan Villanueva, (414) 803-0924.

g. 2179 South 14th Street, Upper Rear, Milwaukee, WI – identified as belonging to Rafael RIVERA-HERNANDEZ. A check of WE Energies revealed that services were established on June 29, 2018, in the name of Rafael Rivera, (414) 514-3478.

h. 2310A West Maple Street, Upper Unit, Milwaukee, WI – Identified as belonging to Yadier ROSARIO. A check of WE Energies revealed that services were established on January 26, 2019, in the name of Yadier Rosario, (414) 595-0785.

i. 2348A South 13th Street, Upper Rear, Milwaukee, WI – identified as belonging to Marcos APONTE-LEBRON and Enid MARTINEZ. A check of WE Energies revealed that services were established on November 3, 2018, in the name of Raul Rosas, 414-719-1933 and 414-588-6934.

j. 2730 South 10th Street, Milwaukee, WI – identified as belonging to Hector Yamil RODRIGUEZ-RODRIGUEZ. A check of WE Energies revealed that services were established on July 29, 2019, in the name of Hector Rodriguez, (414) 841-3770.

k.   5956 North 65th Street, Milwaukee, WI – identified as belonging to Jomar LABOY-SILVA. A check of WE Energies revealed that services were established on July 18, 2019, in the name of Weishka I. LaBoy, (414) 766-8371.

l.   6225 West Mitchell Street, Lower Unit, West Allis, WI –identified as belonging to Kelly Martinez-Bonilla, who is Steven CORTES-IRIZARRY's paramour. A check of WE Energies revealed that services were established on October 3, 2016, in the name of Kelly M. Martinez, (414) 982-8221.

m.   6353 West Lakefield Drive, Unit 1, Milwaukee, Wisconsin – identified as belonging to Eric ROSA. A check of WE Energies revealed that services were established on April 13, 2019, in the name of Eric Ramon Perez, (920) 515-5515.

n.   6652 North 43rd Street, Milwaukee, WI – Identified as belonging to Jose GONZALEZ-COLLADO. A check of WE Energies revealed that services were established on December 3, 2018, in the name of Jose M. Gonzalez-Collado, (708) 982-6640.

o.   8330 West Beloit Road, West Allis, Wisconsin – identified as belonging to Keven TORRES-BONILLA. A check of WE Energies revealed that services were established on December 13, 2019, in the name of Lesty E. Burgos, (414) 274-9724.

p.   N88W14822 Main Street, Apartment B-03, Menomonee Falls, WI – identified as belonging to Andros MARTINEZ-PELLOT. A check of WE Energies revealed that services were established on January 3, 2012, in the name of Daniel Bruckner, (414) 305-5800.

11.   The following sub-sections set forth various types of information obtained during this investigation regarding the locations and persons described above. Such information includes, but is not limited to the following: (1) information obtained from confidential sources; (2) surveillance; (3) recorded conversations; and (4) physical surveillance.

12.   This investigation was initiated in September 2018. To date, case agents have determined that a group of individuals, including, but not limited to David QUINONES-QUINONES, David Joel QUINONES-RIOS, Jose Manuel GONZALEZ-COLLADO, Hector Yamil RODRIGUEZ-RODRIGUEZ, and others, both known and unknown, are part of a drug

trafficking organization ("DTO") that distributes cocaine, heroin, and fentanyl in the Eastern District of Wisconsin and elsewhere.

13.     The investigation has further revealed that those who participated in shipping drug proceeds (i.e. cash) as payment for drugs, in parcels bearing the names and/or addresses of nominees have conspired to commit money laundering. Moreover, every disguised shipment represents an overt act of the conspiracy and a specific violation of Title 18, U.S.C., Sections 1956 (a)(1)(B)(i) and (h), knowing the transaction is designed to conceal the nature, source, location, ownership or control of the proceeds, and Conspiracy to Commit Money Laundering. In sum, the currency shipped from Milwaukee, Wisconsin, to Puerto Rico represents the proceeds from the sales of cocaine in the Eastern District of Wisconsin. Those proceeds were shipped to the sources of cocaine who reside in Puerto Rico, as payment for fronted cocaine, thus ensuring the continued shipment of cocaine laden parcels to Milwaukee.

## IV.    PROBABLE CAUSE

### A.    Case Initiation

14.     In September 2018, members of North Central High Intensity Drug Trafficking Area Group 63 and Group 68, along with members of Group 62 (HIDTA), initiated an investigation into individuals distributing large quantities of cocaine throughout Milwaukee, Wisconsin. HIDTA identified the individuals involved in this cocaine distribution as, among others, Jose Manuel GONZALEZ-COLLADO, Hector Yamil RODRIGUEZ-RODRIGUEZ, Marcos APONTE-LEBRON, and Eric ROSA. The investigation revealed that GONZALEZ-COLLADO obtained kilogram-quantities of cocaine from unknown source(s) of supply in Puerto Rico. ROSA would, among other things, broker cocaine deals for GONZALEZ-COLLADO in Milwaukee. APONTE-LEBRON would facilitate drug shipments from Puerto Rico, retrieve drugs

from storage facilities for further distribution by local distributors in Milwaukee, collect drug proceeds, and facilitate the mailing of those proceeds to Puerto Rico. The investigation disclosed that ROSA would also broker heroin and fentanyl transactions in Milwaukee.

15. The U.S. Postal Service intercepted cocaine-laden parcels originating from Puerto Rico and destined for residences in Milwaukee, Wisconsin on three distinct occasions early in these investigation. First, on September 28, 2018, the USPS intercepted and searched, pursuant to a warrant, a parcel containing approximately three kilograms of cocaine. The parcel originated from Hormigueros, Puerto Rico and was addressed to 1330 S. 22nd Street, Milwaukee, Wisconsin. On October 3, 2018, investigators observed a Honda Civic, registered to GONZALEZ-COLLADO, parked at the residence. On October 4, 2018, investigators executed an anticipatory warrant at 1330 S. 22nd Street, Milwaukee, Wisconsin once the cocaine-laden parcel was received at the residence. During the search, investigators discovered 353.46 grams of cocaine and firearms in the residence's garage. Parked in the alley adjacent to the garage, investigators observed a Toyota 4Runner, which was registered to GONZALEZ-COLLADO as well. The officers also detained an individual who agreed to become a confidential source (CS-2, discussed *infra*).

16. Second, on October 25, 2018, the USPS intercepted a suspicious parcel addressed to 2166 S. 15th Street, Milwaukee, Wisconsin and again originating from Hormigueros, Puerto Rico. Although officers attempted to deliver the parcel to the Milwaukee residence on October 29, 2018, no one retrieved it. A postal employee left a notice in the mailbox directing the parcel's intended recipients to contact the USPS to claim the parcel. An unidentified male went to the Post Office to give the USPS his contact number in reference to the undelivered parcel. The phone number was affiliated with Jose BURGOS-RIVERA, an identified associate of GONZALEZ-COLLADO. U.S. Postal Inspector (USPI) Tyler Fink called the number and spoke to a heavy-

accented male who agreed to retrieve the parcel. No one ever retrieved the parcel. On October 30, 2018, law enforcement searched the parcel pursuant to a warrant and discovered approximately two kilograms of cocaine.

17. Third, on April 8, 2019, the USPS intercepted a suspicious parcel addressed to 5152 S. 15th Street, Milwaukee, Wisconsin and originating from Mayaguez, Puerto Rico. The parcel was undeliverable because the destination address did not exist. On the same date, GONZALEZ-COLLADO went to the West Milwaukee Post Office to specifically inquire about the undelivered parcel. GONZALEZ-COLLADO gave the postal employee his name – Jose M. Collado – and telephone numbers as a means to contact him should the parcel arrive. Also on the same date, GONZALEZ-COLLADO left a message with the USPS to inquire about the parcel and left the telephone number (708) 982-6640 (i.e. TARGET TELEPHONE-5) as his contact number. On April 15, 2019, law enforcement searched the parcel pursuant to a warrant and discovered approximately 1.8 kilograms of cocaine. As detailed *infra*, investigators seized additional cocaine-laden parcels following the interception of wire and electronic communications in this case.

18. The investigation also determined that GONZALEZ-COLLADO had sent suspected drug proceeds to Puerto Rico. On February 19, 2019, location information derived from TARGET TELEPHONE-5 indicated the device was at a U.S. Post Office on the north side of Milwaukee. Video surveillance and still images from the postal facility showed GONZALEZ-COLLADO and an unknown male sending an overnight parcel to Puerto Rico. Suspecting GONZALEZ-COLLADO had mailed drug proceeds, the officers notified HSI and the Postal Inspection Service in Puerto Rico. On February 22, 2019, location information for TARGET TELEPHONE-5 indicated the device was again at the postal facility on the north side of Milwaukee. Video surveillance and still images showed GONZALEZ-COLLADO and Roberto

SOSA (GONZALEZ-COLLADO's brother in-law) requesting a refund for the overnight parcel sent to Puerto Rico on February 19, 2019. Also on February 22, 2019, U.S. Postal inspectors in Puerto Rico obtained a warrant to search the contents of the suspect parcel. The parcel contained over $72,000 in U.S. currency.

19. On May 23, 2019, USPI Fink reviewed U.S. Postal Service business records and identified a suspicious outbound parcel from Milwaukee, Wisconsin, destined for Mayaguez, Puerto Rico. The suspicious parcel was believed to contain narcotics proceeds. The parcel had a fictitious sender name and address (i.e. 1234 W. Walker Street, Milwaukee, Wisconsin 53204). Conspicuously, Carlos FIGUEROA-REYES's address is 1233 W. Walker Street, Milwaukee, Wisconsin. USPI Fink noted the consignee address had been used before by other members of the organization on April 9, 2019, and April 20, 2019. On May 24, 2019, USPI Fink reviewed surveillance video at the West Milwaukee Post Office where the suspected money parcel originated. A review of surveillance video and still images showed APONTE-LEBRON enter the Post Office carrying the suspected money parcel and complete the transaction.

20. According to U.S Postal records and video surveillance, between May 28, 2019 and November 26, 2019, Hector Yamil RODRIGUEZ-RODRIGUEZ appears to have shipped approximately 17 parcels containing suspected drug proceeds to various locations in Puerto Rico and one parcel to Mission, Texas. Likewise, between May 22, 2019 and November 25, 2019, APONTE-LEBRON appears to have shipped approximately 27 parcels containing suspected drug proceeds to various locations in Puerto Rico, two addresses in California, and three addresses in Mission, Texas. Investigators have identified an Internet Protocol (IP) address that has tracked several of the suspect parcels shipped to and from Puerto Rico and Mission, Texas. Based on information obtained via subpoena, the IP address tracking these parcels listed a subscriber address

of 2730 S. 10th St., Milwaukee, Wisconsin 53215, which is the residence of Hector Yamil RODRIGUEZ-RODRIGUEZ.

## B. Confidential Source Information

### Information Obtained From Cooperating Source 1 ("CS-1")

21. In September 2018, a confidential source (CS-1) contacted investigators. CS-1 provided information that was reliable given that CS-1 made statements both against CS-1's penal interest and later corroborated by other information gathered during the course of the investigation. CS-1 said CS-1 knew an individual named Eric ROSA who bragged about receiving regular cocaine shipments from Puerto Rico. CS-1 said ROSA is Puerto Rican and has family that still lives on the island territory. CS-1 said ROSA has offered to sell cocaine to CS-1 and that ROSA has sold cocaine to other individuals. ROSA has bragged to CS-1 about receiving multiple-kilogram quantities of cocaine, which ROSA says he keeps in a storage unit near his residence on Milwaukee's south side. ROSA's cocaine-dealing partner, an individual later identified as GONZALEZ-COLLADO, is also known to CS-1. CS-1 cooperated with law enforcement from approximately September 2018 to December 2018. CS-1 cooperated in exchange for consideration on an offense in Waukesha County, Wisconsin, which involved a reduction in work-release jail time. CS-1 has never been paid money in exchange for his cooperation with law enforcement. Thus far, the information provided by CS-1 has proven to be reliable and has been corroborated by, among other things, physical surveillance activities, USPS postal records, controlled buys and other confidential source information. According to law enforcement databases, CS-1 has been convicted of Operating While Intoxicated and Operating after Revocation in Waukesha County, Wisconsin, which is the same offense for which CS-1 received consideration.

## Information Obtained From Cooperating Source 2 ("CS-2")

22.     In October and November 2018, investigators spoke with another confidential source (CS-2), who provided information that was reliable given that CS-2 made statements both against CS-2's penal interest and later corroborated by other information gathered during the course of the investigation. CS-2 had known GONZALEZ-COLLADO for several months and, along with several of GONZALEZ-COLLADO's associates, shared an interest in working on automobiles. Given CS-2's close association with GONZALEZ-COLLADO and his associates, CS-2 became privy to the illicit activity in which they engaged. Specifically, CS-2 said GONZALEZ-COLLADO supervised a drug-trafficking organization in the greater Milwaukee area. According to CS-2, GONZALEZ-COLLADO had cocaine sent, via U.S. Mail, from Puerto Rico to Milwaukee. On several occasions, in the past six months, GONZALEZ-COLLADO mentioned to CS-2 that GONZALEZ-COLLADO's drug source-of-supply resides in Puerto Rico. GONZALEZ-COLLADO had numerous associates who agreed to receive the cocaine, which would be delivered to their home addresses in the Milwaukee area via the U.S. Postal Service. CS-2 admitted to receiving a parcel on behalf of GONZALEZ-COLLADO that CS-2 believed contained contraband. CS-2 identified Julio SEDA-MARTINEZ as "Bebo," a heroin user, who, on behalf of GONZALEZ-COLLADO, obtains cocaine-laden parcels sent via the USPS from Puerto Rico. CS-2 said SEDA-MARTINEZ also sends the organization's drug proceeds to Puerto Rico via wire transfers at Walmart.

23.     CS-2 said GONZALEZ-COLLADO may have cocaine suppliers in New Jersey. CS-2 described Hector Yamil RODRIGUEZ-RODRIGUEZ as a cocaine distributor who works with GONZALEZ-COLLADO. Intercepted communications over TARGET TELEPHONE-5 and TARGET TELEPHONE-2 (identified *infra*) and location information derived from TARGET

TELEPHONE-5 and TARGET TELEPHONE-2 suggested that GONZALEZ-COLLADO and APONTE-LEBRON traveled to Philadelphia, Pennsylvania to purchase heroin and transport it to Milwaukee in a car provided by a Philadelphia-based drug trafficker.

24.     CS-2 identified 1233 W. Walker St., Milwaukee, Wisconsin 53204 as a residence, used by organization members, to meet and conduct mechanical work on vehicles as well. The residence and rear garage are used to store illegal drugs too. CS-2 further characterized this location as a "stash house," which is a reference to a place where individuals clandestinely store illegal drugs and/or drug proceeds. While conducting surveillance, investigators observed GONZALEZ-COLLADO entering the rear garage area. CS-2 also identified Carlos Miguel FIGUEROA-REYES as "El Bori," the person who resides at 1233 W. Walker St. residence and assists GONZALEZ-COLLADO and others in the distribution of illegal drugs.

25.     CS-2 also explained the nature of GONZALEZ-COLLADO's "business" relationship with an individual later identified as Kadeja LEWIS. Between September and October 2018, CS-2 was present during 8-9 kilogram-level cocaine transactions between GONZALEZ-COLLADO and the LEWIS. In total, CS-2 has witnessed about 12 transactions where GONZALEZ-COLLADO has supplied cocaine dealers with kilogram-level quantities of cocaine. Because GONZALEZ-COLLADO spoke only Spanish and LEWIS spoke only English, CS-2, who speaks both English and Spanish, served as a translator during these cocaine transactions. CS-2 said LEWIS's father was also a cocaine trafficker, who may have worked at a car dealership with ROSA and GONZALEZ-COLLADO. CS-2 said LEWIS's father purchased cocaine from ROSA as well and sold the cocaine in the Racine, Wisconsin area. LEWIS gave CS-2 her phone number (i.e., (414) 736-0451) to facilitate future drug transactions with GONZALEZ-COLLADO.

26.     CS-2 actively cooperated with law enforcement from approximately October 2018 to January 2019. CS-2 expressed fears that CS-2's life would be endangered if the organization discovered that CS-2 was cooperating with law enforcement. CS-2 said GONZALEZ-COLLADO and other organization members have ceased communicating with CS-2 following CS-2's October 4, 2018 arrest for Possession of Cocaine with Intent to Deliver in Milwaukee, Wisconsin. CS-2 cooperated in exchange for an expectation of lenient treatment in the Milwaukee case involving the Possession of Cocaine with Intent to Deliver. Specifically, the Milwaukee County District Attorney's Office delayed prosecution of CS-2 in exchange for CS-2's ongoing cooperation with law enforcement. CS-2 has never been paid money in exchange for his cooperation with law enforcement. Thus far, the information provided by CS-2 has proven to be reliable and has been corroborated by, among other things, physical surveillance activities, USPS postal records, search warrants, controlled drug buys, undercover recordings and other confidential source information. According to law enforcement databases, CS-2 has been arrested for Aggravated Battery, Endanger Safety/Use/Dangerous Weapon in Milwaukee County, Wisconsin and convicted of Armed Robbery and Possession of a Controlled Substance in Montgomery, Alabama.

**Information obtained from Cooperating Source ("CS-3")**

27.     During the course of the investigation, case agents also received cooperation from another confidential source (CS-3). CS-3 agreed to conduct a controlled purchases of narcotics with the expectation that s/he would receive lenient treatment regarding pending state charges. Case agents believe the confidential source is credible and reliable because the confidential source made statements against the confidential source's penal interest. These statements were later corroborated by other information gathered during the course of the investigation. CS-3 has a 2017 arrest in Milwaukee County for possession with intent to deliver cocaine and possession with

intent to deliver heroin. In addition, CS-3 has a 2018 arrest in Milwaukee County for possession with intent to deliver cocaine, possession with intent to deliver heroin, use of a dangerous weapon, bail jumping and obstructing an officer. (See, *infra*, a discussion of MARTINEZ-PELLOT, for additional information regarding CS-3's cooperation).

## C. **Court-Authorized Interceptions**

28.     On June 13, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to intercept wire and electronic communications (Application Number 13029) for the cellular telephone assigned number (920) 651-5712, which was used by ROSA. Although interception began on June 13, 2019, no communications were intercepted because ROSA discontinued use of (920) 651-5712 on or about June 12, 2019.

29.     On June 20, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to intercept wire and electronic communications (Application Number 13029) for the cellular telephone assigned number (920) 651-5723 (hereinafter TARGET TELEPHONE-1), which ROSA previously used. Intercepted communications over TARGET TELEPHONE-1 were terminated on July 11, 2019.

30.     On July 9, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to intercept wire and electronic communications (Application Number 13029) for the cellular telephone assigned number (414) 501-6426 (hereinafter TARGET TELEPHONE-2), used by APONTE-LEBRON. As the result of an error in agency designation, an amended order was signed by District Judge J.P. Stadtmueller on July 10, 2019. Although interceptions began on July

10, 2019, no interceptions were initially obtained as APONTE-LEBRON had "self-suspended" the account affiliated with TARGET TELEPHONE-2 hours before interception began. On July 18, 2019, APONTE-LEBRON resumed use of TARGET TELEPHONE-2, allowing investigators to initiate interceptions of TARGET TELEPHONE-2. The interception of wire and electronic communications on TARGET TELEPHONE-2 ended on August 8, 2019.

31.     On July 25, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to intercept wire and electronic communications (Application Number 13029) for the cellular telephone assigned number (920) 492-6440 (hereinafter TARGET TELEPHONE-3) used by GONZALEZ-COLLADO, the cellular telephone assigned number (920) 651-5731 (hereinafter TARGET TELEPHONE-4) used by APONTE-LEBRON, and the cellular telephone assigned number (708) 982-6640 (hereinafter TARGET TELEPHONE-5) used by GONZALEZ-COLLADO.    The interception of wire and electronic communications on TARGET TELEPHONE-3 ended on August 2, 2019.    The interception of wire and electronic communications on TARGET TELEPHONE-4 and TARGET TELEPHONE-5 is scheduled to end on August 24, 2019.

32.     On August 27, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to intercept wire and electronic communications (Application Number 13029) for the cellular telephone assigned number (414) 841-3770 (hereinafter TARGET TELEPHONE-6) used by Hector Yamil RODRIGUEZ-RODRIGUEZ, the cellular telephone assigned number (414) 208-5745 (hereinafter TARGET TELEPHONE-7) used by Hector Yamil RODRIGUEZ-RODRIGUEZ, and the cellular telephone assigned number (920) 492-6147 (hereinafter TARGET

TELEPHONE-8) used by GONZALEZ-COLLADO. The interception of wire and electronic communications on TARGET TELEPHONE-6, TARGET TELEPHONE-7, and TARGET TELEPHONE-8 ended on September 26, 2019.

33. On September 13, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to intercept wire communications (Application Number 13029) for the cellular telephone assigned number (708) 970-3187 (hereinafter TARGET TELEPHONE-9) used by GONZALEZ-COLLADO. The interception of wire communications on TARGET TELEPHONE-9 ended on October 12, 2019.

34. On September 19, 2019 Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to intercept wire and electronic communications (Application Number 13029) for the cellular telephone assigned number (787) 960-9540 (hereinafter TARGET TELEPHONE-10) used by CONCEPCION-RIVERA. The interception of wire and electronic communications on TARGET TELEPHONE-10 ended on October 18, 2019.

35. On October 4, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge Lynn Adelman, Eastern District of Wisconsin, to continue intercepting wire and electronic communications (Application Number 13029) for the cellular telephone assigned number (414) 841-3770 (TARGET TELEPHONE-6) used by Hector Yamil RODRIGUEZ-RODRIGUEZ, and the cellular telephone assigned number (414) 208-5745 (TARGET TELEPHONE-7) used by Hector Yamil RODRIGUEZ-RODRIGUEZ; and for the initial interception of wire communications for the cellular telephone assigned number (787) 463-8963 (hereinafter TARGET TELEPHONE-11) used by QUINONES-RIOS, and the

cellular telephone assigned number (939) 274-6962 (hereinafter TARGET TELEPHONE-12) used by ORENCH-FELICIANO. The interception of wire and electronic communications on TARGET TELEPHONE-6 and TARGET TELEPHONE-7, and the interception of wire communications on TARGET TELEPHONE-11 and TARGET TELEPHONE-12, ended on November 3, 2019.

36.     On October 25, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to continue intercepting wire and electronic communications (Application Number 13029) for the cellular telephone assigned number (708) 970-3187 (TARGET TELEPHONE-9) used by GONZALEZ-COLLADO; and for the initial interception of wire and electronic communications for the cellular telephone assigned number (939) 414-0240 (hereinafter TARGET TELEPHONE-13), used by QUINONES-QUINONES, and the cellular telephone assigned number (787) 675-0225 (hereinafter TARGET TELEPHONE-14) used by FNU LNU 8 (a/k/a "Edward"). Interception of wire communications on TARGET TELEPHONE-14 ceased on October 29, 2019, as FNU LNU 8 discontinued use of TARGET TELEPHONE-14. The interception of wire communications on TARGET TELEPHONE-9, and the interception of wire and electronic communications on TARGET TELEPHONE-13, ended on November 23, 2019.

37.     On November 8, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to continue intercepting wire and electronic communications (Application Number 13029) for the cellular telephone assigned number (414) 841-3770 (TARGET TELEPHONE-6) used by Hector Yamil RODRIGUEZ-RODRIGUEZ, and the cellular telephone assigned number (414) 208-5745 (TARGET TELEPHONE-7) used by Hector Yamil RODRIGUEZ-RODRIGUEZ; and for the continued interception of wire communications for the cellular telephone assigned

number (787) 463-8963 (TARGET TELEPHONE-11) used by QUINONES-RIOS. The interception of wire and electronic communications on TARGET TELEPHONE-6 and TARGET TELEPHONE-7, and the interception of wire communications on TARGET TELEPHONE-11, ended on December 8, 2019.

38. On November 27, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge Lynn Adelman, Eastern District of Wisconsin, to continue intercepting wire communications (Application Number 13029) for the cellular telephone assigned number (708) 970-3187 (TARGET TELEPHONE-9) used by GONZALEZ-COLLADO; and for the continued interception of wire and electronic communications for the cellular telephone assigned number (939) 414-0240 (TARGET TELEPHONE-13), used by QUINONES-QUINONES. The interception of wire communications on TARGET TELEPHONE-9, and the interception of wire and electronic communications on TARGET TELEPHONE-13, ended on December 26, 2019.

39. On December 17, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to continue intercepting wire and electronic communications (Application Number 13029) for the cellular telephone assigned number (414) 208-5745 (TARGET TELEPHONE-7) used by Hector Yamil RODRIGUEZ-RODRIGUEZ; and for the continued interception of wire communications for the cellular telephone assigned number (414) 841-3770 (TARGET TELEPHONE-6) used by Hector Yamil RODRIGUEZ-RODRIGUEZ, and the cellular telephone assigned number (787) 463-8963 (hereinafter TARGET TELEPHONE-11) used by QUINONES-RIOS. The interception of wire communications on TARGET TELEPHONE-11 ended on January

7, 2020. The interception of wire communications on TARGET TELEPHONE-6 is scheduled to end on January 16, 2020.

40. On December 18, 2019, Assistant U.S. Attorney Robert J. Brady, Jr. applied for and successfully obtained an amended authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to continue intercepting wire and electronic communications (Application Number 13029) for the cellular telephone assigned number (414) 208-5745 (hereinafter TARGET TELEPHONE-7) used by Hector Yamil RODRIGUEZ-RODRIGUEZ. The interception of wire and electronic communications on TARGET TELEPHONE-7 is scheduled to end on January 17, 2020.

41. On January 3, 2020, Assistant U.S. Attorney Gail J. Hoffman applied for and successfully obtained authorization from U.S. District Judge J.P. Stadtmueller, Eastern District of Wisconsin, to continue intercepting wire communications (Application Number 13029) for the cellular telephone assigned number (708) 970-3187 (TARGET TELEPHONE-9) used by GONZALEZ-COLLADO; and for the continued interception of wire and electronic communications for the cellular telephone assigned number (939) 414-0240 (hereinafter TARGET TELEPHONE-13), used by QUINONES-QUINONES. The interception of wire communications on TARGET TELEPHONE-9, and the interception of wire and electronic communications on TARGET TELEPHONE-13, is scheduled to end on February 3, 2019.

## D. Additional Details Relating to Targets and Search Locations

42. Identification of callers, phone numbers, and addresses referenced herein have been established over the course of the investigation through the investigative means discussed above, including many conversations on intercepted communications over several months, phone records, information for confidential sources, public records searches, and electronic and personal

surveillance. The intercepted calls[1] detailed below are provided solely as a sample of what case agents believe are numerous inculpatory interceptions with the identified targets:

## Jose Manuel GONZALEZ-COLLADO

43. As discussed in detail herein, Jose Manuel GONZALEZ-COLLADO (a/k/a "Cheito" and "Gordo"), an Hispanic male born May 11, 1991, is a cocaine and heroin trafficker who obtains these controlled substances for further distribution to low to mid-level drug traffickers. GONZALEZ-COLLADO resides at 6652 N. 43rd Street, Milwaukee, Wisconsin, which has been confirmed by investigation, surveillance, and review of utilities records. During the course of this investigation, case agents determined that GONZALEZ-COLLADO has used several cellular telephone numbers, including (920) 492-6440 (TARGET TELEPHONE-3), (708) 982-6640 (TARGET TELEPHONE-5), (920) 492-6147 (TARGET TELEPHONE-8), and (708) 970-3187 (TARGET TELEPHONE-9).

### *GONZALEZ-COLLADO's receipt of kilogram-quantities of cocaine*

44. GONZALEZ-COLLADO is responsible for receiving kilogram quantities of cocaine sent via the U.S. Mail from Puerto Rico. For instance, on April 8, 2019, the U.S. Postal Service (USPS) intercepted a suspicious parcel addressed to 5152 S. 15th Street, Milwaukee, Wisconsin and originating from Mayagüez, Puerto Rico. The parcel was undeliverable because the destination address did not exist. On the same date, GONZALEZ-COLLADO went to the West Milwaukee Post Office to specifically inquire about the undelivered parcel. GONZALEZ-COLLADO gave the postal employee his name – Jose M. Collado – and telephone numbers as a means to contact him should the parcel arrive. Also on the same date, GONZALEZ-COLLADO

---

[1] Most of the intercepted communications referenced in this Affidavit were originally conducted in Spanish. These communications were translated into English by certified monitors who are fluent in both Spanish and English. Furthermore, the significance and meaning attributed to those intercepted communications are based on your Affiant's training, experience, and knowledge thus far derived from this investigation.

left a message with the USPS to inquire about the parcel and left the telephone number (708) 982-6640 (i.e. TARGET TELEPHONE-5) as his contact number. On April 15, 2019, law enforcement searched the parcel pursuant to a warrant and discovered approximately 1.8 kilograms of cocaine.

45.     Intercepted communications offered a glimpse into GONZALEZ-COLLADO's receipt and further distribution of cocaine from Puerto Rico. Specifically, on July 28, 2019, at 5:48 p.m., [2] TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) received a call from (414) 841-3770 (i.e., TARGET TELEPHONE-6), used by Hector Yamil RODRIGUEZ-RODRIGUEZ, who also received and distributed kilogram quantities of cocaine in coordination with GONZALEZ-COLLADO. During the intercepted conversation, GONZALEZ-COLLADO said, "I think four will arrive tomorrow (i.e., July 29, 2019) and one on Tuesday (i.e., July 30, 2019) . . . . He (i.e., the drug source-of-supply, later identified as Roberto ORENCH-FELICIANO, see *infra*) sent one to you for Tuesday; so, that means the other four will arrive tomorrow," indicating five cocaine-laden parcels were inbound for Milwaukee, Wisconsin. On the same day, at 8:30 p.m., TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) received a call from (414) 208-5745 (i.e., TARGET TELEPHONE-7), used by Hector Yamil RODRIGUEZ-RODRIGUEZ. During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Look, a picture of a box is missing," indicating he had not received the image of an inbound, cocaine-laden parcel. Hector Yamil RODRIGUEZ-RODRIGUEZ continued, "[T]he photo from Añasco (i.e., a town in western Puerto Rico), dude. The box that was sent from Añasco. There is the one from Las Marías (i.e., a town in western Puerto Rico), the one from Hormigueros (i.e., a town in western Puerto Rico), the one from Cabo Rojo (i.e., a town in western Puerto Rico)," indicating he had received images of several, inbound drug-laden parcels (or images of mailing receipts for those parcels).

---

[2] All the times noted in the narrative are in Central Standard Time or Central Daylight Time.

GONZALEZ-COLLADO and Hector Yamil RODRIGUEZ-RODRIGUEZ then engaged in the

following colloquy regarding the parcels' various destinations in Milwaukee:

GONZALEZ-COLLADO (GC):    Listen to me, the first box is for Union.
Hector Yamil RODRIGUEZ-RODRIGUEZ (R):    The first one is for Union, uh-huh.
GC:    The second one . . .
R:    The second one is for my girl's house.
GC:    The third one . . .
R:    The third one is for Holton that is at [unintelligible] . . .
GC:    Look, I sent (i.e., he sent an image of a parcel or mailing receipt) . . .
R:    The first one, that is for Union.
GC:    Look, the one for 84th is . . .
R:    That is the second one; that is the one from Cabo Rojo . . . . There are two receipts
       and one picture of a box is missing.
GC:    Listen to me, listen to me, the thing is that the first one was one that you sent me
       for an apartment number 3 . . .
R:    No, that one is for a house on 84th [unintelligible].
GC:    That was the first one I sent.
R:    Exactly, that is my girl's.
       . . .
GC:    Yeah, listen the one that say's 215 is for Bebe's (i.e., SEDA-MARTINEZ) house.
       . . .
R:    My girl's, Bebe's house, and Holton's, that is on the east side.
G:    The Union one; the 8th one, it's Yomo's mother-in-law's home; and the Holton
       one, that is the last one, the one I sent you with the box, the picture of the box.
R:    Yes, the one at Holton is my boss's father's house.
       . . . .

46.    Because GONZALEZ-COLLADO was in Philadelphia at the time, Hector Yamil

RODRIGUEZ-RODRIGUEZ kept him apprised regarding the status of the inbound, cocaine-laden

parcels.    On July 29, 2019, at 9:31 a.m., TARGET TELEPHONE-6 (i.e., Hector Yamil

RODRIGUEZ-RODRIGUEZ) received a call from TARGET TELEPHONE-5 (i.e., GONZALEZ-

COLLADO).    During the intercepted conversation, Hector Yamil RODRIGUEZ-RODRIGUEZ

said, "I checked (i.e., USPS tracking) on it at 8:00 this morning, the one that was closer to delivery

was Holton's on the east side; but the other ones are at the Post Office ready for delivery.    They

will go out any moment for delivery."    GONZALEZ-COLLADO inquired, "And the one's for

Tuesday (i.e., July 30, 2019)?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Yes, they are all set for today," meaning they were ready for delivery.

47.     In a series of intercepted calls between TARGET TELEPHONE-5 (i,e., GONZALEZ-COLLADO) and TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) on July 29, 2019, Hector Yamil RODRIGUEZ-RODRIGUEZ informed GONZALEZ-COLLADO when cocaine-laden parcels arrived at specific locations and when he retrieved them. For instance, during an intercepted conversation starting at 9:43 a.m., Hector Yamil RODRIGUEZ-RODRIGUEZ said, "[T]he one from Bebe's (SEDA-MARTINEZ) house arrived." During an intercepted call starting at 10:15 a.m., Hector Yamil RODRIGUEZ-RODRIGUEZ said, "The east-side one has arrived." USPS records disclosed a parcel from Hormigueros, Puerto Rico mailed to "Jose L. Rivera" at 2778 N. Holton St., Milwaukee, a residence on the east side of Milwaukee. During an intercepted call starting at 4:08 p.m., Hector Yamil RODRIGUEZ-RODRIGUEZ said, "I'm waiting because I have to go get the box that is at my girl's house." Later during the same call, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "I got the box from Union as well" and "[w]e are missing the one from Yomo's and the one at my girl's; but, I'll go pick it up later." During an intercepting call starting at 4:39 p.m., Hector Yamil RODRIGUEZ-RODRIGUEZ remarked on their success by stating, "Damn, five boxes in one day." GONZALEZ-COLLADO replied, "We are hard core."

48.     On July 29, 2019, U.S. Postal Inspector (USPI) Fink reviewed USPS records and identified five parcels sent from Puerto Rico to different addresses in Milwaukee, Wisconsin. In particular, USPI Fink identified a parcel with a handwritten label addressed to "Julio Martinez" at 1613 S. Union Street, Milwaukee, Wisconsin. The parcel was sent from Hormigueros, Puerto Rico and weighed approximately two kilograms. On July 29, 2019, at approximately 2:50 p.m., the

USPS delivered the parcel to 1613 S. Union Street, Milwaukee, Wisconsin. Record queries indicated Julio SEDA-MARTINEZ is affiliated with this address. On the same date, at approximately 9:30 a.m., the USPS delivered a suspicious parcel addressed to 2428 S. 9th Street, Milwaukee, Wisconsin. This suspicious parcel was addressed to "Julio E. Seda" and was sent from Añasco, Puerto Rico. The parcel weighed approximately three kilograms. In addition to the above-referenced recorded mailings from Puerto Rico, parcels arrived at 3255 S. 84th St., Apt. 3, Milwaukee, Wisconsin, and 1968 S. 8th St. Lower, Milwaukee, Wisconsin.

49. During another intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ and GONZALEZ-COLLADO discussed the allocation of the drugs contained in the parcels that arrived in Milwaukee. Specifically, on July 29, 2019, at 7:45 p.m., TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) received a call from TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ). During the intercepted conversation, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "[T]he half tablet (i.e., one-half kilogram) for Jose Manuel is there. So, 250 grams for Yadiel." Hector Yamil RODRIGUEZ-RODRIGUEZ then inquired, "Is there another half tablet in another of those boxes that are not open?" GONZALEZ-COLLADO replied, "I do not know. They need to be checked." Hector Yamil RODRIGUEZ-RODRIGUEZ commented, "I sold 250 to Migue as well. I wanted to know if there is a half tablet by itself because I got 250 for Yadiel and 250 for Migue; so, I do not have to break that half tablet, because . . . ." Later in the conversation, Hector Yamil RODRIGUEZ-RODRIGUEZ noted that a parcel retrieved from West Allis, Wisconsin probably contained two kilograms of drugs by saying, "I think there are two in here, in the one that arrived at West Allis." Based upon their training, experience, and familiarity with the investigation, case agents believe this conversation confirmed the parcels indeed contained cocaine.

29

## GONZALEZ-COLLADO's retrieval and mailing of drug proceeds

50.     Intercepted communications also revealed GONZALEZ-COLLADO's efforts to return drug proceeds to Puerto Rico. For instance, on July 30, 2019, in a series of intercepted communications, GONZALEZ-COLLADO and Hector Yamil RODRIGUEZ-RODRIGUEZ discussed preparing drug proceeds to be boxed and mailed to the cocaine source-of-supply. Specifically, on July 30, 2019, at 4:13 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO). During the intercepted conversation, Hector Yamil RODRIGUEZ-RODRIGUEZ inquired as to how much money he should put in a box by asking, "How much do I make for one?" GONZALEZ-COLLADO asked, "How much do you have?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Man, there is a lot. All that cannot be put in one." GONZALEZ-COLLADO inquired if Hector Yamil RODRIGUEZ-RODRIGUEZ had a money-counting machine by asking, "And you don't have that to count the money, right?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "I am going to get the machine later." Hector Yamil RODRIGUEZ-RODRIGUEZ then inquired if he should place $29,500 in a single box by asking, "Look, put together a box of how much, 29 and a half?" GONZALEZ-COLLADO responded that he wanted Hector Yamil RODRIGUEZ-RODRIGUEZ to place the drug proceeds collected by their associates Eric ROSA and Keven TORRES-BONILLA in a box. Specifically, GONZALEZ-COLLADO said, "Look, for Erico (i.e., ROSA) there is 15,450," meaning GONZALEZ-COLLADO wanted Hector Yamil RODRIGUEZ-RODRIGUEZ to box $15,450 of drug proceeds supplied by ROSA. Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "For Kevin (i.e., TORRES-BONILLA) there is 15,550, right?" GONZALEZ-COLLADO replied, "Yes," meaning that he wanted Hector Yamil RODRIGUEZ-RODRIGUEZ to include $15,550 of drug proceeds collected from TORRES-BONILLA.

Sounding exasperated, Hector Yamil RODRIGUEZ-RODRIGUEZ subsequently commented, "Give me a moment, this fucker brought me a bunch of money without being wrapped."

51.     On the same day, at 4:50 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO). During the intercepted conversation, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "I have 15 and 15, that's 30; that's 30, and 500 that I have right here . . . 400," indicating that Hector Yamil RODRIGUEZ-RODRIGUEZ would have over $30,000 in drug proceeds to be boxed and mailed. GONZALEZ-COLLADO subsequently directed, "Put 32 in it," meaning that he wanted Hector Yamil RODRIGUEZ-RODRIGUEZ to box $32,000 in drug proceeds.     Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "I'm putting in everything that is here."   At 5:36 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO).      During the intercepted conversation, GONZALEZ-COLLADO inquired if Hector Yamil RODRIGUEZ-RODRIGUEZ had mailed the box containing drug proceeds by asking, "Did you send it?"   Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Yes, and I sent you the receipt too," indicating he had mailed the box and provided GONZALEZ-COLLADO the proof.

*GONZALEZ-COLLADO orchestrates distribution of drugs among Milwaukee associates*

52.     Numerous intercepted communications revealed GONZALEZ-COLLADO has maintained his illegal drug supply at different storage facilities in Milwaukee, Wisconsin and would ordinarily have Marcos APONTE-LEBRON retrieve drugs from storage whenever needed for further distribution by mid- to low-level distributors. On September 27, 2019, at 12:01 p.m., TARGET TELEPHONE-9 (GONZALEZ-COLLADO) called TARGET TELEPHONE-2 (i.e., APONTE-LEBRON). During the intercepted call, GONZALEZ-COLLADO asked, "So, you are

at the storage?" APONTE-LEBRON replied, "Yes!" Later in the conversation, GONZALEZ-COLLADO asked, "Is there 3.5 left there?'" Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO was inquiring if they had 3.5 grams of cocaine (also known as an "eight-ball") left in storage. APONTE-LEBRON replied, "Yes, there is." GONZALEZ-COLLADO then said, "Okay, take one (i.e., an "eight ball") and take it to Vlado, over on 15th," directing APONTE-LEBRON to retrieve 3.5 grams of cocaine from storage and to provide it to Vladimir RODRIGUEZ-RODRIGUEZ at a location in Milwaukee. APONTE-LEBRON responded, "There's some there," confirming they still had the needed quantity of cocaine in storage. GONZALEZ-COLLADO said, "Go ahead, man. I'll tell him (i.e., "Vlado") right away that you are going to bring it (i.e., 3.5 grams of cocaine) to him later." APONTE-LEBRON replied, "Alright."

53. During another intercepted call, GONZALEZ-COLLADO directed APONTE-LEBRON to split a kilogram of cocaine in half for further distribution. Specifically, on October 12, 2019, at 2:16 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called TARGET TELEPHONE-2 (i.e., APONTE-LEBRON). During the intercepted call, GONZALEZ-COLLADO said, "I need you to go over there and grab one and cut it in half." APONTE-LEBRON asked, "Right down the middle?" GONZALEZ-COLLADO replied, "Yes, divide it in two halves . . . 500 and 500 and take it to Rafa." APONTE-LEBRON said, "Alright." Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO was directing APONTE-LEBRON to go to the storage facility, cut a kilogram of cocaine into two 500 gram halves, and to supply each 500 gram half to an individual identified as "Rafa."

54.     During another intercepted call, GONZALEZ-COLLADO directed APONTE-LEBRON to retrieve two kilograms of cocaine for a customer identified as "the Mexican." Specifically, on November 9, 2019, at 12:16 p.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) received a call from TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO). During the intercepted call, GONZALEZ-COLLADO said, "The Mexican wants two." APONTE-LEBRON asked, "He wants two?"   GONZALEZ-COLLADO replied, "Yes."   APONTE-LEBRON asked, "Take it where?" GONZALEZ-COLLADO replied, "To the house." APONTE-LEBRON asked, "How much?" GONZALEZ-COLLADO replied, "I'm going to give you $200," and clarified, "for taking them, man." Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO offered to pay APONTE-LEBRON $200 for delivering two kilograms of cocaine to a Mexican individual. GONZALEZ-COLLADO subsequently said, "By Tuesday he has to give the money; if not, we go and get it. Tell him if he doesn't have them sold, not to break them or anything," indicating he wanted APONTE-LEBRON to inform the Mexican that he needed to provide the proceeds from the sale of the cocaine by the following Tuesday or they would retrieve the drugs, and that the Mexican should not break down the drugs if not sold. GONZALEZ-COLLADO directed, "Take pictures of the stamps," indicating the drugs were indeed kilogram bricks of cocaine, which often bear stamps or seals. GONZALEZ-COLLADO subsequently said, "Remember, 29-5, tell him the two for 29-5, if not, no," indicating he would sell the Mexican two kilograms of cocaine for $29,500 per kilogram, or they would not have a deal (in a prior intercepted call, the Mexican wanted one kilogram for $29,000, and another kilogram for $29,500). APONTE-LEBRON responded, "Alright, I'll tell him."

55.     As the previous intercepted communication revealed, GONZALEZ-COLLADO had the authority to set kilogram-level cocaine prices for the Milwaukee portion of the drug organization; a fact revealed in earlier intercepts. On August 9, 2019, at 6: 45 p.m., TARGET TELEPHONE-8 (i.e., GONZALEZ-COLLADO) received a call from TARGET TELEPHONE-4 (i.e., APONTE-LEBRON). During the intercepted call, APONTE-LEBRON said, "If you sell him (identified earlier in the conversation as "the Burnham guy") a whole donkey for 30, he'll buy it right now." APONTE-LEBRON inquired, "What do I tell him, no?" GONZALEZ-COLLADO replied, "Tell him no." APONTE-LEBRON inquired, "It's 32, right?" GONZALEZ-COLLADO replied, "Yes, tell the Burnham guy if it isn't for that, don't call you." Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO told APONTE-LEBRON that he would not sell a kilogram of cocaine to "the Burnham guy" for less than $32,000, which is approximately the price for a kilogram of cocaine in the Milwaukee area.

### *GONZALEZ-COLLADO participated in street-level distribution of controlled substances*

56.     GONZALEZ-COLLADO would also participate in street-level distributions of controlled substances in Milwaukee. Specifically, on three occasions, DEA TFO Michael Saddy, who was acting in an undercover capacity, purchased controlled substances from GONZALEZ-COLLADO and his associate, Eric ROSA.[3] On January 10, 2019, TFO Saddy purchased approximately two ounces of cocaine from ROSA and GONZALEZ-COLLADO. On this occasion, ROSA directed TFO Saddy to drive to El Tsunami seafood restaurant, located at 2222 S. 13th Street Milwaukee, Wisconsin. Upon arriving, ROSA walked inside the restaurant to confirm the new cocaine deal. Soon thereafter, GONZALEZ-COLLADO and ROSA exited the

---

[3] Throughout this Affidavit, all referenced undercover purchases of narcotics by TFO Saddy from DTO members were audio and video recorded.

restaurant. GONZALEZ-COLLADO approached the passenger side of TFO Saddy's vehicle and greeted TFO Saddy. ROSA directed TFO Saddy to return to ROSA's residence. As TFO Saddy was driving ROSA to his residence, ROSA referred to GONZALEZ-COLLADO as "Jose," which is GONZALEZ-COLLADO's first name. ROSA remarked that GONZALEZ-COLLADO was expecting four kilograms of cocaine during the January 12th weekend. ROSA said GONZALEZ-COLLADO agreed to meet TFO Saddy at a BP gas station located at 27th Street and Saint Paul Avenue. Soon after TFO Saddy and ROSA arrived at 27th Street and Saint Paul Avenue, GONZALEZ-COLLADO arrived in a silver Suzuki and parked directly behind TFO Saddy's vehicle. GONZALEZ-COLLADO approached the passenger side of TFO Saddy's vehicle and handed TFO Saddy a cup that held a clear plastic baggie containing a white powdery substance. TFO Saddy then gave $2,600 to ROSA as payment. GONZALEZ-COLLADO directed ROSA to hold onto the money. After the deal, ROSA exited TFO Saddy's vehicle and departed the scene with GONZALEZ-COLLADO. TFO Saddy thereafter drove to a pre-determined location where the suspected controlled substances field-tested positive for cocaine.

57.     On March 28, 2019, TFO Saddy purchased approximately three ounces of cocaine and approximately 15 grams of heroin from ROSA and GONZALEZ-COLLADO. On this occasion, TFO Saddy contacted ROSA to arrange the drug transaction. ROSA told TFO Saddy that he was working in Chicago and that GONZALEZ-COLLADO would conduct the drug transaction. ROSA instructed TFO Saddy to meet GONZALEZ-COLLADO at the BP gas station located at 27th Street and Saint Paul Avenue. TFO Saddy contacted ROSA to inform ROSA that TFO Saddy arrived at the designated location. Soon thereafter, ROSA called TFO Saddy to inform him that GONZALEZ-COLLADO was *en route*. GONZALEZ-COLLADO subsequently arrived in a black Nissan Titan and parked behind TFO Saddy's vehicle. GONZALEZ-COLLADO exited

the Nissan and entered TFO Saddy's vehicle. GONZALEZ-COLLADO gave TFO Saddy approximately three ounces of a white powdery substance and approximately 15 grams of a gray-brown substance. In exchange, TFO Saddy gave GONZALEZ-COLLADO $5,100. After the transaction, TFO Saddy drove to a pre-determined location where the suspected controlled substances field-tested positive for cocaine and heroin, respectively.

58. On April 17, 2019, TFO Saddy purchased approximately three ounces of cocaine and approximately 20 grams of heroin from ROSA and GONZALEZ-COLLADO. TFO Saddy contacted ROSA to arrange the drug transaction. ROSA informed TFO Saddy that the price for the drugs would be $5,500 and the transaction would occur at El Rey Marketplace, 3524 West Burnham Street, Milwaukee, Wisconsin. Upon arriving at El Rey Marketplace, TFO Saddy called ROSA to inform ROSA that he had arrived at the designated location. During this time, surveillance units observed GONZALEZ-COLLADO driving past El Rey Marketplace on two occasions. Soon after TFO Saddy called ROSA, ROSA arrived in his vehicle and entered TFO Saddy's vehicle. ROSA gave TFO Saddy approximately three ounces of a white powdery substance and approximately 20 grams of a gray-brown substance. In exchange, TFO Saddy gave ROSA $5,500. After the transaction, TFO Saddy drove to a pre-determined location where the suspected controlled substances field-tested positive for cocaine and heroin, respectively.

## Hector Yamil RODRIGUEZ-RODRIGUEZ

59. As discussed in detail herein, Hector Yamil RODRIGUEZ-RODRIGUEZ (a/k/a "Yamil"), an Hispanic male born on January 1, 1992, is a cocaine and heroin trafficker who obtains these controlled substances for further distribution to low to mid-level drug traffickers. Hector Yamil RODRIGUEZ-RODRIGUEZ resides at 2730 S. 10th St., Milwaukee, Wisconsin 53215, which has been confirmed by investigation, surveillance, and review of utilities records. During

the course of this investigation, case agents determined that Hector Yamil RODRIGUEZ-RODRIGUEZ has used at least two cellular telephone numbers, including (414) 841-3770 (TARGET TELEPHONE-6) and (414) 208-5745 (TARGET TELEPHONE-7).

### Hector Yamil RODRIGUEZ-RODRIGUEZ's receipt of kilogram-quantities of cocaine

60.     As detailed *supra*, Hector Yamil RODRIGUEZ-RODRIGUEZ and GONZALEZ-COLLADO coordinate the receipt of kilogram-quantities of cocaine from Puerto Rico and the return of drug proceeds to the island territory and to Mission, Texas. Intercepted communications also revealed that Hector Yamil RODRIGUEZ-RODRIGUEZ has sought and secured independent sources of cocaine. On September 24, 2019, at 1:49 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Listen, they called me with the man that used to give me material in Puerto Rico fucker, he was from Illinois. There is a Colombian with him now, fucker, he has 40 houses in Illinois and he will give them to me twenty-six and a half." Based upon their training, experience, and familiarity with the investigation, case agents believe a Colombian associate of a former drug source of Hector Yamil RODRIGUEZ-RODRIGUEZ could supply Hector Yamil RODRIGUEZ-RODRIGUEZ cocaine priced at $26,500 per kilogram. GONZALEZ-COLLADO remarked, "We will sell it all." RODRIGUEZ said, "On Thursday, go up with Vlado to get it," indicating he wanted GONZALEZ-COLLADO and Vladimir RODRIGUEZ-RODRIGUEZ to retrieve the cocaine in Illinois the following Thursday (because Hector Yamil RODRIGUEZ-RODRIGUEZ would be in Puerto Rico at that time). GONZALEZ-COLLADO replied, "Alright fucker, let's do it." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "[H]e told me, 'the guy can give you up to 40 monthly,'" indicating the Colombian could supply Hector Yamil RODRIGUEZ-RODRIGUEZ up to 40

kilograms of cocaine per month. Hector Yamil RODRIGUEZ-RODRIGUEZ continued, "He told me, 'the man (i.e., the Colombian) is with me now in Puerto Rico' . . . . I told him 'Look, we can talk, but if you want . . . I am arriving there (i.e., Puerto Rico) on Thursday' . . . . He said, 'well, there's no problem, we will see each other on Thursday night at home,'" indicating Hector Yamil RODRIGUEZ-RODRIGUEZ would meet with his former drug source and the Colombian upon his arrival in Puerto Rico on Thursday (i.e., September 26, 2019).

61.     Intercepted communications disclosed Hector Yamil RODRIGUEZ-RODRIGUEZ had indeed secured Puerto Rican-based cocaine suppliers. On August 27, 2019, at 8:43 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (920) 371-4279, used by Carlos Omar CONCEPCION-RIVERA (a/k/a "Omy"). During the intercepted call, CONCEPCION-RIVERA said, "[T]his week I didn't send you, but . . . I have the box done already," indicating that CONCEPCION-RIVERA had a parcel ready to be sent to Hector Yamil RODRIGUEZ-RODRIGUEZ.     Hector Yamil RODRIGUEZ-RODRIGUEZ inquired, "[W]hen will that storm be going through, Omy?" – referencing Hurricane Dorian, which was then forecasted to impact Puerto Rico. CONCEPCION-RIVERA replied, "Wednesday or Thursday (i.e., August 28 or 29, 2019)," which were the dates that Hurricane Dorian was originally forecasted to hit Puerto Rico.     CONCEPCION-RIVERA then admonished Hector Yamil RODRIGUEZ-RODRIGUEZ not to mail anything to Puerto Rico until the hurricane passed by saying, ""[D]on't send anything, until it goes through," and further commented, "if the hurricane ruins us, we would have to wait." Hector Yamil RODRIGUEZ-RODRIGUEZ indicated that parcels originating from Puerto Rico may get scrutinized if mailed in the midst of the storm by saying, "Then they'll be like, 'Oh, let's check these boxes that are stuck here.'" CONCEPCION-RIVERA then said, "Send me another [unintelligible] and on Monday I will send you two (2)."

Based upon their training, experience, and familiarity with the investigation, case agents believe CONCEPCION-RIVERA wanted Hector Yamil RODRIGUEZ-RODRIGUEZ to send him a parcel containing drug proceeds, and CONCEPCION-RIVERA would mail two kilograms of cocaine to RODRIGUEZ the following Monday.

62.     During another intercepted call, CONCEPCION-RIVERA requested an address where he could send an additional two kilograms of cocaine to Hector Yamil RODRIGUEZ-RODRIGUEZ. On September 4, 2019, at 8:22 a.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (920) 371-4279, used by CONCEPCION-RIVERA. During the intercepted call, CONCEPCION-RIVERA said, "I was going to ask you to send me another address because I'm going to send two to you," indicating he wanted Hector Yamil RODRIGUEZ-RODRIGUEZ to provide another address in Milwaukee where he could mail an additional two kilograms of cocaine. Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Okay, I'll get it for you." CONCEPCION-RIVERA said, "I have the other one ready and I am going to get the other box ready right now," indicating he had already prepared one cocaine-laden parcel for mailing and would be preparing another one. Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "Sounds good, I'm going to collect the bucks," indicating he would be obtaining drug proceeds for eventual mailing to Puerto Rico. When CONCEPCION-RIVERA reiterated that he had not prepared the cocaine-laden box "because [he was] missing the other address," Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "No, get it ready and I'll get it (i.e., the Milwaukee address) for you. Give me about an hour or two and I'll get it for you."

63.     Later in the same conversation, Hector Yamil RODRIGUEZ-RODRIGUEZ inquired about the type of distinctive markings on the Milwaukee-bound cocaine by asking, "So what stamp are those that are coming?" CONCEPCION-RIVERA replied, "One is a Nike and

another one is . . . the Nike is awesome dude," indicating the cocaine bore a Nike swoosh symbol. Based upon their training, experience, and familiarity with the investigation, case agents know that drug-trafficking organizations often stamp or place markings on their packaged drugs to identify them as belonging to a particular organization and thereby facilitating the organization's receipt of the proceeds from the sale of those illicit goods.[4] Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Nike is awesome?" CONCEPCION-RIVERA replied, "Really fucking bad ass." Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Soft?" CONCEPCION-RIVERA replied, "Yes . . . the Nike one is the kind that does not crumble." CONCEPCION-RIVERA continued, "The other one says CBR 2019," indicating another cocaine brick bore the marking "CBR 2019." On the same date, at 11:23 a.m., (920) 371-4279 (i.e., CONCEPCION-RIVERA) called TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ). During the intercepted call, CONCEPCION-RIVERA indicated he prepared a cocaine-laden parcel for mailing by saying, "Dude, it's all ready. I'll call you when I send it." Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Yeah, that's fine."

64. On September 4, 2019, at 6:53 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from TARGET TELEPHONE-10, also used by CONCEPCION-RIVERA. During the intercepted call, CONCEPCION-RIVERA said, "I was going to send you two and I sent you one because I went to Rincón (i.e., a town on Puerto Rico's west coast)," indicating he had mailed a kilogram of cocaine to Hector Yamil RODRIGUEZ-RODRIGUEZ. Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "That's fine." CONCEPCION-RIVERA said, "The Post Office told me the package will arrive from . . . Saturday

---

[4] As detailed *supra*, investigators seized three bricks of cocaine (totaling approximately three kilograms) on September 28, 2018, that were addressed to 1330 S. 22nd Street, Milwaukee, Wisconsin, and originating from Hormigueros, Puerto Rico. Each brick had a distinctive marking – "CR7," "H," and the image of a turtle, respectively.

to Tuesday due to the hurricane (i.e., Hurricane Dorian)," indicating when the drug-laden parcel would arrive in Milwaukee. CONCEPCION-RIVERA said, "I was going to send the other one, but when I got there, I got there too late." Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "I am going to do the box now when I get home, so I can do it," indicating he would prepare a parcel containing drug proceeds for eventual mailing to Puerto Rico. CONCEPCION-RIVERA subsequently identified the marking on the cocaine he sent by saying, "The one I sent you, it's X, the motorcycle." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "The motorcycle?" CONCEPCION-RIVERA replied, "Yes, that's the one that came out. Nike [unintelligible] didn't come out," indicating the cocaine bearing the Nike symbol was unavailable.

65.    On September 5, 2019, at 9:45 a.m., (920) 371-4279 (i.e., CONCEPCION-RIVERA) called TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ inquired about the address where CONCEPCION-RIVERA mailed the kilogram of cocaine by asking, "Where did you send the one from yesterday to?" CONCEPCION-RIVERA replied, "It says 53204," indicating a Milwaukee area zip code. Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Oh, to the other one. That's on 8th," indicating that the cocaine-laden parcel was sent to a residence on South 8th Street in Milwaukee. CONCEPCION-RIVERA referenced the names on the mailing label by responding, "Yeah, that's the one that says Adrian Mendez and [unintelligible] Morales. That's the one that was sent out." Hector Yamil RODRIGUEZ-RODRIGUEZ indicated that he would send CONCEPCION-RIVERA the drug proceeds by saying, "That's good. I'm going to send yours right now." CONCEPCION-RIVERA said, "If you send it early, I will send the lady early to send it as well," indicating he would have a female send a cocaine-laden parcel if Hector Yamil RODRIGUEZ-RODRIGUEZ promptly mails the drug proceeds. Hector Yamil RODRIGUEZ-

RODRIGUEZ ultimately said, "Yes, so you send it today so that one arrives on Saturday and that one the following day."

66. On September 9, 2019, at 3:45 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ inquired if CONCEPCION-RIVERA received the money-laden parcel by asking, "Did you get it?" CONCEPCION-RIVERA replied, "Uh yes, the missus just called me," indicating that CONCEPCION-RIVERA's spouse had notified him that the parcel had arrived. On September 6, 2019, investigators searched, pursuant to a warrant, the contents of a parcel sent by Hector Yamil RODRIGUEZ-RODRIGUEZ to an address in Aguada, Puerto Rico. The parcel contained $27,000 in U.S. currency and was addressed to "Yashira Cortes," whom CONCEPCION-RIVERA lists as his spouse on his Facebook account. Investigators subsequently released the parcel into the mail. Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Oh, okay, they left it (i.e., the parcel) in front of your house?" CONCEPCION-RIVERA replied, "Yes." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Alright then, I wanted to check that was left there – [you] never called me." CONCEPCION-RIVERA responded, "Yes, I left the missus and I called her and told her, 'The fucker (i.e., the parcel) is nearby,'" indicating that he had notified his spouse (i.e., "Yashira Cortes") of the parcel's impending arrival. Hector Yamil RODRIGUEZ-RODRIGUEZ subsequently said, "Call me when you count it," indicating he wanted CONCEPCION-RIVERA to contact him once CONCEPCION-RIVERA counted the money.

67. Other intercepted communications disclosed that Hector Yamil RODRIGUEZ-RODRIGUEZ is also supplied kilogram-quantities of cocaine by David QUINONES-RIOS, an Hispanic male born on May 8, 1990. On September 6, 2019, at 11:16 p.m., TARGET

TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called TARGET TELEPHONE-11 (i.e., QUINONES-RIOS). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "I moved it really slow. But those tickets will be ready on Monday. I will send you those tickets on Monday for sure." QUINONES-RIOS replied, "That's fine, relax, go ahead . . . . I am going to tell him (i.e., an unknown male) to send one so it arrives Monday." Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ intended to mail drug proceeds to QUINONES-RIOS while QUINONES-RIOS intended to mail a cocaine-laden parcel to Hector Yamil RODRIGUEZ-RODRIGUEZ. Hector Yamil RODRIGUEZ-RODRIGUEZ remarked, "If you send it tomorrow it won't arrive on Monday, it'll arrive Tuesday or Wednesday." QUINONES-RIOS responded, "Well, I'll send it on Monday" indicating he would send the cocaine-laden parcel the following Monday. Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Exactly, send it on Monday better so it doesn't get stuck there on Sunday." On September 9, 2019, at 5:42 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called TARGET TELEPHONE-11 (i.e., QUINONES-RIOS). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "I already sent you that," indicating he had mailed a parcel containing drug proceeds to QUINONES-RIOS. QUINONES-RIOS replied, "Alright buddy. Thanks." Hector Yamil RODRIGUEZ-RODRIGUEZ continued, "I'll send you the receipt here soon," indicating he would provide QUINONES-RIOS proof that he had mailed the money-laden parcel.

### Hector Yamil RODRIGUEZ-RODRIGUEZ orchestrates distribution of drugs among Milwaukee associates

68.    Numerous intercepted communications revealed Hector Yamil RODRIGUEZ-RODRIGUEZ further distributes his supply of illegal drugs to low to mid-level distributors in

Milwaukee. For instance, On September 20, 2019, at 3:51 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (262) 770-9667, used by Andros MARTINEZ-PELLOT. During the intercepted call, MARTINEZ-PELLOT said, "Look, listen, there's a person that asked me . . . [h]e wants three but he wants each one for 30,000 bucks." Based upon their training, experience, and familiarity with the investigation, case agents believe MARTINEZ-PELLOT requested three kilograms of cocaine for a customer who was willing to pay $30,000 per kilogram. Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "Three? Man, you know that we are waiting on some," indicating that he was awaiting more cocaine to replenish his supply. MARTINEZ-PELLOT said, "He says he has 90 and he's wondering if you can sell three for 90," indicating the prospective customer had $90,000 and was prepared to purchase three kilograms of cocaine. Hector Yamil RODRIGUEZ-RODRIGUEZ reiterated, "Man, you know that I have to wait until the drop – two might arrive today, tomorrow one may arrive," indicating two kilograms of cocaine might arrive that day, and another kilogram the next day.

69.     On October 15, 2019, at 1:06 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (262) 770-9667 (i.e., MARTINEZ-PELLOT). During the intercepted call, MARTINEZ-PELLOT said, "[T]here's a person who asked me for five jobs, fucker." Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "Man, there is some!" MARTINEZ-PELLOT asked, "How much can you [unintelligible]?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "[T]he least I can give them to you, because it's five, is 30.5." Based upon their training, experience, and familiarity with the investigation, case agents believe MARTINEZ-PELLOT requested five kilograms of cocaine, which RODRIGUEZ agreed to provide at $30,500 per kilogram. Hector Yamil RODRIGUEZ-RODRIGUEZ continued, "You can give them to him for 31 and you get five times five," suggesting MARTINEZ-PELLOT could

sell the kilograms for a $500 mark up per kilogram, for a $2,500 profit. MARTINEZ-PELLOT responded, "[L]et me call to see what they are going to do." On the same date, at 2:29 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (262) 770-9667 (i.e., MARTINEZ-PELLOT). During the intercepted call, MARTINEZ-PELLOT said, "They found 31 to be expensive," indicating his prospective customers believed $31,000 per kilogram of cocaine was too expensive. Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Man! That does not exist fucker." MARTINEZ-PELLOT responded, "Yes, that's what I am going to tell them, 'if you want it cheaper, then you are going to have to go buy it in Colombia,'" sarcastically indicating the only way the prospective customers could get a better price would be to purchase directly from Colombia, a known source country for cocaine. Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "They are sons-of-bitches. Man, I have a load of work. I have like 15 jobs," indicating he had 15 kilograms of cocaine available for distribution.

70.     On October 27, 2019, at approximately 6:56 p.m., TARGET TELEPHONE-6 (i.e. Hector Yamil RODRIGUEZ-RODRIGUEZ) called (414) 573-1846, used by Steven CORTES-IRIZARRY (a/k/a "Tufo"). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Damn, I'm over here. Joel hasn't come and I have a kilo on me. This asshole isn't here." Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ expressed frustration that "Joel" had not retrieved a kilogram of cocaine. CORTES-IRIZARRY replied, "I'm going directly over there." Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Where are you?" CORTES-IRIZARRY replied, "On 30th." Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "I'm going to be in the truck," indicating where CORTES-IRIZARRY could find him to obtain the kilogram of cocaine for "Joel."

## Hector Yamil RODRIGUEZ-RODRIGUEZ maintains firearm(s) and other indicia of drug trafficking at paramour's residence

71. On December 2, 2019, at 5:05 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (414) 690-4619, used by his paramour Katiria Perez-Gonzalez. Based upon their familiarity with the investigation, case agents believe that Perez-Gonzalez and Hector Yamil RODRIGUEZ-RODRIGUEZ cohabitate. During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "[W]here are my guns?" Perez-Gonzalez inquired, "[W]hich one, Yamil?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Mine." Perez-Gonzalez later said, "I think that one is where I had told you there is the bag and the money, it is in the 'techa' where I put my clothing," indicating Hector Yamil RODRIGUEZ-RODRIGUEZ's firearm was located with money and a bag in a location in their residence where she keeps her clothing. Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "In the 'techa' where you put your clothing?" Perez-Gonzalez replied, "Where the desk is." Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "Oh." Perez-Gonzalez commented, "Uh, yes because you had taken that bag already." Hector Yamil RODRIGUEZ-RODRIGUEZ then said, "Okay, I found it," indicating he was at the residence and found the firearm. Hector Yamil RODRIGUEZ-RODRIGUEZ continued, "It's so I can take it with me up there, because I need to keep this by my side," indicating he felt the need to carry a firearm for protection. On November 20, 2019, and on December 6, 2019, investigators observed Perez-Gonzalez exiting 1656 South Pearl Street, Milwaukee, Wisconsin, with two children on both occasions. A check of WE Energies revealed that services were established on November 9, 2019, in the name of Katiria Perez. Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ kept one or more firearms and other indicia of drug trafficking (e.g.

money) at their residence, which at the time and at present is located at 1656 South Pearl Street, Milwaukee, Wisconsin.

## Roberto ORENCH-FELICIANO

72.     As discussed herein, Roberto ORENCH-FELICIANO (a/k/a "Kendo" and "Kendo Kaponi"), an Hispanic male born on October 6, 1992, is a Puerto Rican-based multi-kilogram cocaine distributor, who sends kilograms of cocaine via the U.S. Mail to various locations in the continental United States, including Milwaukee, Wisconsin. ORENCH-FELICIANO is known to reside in Puerto Rico. During the course of this investigation, case agents determined that ORENCH-FELICIANO has used several cellular telephone numbers, including (939) 334-6355, (787) 394-6087, and (939) 274-6962 (TARGET TELEPHONE-12).

### *ORENCH-FELICIANO's multi-kilogram cocaine shipments to the continental United States*
### *Seizure of a Milwaukee-bound cocaine shipment*

73.     As noted *supra*, ORENCH-FELICIANO supplies GONZALEZ-COLLADO kilogram-quantities of cocaine via the U.S. Mail. A series of intercepted communications, accompanied by a seizure, confirmed that ORENCH-FELICIANO had indeed been mailing kilograms of cocaine to Milwaukee. On September 15, 2019, TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called (939) 334-6355 (i.e., ORENCH-FELICIANO). During the intercepted call, GONZALEZ-COLLADO said, "Find me three parts." ORENCH-FELICIANO responded, "Shit! What did you do? You sold them all?" and continued, "Oh okay, I'll find them today." Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO requested three kilograms of cocaine from ORENCH-FELICIANO. GONZALEZ-COLLADO said, "Yeah, start looking because that's all done. I don't have a lot," indicating his cocaine supply was getting low. ORENCH-FELICIANO responded, "I have them. One for [Cabo] Rojo and two for Hormigueros. All set," indicating he was prepared

to mail GONZALEZ-COLLADO a kilogram of cocaine from Cabo Rojo, Puerto Rico and two kilograms of cocaine from Hormigueros, Puerto Rico.

74.     On September 18, 2019, TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) received a call from (939) 334-6355 (i.e., ORENCH-FELICIANO). During the intercepted call, ORENCH-FELICIANO indicated that he had mailed the drug-laden parcels by saying, "Yeah, fucker, because I already sent you that. Do you want me to send you the receipt? I have it there, fucker." GONZALEZ-COLLADO replied, "Yes, send them, fucker," indicating he wanted ORENCH-FELICIANO to provide proof that he had mailed the parcels. GONZALEZ-COLLADO inquired when the parcels would arrive by asking, "For when?" ORENCH-FELICIANO replied, Saturday (i.e., September 21, 2019), man!"

75.     Given the foregoing intercepts, on September 20, 2019, USPI Fink identified two suspicious packages addressed to Milwaukee residences and originating from Hormigueros, Puerto Rico and Cabo Rojo, Puerto Rico, respectively. The package from Hormigueros (the "Hormigueros package") weighed approximately 11 pounds and the package from Cabo Rojo (the "Cabo Rojo package") weighed approximately 6 pounds. The "Cabo Rojo package" was addressed to "Julio Martinez, 931 W Walker St, Milwaukee WI. 53204," and originated from "Cindy Bayron, Urb. Villa luisa #17 Calle Turquesa Cabo Rojo, P.R. 00623." The "Cabo Rojo package" was postmarked on September 18, 2019 in Cabo Rojo, Puerto Rico. To avoid arousing concern among the defendants, investigators detained the "Cabo Rojo package" for further scrutiny while releasing the "Hormigueros package" for delivery. After a narcotics-detecting canine alerted to the contents of the "Cabo Rojo package," USPI Fink obtained a warrant to search the contents of the package. A search of the package revealed it contained a one-kilogram brick of cocaine.

USPI Fink had the USPS tracking system indicate that the "Cabo Rojo package" would be "returned to sender."

76.     On September 20, 2019, at 9:00 a.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called (787) 394-6087, used by ORENCH-FELICIANO. During the intercepted call, ORENCH-FELICIANO identified the "Cabo Rojo package" by saying, "It's the small one; it's 'Julio Martinez, 931 W. Walker Street, Milwaukee, WI 53204.'" GONZALEZ-COLLADO asked, "That's the one that's going to arrive?" ORENCH-FELICIANO clarified, "That's the one that's not going to arrive," indicating he had been tracking the "Cabo Rojo package" and that it would not arrive at its Milwaukee destination. ORENCH-FELICIANO reiterated the destination address by saying, "931 is the one that's not going to arrive. The one for Julio Martinez, Walker Street, Milwaukee, Wisconsin 53204. Fucker, but that address is written down correctly." ORENCH-FELICIANO reiterated, "The address is correct," and said, "I write chicken scratch, but it's understandable, fucker," indicating he had written the addresses on the "Cabo Rojo package."

77.     On the same date, at 9:34 a.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called (787) 394-6087 (i.e., ORENCH-FELICIANO). During the intercepted call, ORENCH-FELICIANO said, "Man, that is not going to be there anymore," indicating he believed the "Cabo Rojo package" was no longer at the Milwaukee Post Office. GONZALEZ-COLLADO responded, "They are not going to send it back that fast." ORENCH-FELICIANO said, "As it arrived, they put it to be returned," meaning the Postal tracking system indicated that once the "Cabo Rojo package" arrived in Milwaukee, it was promptly returned to sender. As they discussed whether to call or send someone to the Post Office to retrieve the "Cabo Rojo package," GONZALEZ-COLLADO said, "Man, that was the thing that other time, fucker . . . because of

calling, and all that shit." ORENCH-FELICIANO asked, "What happened?" GONZALEZ-COLLADO replied, "You don't remember? That when . . . returned it, the wrong address fucker," recalling the occasion when on April 8, 2019, GONZALEZ-COLLADO went to the Post Office and called the facility regarding an undeliverable (due to a nonexistent destination address) parcel containing 1.8 kilograms of cocaine. ORENCH-FELICIANO replied, "Yeah, that's true. Leave it alone. Let's see what happens." Later in the conversation, GONZALEZ-COLLADO said, "If you want me to, I can have him go now," indicating he was prepared to send someone to the Post Office to retrieve the "Cabo Rojo package." ORENCH-FELICIANO responded, "And if something happens . . . have you thought of that?" GONZALEZ-COLLADO replied, "Yes, man! He'll get fucked, but we'll bail him out."

78.     On the same date, at 10:27 a.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called (787) 394-6087 (i.e., ORENCH-FELICIANO). During the intercepted call, GONZALEZ-COLLADO said, "This guy is saying he'll go in to get it," indicating he found someone willing to retrieve the "Cabo Rojo package." ORENCH-FELICIANO replied, "Well, give him the information. Have him go in, fucker. That's not a bad thing." GONZALEZ-COLLADO said, "Alright, I'll tell him." ORENCH-FELICIANO directed, "But have him go and pick it up, because if that . . . he can redirect it at once." ORENCH-FELICIANO continued, "Send him the picture and everything," indicating he wanted GONZALEZ-COLLADO to provide the person the image and other identifying information for the "Cabo Rojo package." GONZALEZ-COLLADO replied, "Alright, bye."

79.     On the same date, at approximately 10:36 a.m., Julio SEDA-MARTINEZ entered the U.S. Post Office located at 4300 West Lincoln Avenue, Milwaukee, Wisconsin 53219. SEDA-MARTINEZ came to the Post Office to inquire about the "Cabo Rojo package." While speaking

with the Postal employee, SEDA-MARTINEZ identified the package by its tracking number and the delivery address (i.e., 931 W. Walker Street, Milwaukee, Wisconsin 53204). SEDA-MARTINEZ also displayed his Wisconsin state identification card to the Postal employee and provided his cellular telephone number (414) 406-7420. SEDA-MARTINEZ asked that he be contacted at (414) 406-7420 once the "Cabo Rojo package" became available.

80. On the same date, at 11:14 a.m., (787) 394-6087 (i.e., ORENCH-FELICIANO) called TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO). During the intercepted call, GONZALEZ-COLLADO said, "[T]he guy (i.e., the Postal worker) told him (i.e., SEDA-MARTINEZ) that it (i.e., the "Cabo Rojo package") didn't arrive today . . . . He (i.e., the Postal worker) gave him (i.e., SEDA-MARTINEZ) his telephone number to call him, for him to pick it up tomorrow." ORENCH-FELICIANO replied, "Alright, bye."

*ORENCH-FELICIANO discloses he has customers in Indiana and Pennsylvania*

81. On October 12, 2019, at 6:09 p.m., TARGET TELEPHONE-12 (ORENCH-FELICIANO) received a call from (939) 490-4901, used by an unidentified male (UM12-304). During the intercepted call, ORENCH-FELICIANO said, "Joelo is working too, he sells them for twenty," and continued, "Joelo, I am helping him as well." UM12-304 said, "Aha." ORENCH-FELICIANO noted, "He (i.e., Joelo) is selling the halves in twenty." UM12-304 responded, "What a hit!" ORENCH-FELICIANO said, "With half of one, I can buy one." UM12-304 said, "A hit." ORENCH-FELICIANO said, "He is selling them in Indiana, for twenty," and continued, "[a]nd I pack them for him." Based upon their training, experience, and familiarity with the investigation, case agents believe ORENCH-FELICIANO supplies "Joelo" ½ kilogram-amounts of cocaine, which Joelo sells for $20,000; enough, according to ORENCH-FELICIANO, to reinvest in the purchase of a complete kilogram of cocaine. Furthermore, after contemplating cutting ties with

certain drug associates, ORENCH-FELICIANO noted he could still "stay with the guy in Pennsylvania paying 33, and those are easy." Based upon their training, experience, and familiarity with the investigation, case agents believe ORENCH-FELICIANO reliably supplies cocaine to a person in Pennsylvania for $33,000 per kilogram.

### ORENCH-FELICIANO's receipt of drug proceeds from GONZALEZ-COLLADO

82. A series of intercepts, accompanied by searches of parcels, disclosed GONZALEZ-COLLADO mails drug proceeds to ORENCH-FELICIANO and others. On September 15, 2019, at 7:27 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) received a call from (939) 334-6355 (i.e., ORENCH-FELICIANO). During the intercepted call, GONZALEZ-COLLADO told ORENCH-FELICIANO to provide an address by saying, "Send me an address." ORENCH-FELICIANO asked, "How much is there?" GONZALEZ-COLLADO replied, "I'm going to tell them to make one (i.e., a box) of 30." Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO indicated he would be preparing a parcel containing $30,000 of drug proceeds to be mailed to an address provided by ORENCH-FELICIANO.

83. On September 16, 2019, at 6:09 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) received a call from (939) 334-6355 (i, used by ORENCH-FELICIANO. During the intercepted call, GONZALEZ-COLLADO and ORENCH-FELICIANO argued about drug-proceeds that GONZALEZ-COLLADO purportedly owed ORENCH-FELICIANO. GONZALEZ-COLLADO said, "Buddy, I sent you, listen, three boxes of 20 and one of 24," indicating he had mailed ORENCH-FELICIANO three parcels each containing $20,000 and one parcel containing $24,000 in drug proceeds. ORENCH-FELICIANO responded, "You sent me three boxes of 20, two for the Mexican guy, and we are at 79. Listen to me,

remember we were at 119,000 bucks, dude." Later in the same conversation, ORENCH-FELICIANO said, "I'm in San Juan to pick up work buddy. I came to pick up four boards that I have up here." Based upon their training, experience, and familiarity with the investigation, case agents believe ORENCH-FELICIANO was referring to cocaine when using the term "work" and that he intended to retrieve four kilograms of cocaine in San Juan, Puerto Rico when saying he would pick up "four boards" in San Juan.

84. On September 16, 2019, at 6:58 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called (939) 334-6355 (i.e., ORENCH-FELICIANO). During the intercepted call, GONZALEZ-COLLADO and ORENCH-FELICIANO resumed their dispute over the outstanding drug debt. ORENCH-FELICIANO said, "You owed me . . . four boxes. Two of 20 to the Mexican guy and 44 to me; and one of 20 and one of 44," indicating he believed GONZALEZ-COLLADO owed a Mexican two boxes containing $20,000 each in drug proceeds, and owed ORENCH-FELICIANO a box containing $20,000 in drug proceeds and two boxes each containing $44,000 in drug proceeds. GONZALEZ-COLLADO replied, "Look, I sent you one to Mayagüez; that was the last one. The other one was to Texas, to the Mexican guy." On August 22, 2019, USPI Fink obtained a warrant to search a parcel containing suspected drug proceeds that was mailed by Julio SEDA-MARTINEZ at the Harbor Post Office, 1416 S. 11ᵗʰ Street, Milwaukee, Wisconsin on August 21, 2019. The parcel was addressed to "Daniel de la Cruz, 2800 Abbott Ave., Mission Tx. 78574." A search of the parcel disclosed $20,000 in U.S. currency. The parcel was thereafter released into the stream of mail. Based upon their training, experience, and familiarity with the investigation, case agents believe the "Mexican guy" is the person who receives drug proceeds in Mission, Texas from GONZALEZ-COLLADO and his associates.

*Search of a money shipment*

85.     On September 17, 2019, at 2:47 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called (939) 334-6355 (i.e., ORENCH-FELICIANO). During the intercepted call, GONZALEZ-COLLADO again requested an address where he could send a suspected money-laden parcel by asking, "Where do I send that to?" ORENCH-FELICIANO asked, "How much is that one?" GONZALEZ-COLLADO replied, "Thirty," indicating the parcel would contain $30,000. ORENCH-FELICIANO responded, "Thirty? Send it to Balboa," confirming the amount of currency and indicating the location where the money-laden parcel was to be sent. GONZALEZ-COLLADO said, "Alright, bye! And start looking for more," indicating he wanted ORENCH-COLLADO to obtain more illegal drugs to be mailed to Milwaukee. ORENCH-FELICIANO replied, "Alright." On September 17, 2019, at approximately 4:50 p.m., investigators observed Enid MARTINEZ, the spouse of Marcos APONTE-LEBRON, mail a package at the Harbor Post Office, 1416 S. 11th Street, Milwaukee, Wisconsin 53204. The package was addressed to "Moises Gonzalez, Balboa 33 PMB 204, Mayagüez P.R. 00680." On September 18, 2019, USPI Fink obtained a warrant to search the contents of the package mailed by Enid MARTINEZ at the Harbor Post Office. A search of the package revealed it contained $29,980 in U.S. currency. Investigators subsequently released the package into the stream of mail.

**Carlos Omar CONCEPCION-RIVERA**

86.     As discussed herein, Carlos Omar CONCEPCION-RIVERA (a/k/a "Omy"), an Hispanic male born on March 18, 1988, is a Puerto Rican-based multi-kilogram cocaine distributor, who sends kilograms of cocaine via the U.S. Mail to locations in the continental United States, including Milwaukee, Wisconsin. CONCEPCION-RIVERA lives in Puerto Rico, which has been confirmed by investigation and surveillance. During the course of this investigation, case

agents determined that CONCEPCION-RIVERA has used more than one cellular telephone number, including (787) 960-9540 (TARGET TELEPHONE-10) and (920) 371-4279.

### *CONCEPCION-RIVERA's multi-kilogram cocaine shipments to the continental United States*
### *Seizure of a Milwaukee-bound cocaine shipment*

87.     As noted *supra*, CONCEPCION-RIVERA supplies Hector Yamil RODRIGUEZ-RODRIGUEZ kilogram-quantities of cocaine via the U.S. Mail. A series of intercepted communications, accompanied by a seizure, confirmed that CONCEPCION-RIVERA had indeed been mailing kilograms of cocaine to Milwaukee. Specifically, on October 9, 2019, USPI Fink identified a suspicious package addressed to a Milwaukee residence and originating from Rincon, Puerto Rico. The "Rincon package" weighed approximately 6 pounds, 9 ounces, was addressed to "Jose Caro, 725 S 28th St., Milwaukee WI. 53215-1203," and originated from "Delia Caro, HC 03 Box 6219 Bo. Jaguey Rincon PR, 00677." The "Rincon package" was postmarked on October 8, 2019 in Cabo Rojo, Puerto Rico, and assigned tracking number 9505516133779281326180. After a narcotics-detecting canine alerted to the contents of the "Rincon package," USPI Fink obtained a warrant to search the contents of the package. A search of the package revealed it contained a one-kilogram brick of cocaine that bore a "dolphin" stamp.

88.     On October 11, 2019, at 8:35 a.m., TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA) called TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ). During the intercepted call, CONCEPCION-RIVERA said, "I sent you the address there," and continued, "the one for Rincon and one of the names." Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Dammit, do you remember the name for over here?" CONCEPCION-RIVERA replied, "Man, I think it was Edward Caro . . . Man, I am not sure," suggesting he was discussing the "Rincon package." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Let me check that." CONCEPCION-RIVERA subsequently commented, "Dude, we cannot

let any of that get lost." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "I have to call again," indicating he would call the Post Office to inquire about the "Rincon package." Later in the conversation, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Send me a picture of the receipt to this phone – the other phone is [unintelligible] so I can get it," indicating he wanted the image of the "Rincon package's" receipt for reference when he spoke to the Post Office.

89. While Hector Yamil RODRIGUEZ-RODRIGUEZ was speaking to CONCEPCION-RIVERA over TARGET TELEPHONE-6, he used TARGET TELEPHONE-7 to contact the Post Office. Specifically, on October 11, 2019, at 8:36 a.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (800) 275-8777, which is the Post Office's customer service number. During the intercepted call, "Aurelio," a USPS customer service representative, said, "Thank you for calling the United States Postal Service customer care center, my name is Aurelio. To assist you, may I have your name please?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Edward Caro." Aurelio asked, "How may I help you mister?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "I am having a problem receiving a package that was supposed to be here today, but they are telling me that they need to re-send it." Aurelio said, "I apologize for that delay, can you please give me the tracking number? Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "9505516133779281326180," indicating the tracking number assigned to the "Rincon package." Aurelio said, "Thank you. So, I have 9505516133779281326180, going from Puerto Rico to Wisconsin, correct?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "That is correct." Aurelio asked, "Can you verify your address, please?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "725 South 28th Street, Milwaukee, Wisconsin 53211," which corresponded to the destination address listed on the "Rincon package." Aurelio said, "[U]nfortunately, this item was missent to the wrong post office

in Green Bay . . . yesterday, so it shows that it's being . . . rerouted to the correct destination. It went to Green Bay instead of Milwaukee." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Okay, no problem. When will I be receiving it?" Aurelio said, "We do not have an estimated return date, but you can continue to track it on the website USPS.com." Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "Okay, no problem." Based on these facts, case agents believe CONCEPCION-RIVERA had the cocaine-laden "Rincon package" mailed to Milwaukee for further distribution by Hector Yamil RODRIGUEZ-RODRIGUEZ. As noted *infra*, CORTES-NIEVES mailed the package.

## *CONCEPCION-RIVERA's receipt of drug proceeds from Hector Yamil RODRIGUEZ-RODRIGUEZ*

### *Searches of money shipments*

90. On September 6, 2019, USPI Fink obtained a warrant to search the contents of a parcel that Hector Yamil RODRIGUEZ-RODRIGUEZ mailed on September 5, 2019, from Milwaukee and addressed to "Yashira Cortes," who CONCEPCION-RIVERA lists as his spouse on his Facebook account. The parcel contained $27,000 in U.S. currency. Investigators subsequently released the parcel into the stream of mail. On September 9, 2019, at 3:45 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ inquired if CONCEPCION-RIVERA received the money-laden parcel by asking, "Did you get it?" CONCEPCION-RIVERA replied, "Uh yes, the missus just called me," indicating that CONCEPCION-RIVERA's spouse had notified him that the parcel had arrived. Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Oh, okay, they left it (i.e., the parcel) in front of your house?" CONCEPCION-RIVERA replied, "Yes." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Alright then, I wanted to check that was left there – [you] never called me."

CONCEPCION-RIVERA responded, "Yes, I left the missus and I called her and told her, 'The fucker (i.e., the parcel) is nearby,'" indicating that he had notified his spouse (i.e., Yashira CORTES-NIEVES) of the parcel's impending arrival. Hector Yamil RODRIGUEZ-RODRIGUEZ subsequently said, "Call me when you count it," indicating he wanted CONCEPCION-RIVERA to contact him once CONCEPCION-RIVERA counted the money. Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ had mailed CONCEPCION-RIVERA \$27,000 in proceeds from the sale of cocaine that CONCEPCION-RIVERA previously supplied to Hector Yamil RODRIGUEZ-RODRIGUEZ.

91.    On September 18, 2019, USPI Fink obtained a warrant to search the contents of a parcel that Hector Yamil RODRIGUEZ-RODRIGUEZ mailed on September 17, 2019, from Milwaukee and addressed to "Rafael Chaparro Concepcion" in Aguada, Puerto Rico. The parcel contained \$33,040 in U.S. currency. Investigators subsequently released the parcel into the stream of mail. On September 30, 2019, at 2:46 p.m., TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA) called TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Did it arrive early?" CONCEPCION-RIVERA replied, "It arrived . . . no, it arrived at 8:00 in the morning, my woman went over there," indicating Yashira CORTES, his spouse, retrieved a parcel that Hector Yamil RODRIGUEZ-RODRIGUEZ sent. Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Did you find it?" CONCEPCION-RIVERA replied, "[T]here was 28,350," indicating the parcel contained \$28,350. CONCEPCION-RIVERA continued, "And the other one was 33," referencing the parcel containing \$33,040 that Hector Yamil RODRIGUEZ-RODRIGUEZ mailed on September 17, 2019. Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "The other one was

33, exactly." Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ had mailed CONCEPCION-RIVERA $33,040 and $28,350 in proceeds from the sale of cocaine that CONCEPCION-RIVERA previously supplied to Hector Yamil RODRIGUEZ-RODRIGUEZ.

## David Joel QUINONES-RIOS

92.     As discussed herein, David Joel QUINONES-RIOS (a/k/a "Gordo," "Gordito," and "Davito"), an Hispanic male born on May 8, 1990, is a Puerto Rican-based multi-kilogram cocaine distributor, who sends kilograms of cocaine via the U.S. Mail to various locations in the continental United States, including Milwaukee, Wisconsin. QUINONES-RIOS resides in Puerto Rico, which has been confirmed by investigation and surveillance. During the course of this investigation, case agents determined that QUINONES-RIOS has used more than one cellular telephone number, including (787) 463-8963 (TARGET TELEPHONE-11), (904) 314-9813, and (939) 339-3361.

### *QUINONES-RIOS's multi-kilogram cocaine shipments to the continental United States*

#### *Cocaine shipments to Milwaukee*

93.     As detailed *supra*, QUINONES-RIOS supplies Hector Yamil RODRIGUEZ-RODRIGUEZ kilogram-quantities of cocaine via the U.S. Mail. A series of intercepts revealed how one cocaine shipment to Milwaukee transpired. On October 6, 2019, at 8:07 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (904) 314-9813, used by QUINONES-RIOS. During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "How much are you going to send?" QUINONES-RIOS inquired, "[I]f I have four, will you take four?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Yes, of course blood, you know." Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ agreed to receive

four kilograms of cocaine from QUINONES-RIOS. On the same date, at 8:22 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (904) 314-9813, used by QUINONES-RIOS. During the intercepted call, QUINONES-RIOS said, "28½," indicating his price for a kilogram of cocaine was $28,500. Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Man, do 28, if I'm getting it for 27½ from these assholes," indicating he wanted QUINONES-RIOS to drop the price to $28,000 per kilogram. QUINONES-RIOS inquired "28?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Yes, 28." QUINONES-RIOS responded, "Alright then."

94. On October 7, 2019, at 8:02 p.m., TARGET TELEPHONE-13 (i.e., David QUINONES-QUINONES) called TARGET TELEPHONE-11 (i.e., QUINONES-RIOS). During the intercepted call, QUINONES-QUINONES inquired if QUINONES-RIOS had customers needing cocaine in the continental United States by asking, "And does anyone want any out there?" QUINONES-RIOS replied, "For out there, I sent four today as well," referencing the four kilograms of cocaine he had sent to Hector Yamil RODRIGUEZ-RODRIGUEZ that day. QUINONES-QUINONES remarked, "I was going to release you one to send it out there." QUINONES-RIOS said, "I have a guy there that grabs some. I'll tell him tomorrow." QUINONES-QUINONES said, "Find out." QUINONES-RIOS asked, "Alright, how much should we charge him for it?" QUINONES-QUINONES inquired, "How much do you give it to him for?" QUINONES-RIOS said, "I charge him 28," indicating he charges $28,000 per kilogram of cocaine. QUINONES-QUINONES said, "Whatever you can sell it for."

95. On October 9, 2019, at 3:18 p.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) called TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES). During the intercepted call, QUINONES-RIOS said, "I sent four and two arrived and it has not arrived,"

indicating he had mailed Hector Yamil RODRIGUEZ-RODRIGUEZ four kilograms of cocaine, but only two kilograms had arrived at that point. QUINONES-QUINONES said, "The mailmen are stealing it, fucker." QUINONES-RIOS noted, "[T]here was two in one box and two in the other," indicating he had mailed two boxes that each contained two kilograms of cocaine. QUINONES-QUINONES tried to reassure QUINONES-RIOS by saying, "Well, it arrived." QUINONES-RIOS said, "One arrived and the other is still missing," indicating only one of two cocaine-laden boxes arrived in Milwaukee. Contemporaneous intercepted calls disclosed that the two suspected drug-laden parcels were indeed mailed to Hector Yamil RODRIGUEZ-RODRIGUEZ in Milwaukee. On October 9, 2018, at 11:22 a.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) received a call from (787) 675-0225 (i.e., TARGET TELEPHONE-14), used by FNU LNU 8 (a/k/a "Edward"). During the intercepted call, QUINONES-RIOS said, "A box of 2 got lost." Later in the conversation, QUINONES-RIOS said, "[I]t (i.e., the box) is over there in Milwaukee already." On the same date, at 2:50 p.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) received a call from (954) 560-1299, used by Karina FERRER. During the intercepted call, QUINONES-RIOS said, "The fucking box arrived and it arrived somewhere else. There were two more in another box; that's $80,000 lost." On the same date, at 4:00 p.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) received a call from (787) 240-6515, used by an individual nicknamed "Peluca." During the intercepted call, QUINONES-RIOS said, "One is missing. Supposedly, Yamil (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called over there (i.e., the Post Office), and I was listening, and they told him that it (i.e., the box) will be delivered tomorrow or the following day."

## *Seizure of a cocaine shipment*

96.     A series of intercepted communications, accompanied by a seizure, confirmed that QUINONES-RIOS had indeed been mailing kilograms of cocaine to the continental United States. On October 28, 2019, at 10:06 a.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) received a call from (860) 865-9716, used by FNU LNU 12 (a/k/a "Leo"). The "860" area code is affiliated with the northern and eastern portions of Connecticut and includes the cities of Hartford, Groton, and New London, Connecticut. During the intercepted call, QUINONES-RIOS said, "I'm ready to send you some for tomorrow." FNU LNU 12, who identified himself as "Leo" in prior intercepts, asked, "You haven't made it yet?" QUINONES-RIOS replied, "No, I'm going to make them later and have them ready and have the guys send it tomorrow." QUINONES-RIOS continued, "I'm going to send you six." Based upon their training, experience, and familiarity with the investigation, case agents believe QUINONES-RIOS indicated he would mail six kilograms of cocaine to FNU LNU 12 on October 29, 2019.

97.     Given the foregoing intercept, on October 30, 2019, USPI Fink identified a suspicious package addressed to New London, Connecticut (the "New London package") and originating from Rincon, Puerto Rico, which is a town on the island's northwest coast. The package was postmarked on October 29, 2019 in Rincon and weighed approximately 8 pounds, 6 ounces. The package was addressed to "Antonio Gonzalez, 179 Lincoln Ave, New London CT 06320," and listed the return address as "Abimael Gonzalez, PO. Box 50000 Suite 663 Aguada PR 00602." Of note, on October 12, 2019, a suspected cocaine-laden parcel was mailed to Milwaukee, Wisconsin from Aguada, Puerto Rico, and listed the return address as "Jose Aceveto, PO box 5000-663, Aguada PR 00602," which was nearly identical to the return address listed on the "New London package." Based on this information, USPI Fink had the "New London package" rerouted

to Milwaukee for further scrutiny. After a narcotics-detecting canine alerted to the contents of the "New London package," USPI Fink obtained a warrant to search its contents. A search of the "New London package" revealed it contained two bricks of cocaine that weighed approximately two kilograms. USPI Fink had the USPS tracking system indicate that the "New London package" had arrived in Bennington, Nebraska and would be returned to sender. One cocaine brick had the stamp "F8," and the other cocaine brick had a "dolphin" stamp.[5]

98.     On October 31, 2019, at 12:42 p.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) called (860) 865-9716 (i.e., FNU LNU 12 (a/k/a "Leo")). During the intercepted call, QUINONES-RIOS asked, "Did you call?" FNU LNU 12 replied, "Hey, I'm here and they have me on hold [BACKGROUND: on-hold music]," indicating he was also on-hold with customer service regarding an undelivered item. QUINONES-RIOS directed, "Check and see. It's showing they are going to return it back [to sender]." FNU LNU 12 responded, "What are you thinking, could it have been caught, Davo?" QUINONES-RIOS replied, "No, no! I checked it and all the passes were done. When they get caught, it always shows they are coming to San Juan." FNU LNU 12 later asked, "But what happened there?" QUINONES-RIOS said, "It shows they couldn't deliver it at the address," indicating he was tracking the progress of an undelivered package. FNU LNU 12 said, "That's weird, you know?" QUINONES-RIOS responded, "If it would have been caught, they would have tried to deliver it to try and get someone," indicating the package contained contraband, which would, in his view, have prompted law enforcement to conduct a controlled delivery to arrest the recipient of the package.

---

[5] On October 16, 2019, at 4:08 p.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) called TARGET TELEPHONE-14 (i.e., FNU LNU 8). During the intercepted call, QUINONES-RIOS said, "The dolphins are badass," referring to the quality of cocaine bearing the "dolphin" stamp. FNU LNU 8 responded, "Yes, they are good." FNU LNU 8 later commented, "The dolphin and the F8 and the one you showed me are nice," referring to the quality of cocaine bearing the "dolphin," "F8," and an unspecified stamp.

99. On the same date, at 3:47 p.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) received a call from (860) 865-9716 (i.e., FNU LNU 12 (a/k/a "Leo")). During the intercepted call, QUINONES-RIOS said, "They sent it somewhere else." FNU LNU 12 said, "Shit, they sent it to Nebraska. What are they going to do?" Send it over here now?" QUINONES-RIOS replied, "Supposedly." QUINONES-RIOS continued, "I gave the name of the guy and correct address; everything is perfect." FNU LNU 12 remarked, "What a crazy thing." QUINONES-RIOS responded, "Right? It jumped from there." FNU LNU 12 said, "Listen, I freaked out." QUINONES-RIOS said, "I called and they told me that, I will see what happens." Based upon their training, experience, and familiarity with the investigation, case agents believe QUINONES-RIOS and FNU LNU 12 were referring to the "New London package" when discussing the item that could not be delivered, was sent to Nebraska, and would be returned.

100. Also on the same date, at 4:32 p.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) called (717) 781-0536, used by FNU LNU 13 (a/k/a "Angel"). During the intercepted call, QUINONES-RIOS remarked, "I did not go over there because I was doing other things and I lost two as well," indicating he was preoccupied because, among other things, he lost "two" – corresponding to the undelivered two kilograms of cocaine in the "New London package." FNU LNU 13 asked, "That what?" QUINONES-RIOS reiterated, "That I also have something lost," again referring to the "New London package" that contained two kilograms of cocaine. FNU LNU 13 said, "Damn it dude, you should have picked up that money." QUINONES-RIOS responded, "It's arriving tomorrow," indicating a package containing suspected drug proceeds would arrive the next day.

*Seizure of money shipment*

101.    On November 11, 2019, at 2:54 p.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) received a call from (717) 781-0536 (i.e., FNU LNU 13 (a/k/a "Angel"). The "717" area code is affiliated with the south central portions of Pennsylvania and includes the cities of Harrisburg, Lancaster, and York. During the intercepted call, FNU LNU 13 said, "I have the majority in there, man, but I'm waiting on two or three bucks; I'm waiting on two or three bucks to arrive . . . I'm thinking I'll be ready to send tomorrow. If I have to wait until tomorrow, then I'll send it Wednesday." QUINONES-RIOS responded, "Send it tomorrow." FNU LNU 13 said, "I'm going to send all I have there tomorrow and the rest through a money order on these days." QUINONES-RIOS said, "Alright, go ahead." FNU LNU 13 asked, "Are you sending tomorrow?" QUINONES-RIOS replied, "Let me see what is around." FNU LNU 13 responded, "Man, check and see if you can send yours because I need that." Based upon their training, experience, and familiarity with the investigation, case agents believed FNU LNU 13 indicated he would be mailing drug proceeds to QUINONES-RIOS on November 11, 2019, and requested that QUINONES-RIOS mail cocaine to him.

102.    On November 12, 2019, at 2:49 p.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) received a call from (717) 781-0536 (i.e., FNU LNU 13 (a/k/a "Angel"). During the intercepted call, FNU LNU 13 said, "That address is wrong." QUINONES-RIOS responded, "No, I already receive mail there." FNU LNU 13 said, "No, San Antonio is a neighborhood in Aguadilla, if I'm not mistaken; but it has to say Aguadilla. You only put San Antonio, PR," indicating QUINONES-RIOS may have provided an erroneous address where to send the drug proceeds. QUINONES-RIOS said, "Hold on, give me a moment." FNU LNU 13 said, "You see? That box would have ended up in the wrong place." QUINONES-RIOS

responded, "561 San Antonio, PR 00690. Aguadilla no, San Antonio." QUINONES-RIOS continued, "I always write it like that because by the zip code, they know," indicating the zip code would ensure the package's arrival at the correct location.

103. Given the foregoing intercepts, on November 13, 2019, USPI Fink identified a suspicious package addressed to San Antonio, Puerto Rico (the "San Antonio package") and originating from York, Pennsylvania. The package was postmarked on November 12, 2019 in York, Pennsylvania and weighed approximately 4 pounds, 11 ounces. The package was addressed to "Hector Mendez, PO Box 561, San Antonio, P.R. 00690," and listed the return address as "Yahaira Rosario, 411 S. George St., York, PA 17401." Based on this information, USPI Fink had the "San Antonio package" rerouted to Milwaukee for further scrutiny. After a narcotics-detecting canine alerted to the contents of the "San Antonio package," USPI Fink obtained a warrant to search its contents. A search of the "San Antonio package" revealed it contained $10,400 in U.S. currency.

104. On November 18, 2019, at 11:54 a.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) received a call from (717) 781-0536 (i.e., FNU LNU 13 (a/k/a "Angel"). During the intercepted call, QUINONES-RIOS said, "It hasn't moved," indicating the "San Antonio package" had not moved according to the tracking system. FNU LNU 13 said, "Man, I knew from the beginning that something might happen; that something was going to happen . . . . [b]ut you said it was all good; well, I left it like that." QUINONES-RIOS responded, "It's always sent like that." FNU LNU 13 asked, "You can catch anything, man?" QUINONES-RIOS replied, "Without money, I can't," indicating he cannot obtain additional cocaine without drug proceeds. FNU LNU 13 said, "It's been said that inventory is low. Is that true?" QUINONES-RIOS replied, "No, there is some around," indicating cocaine was available. FNU LNU 13 said, "[I]f I could

work a whole one to not have to go through the trouble." QUINONES-RIOS responded, "I'm just waiting for the money to arrive so we could work something out." Based upon their training, experience, and familiarity with the investigation, case agents believe FNU LNU 13 wanted an entire kilogram of cocaine, rather than the lesser quantity that QUINONES-RIOS had supplied FNU LNU 13.

105. On November 21, 2019, at 5:24 p.m., TARGET TELEPHONE-7 (i.e., RODRIGUEZ) called TARGET TELEPHONE-11 (i.e., QUINONES-RIOS). During the intercepted call, RODRIGUEZ said, "Don't leave me naked, man, we need to do business, Davo, you have to . . . you know . . . ," indicating he wanted QUINONES-RIOS to continue supplying him cocaine. QUINONES-RIOS said, "That man has to give me from there, and now I lost a box with ten bucks," referencing the "San Antonio package" that was never delivered to him.

106. On November 25, 2019, 4:24 p.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) called (787) 340-0513, used by "Marcelino." During the intercepted call, QUINONES-RIOS lamented, "Man, I have lost a box, fucking shit." "Marcelino" said, "Wait, don't call or anything," and continued, "[w]hen you call and call, man, those people know and they store it and put it aside in a corner and that's the problem," admonishing QUINONES-RIOS not to call attention to the lost box. QUINONES-RIOS responded, "Yes, they'll check on it," and continued, "10,400 were coming in it, 10,400 bucks," indicating he was talking about the "San Antonio package" that was never delivered to him.

### QUINONES-RIOS supplies fellow multi-kilogram cocaine distributor ORENCH-FELICIANO

107. A series of intercepted communications disclosed that QUINONES-RIOS supplied ORENCH-FELICIANO cocaine. Specifically, on October 10, 2019, at 6:22 p.m., TARGET TELEPHONE-11 (i.e., QUINONES-RIOS) called TARGET TELEPHONE-12 (ORENCH-

FELICIANO). During the intercepted call, ORENCH-FELICIANO asked, "Do you still have any left? QUINONES-RIOS replied, "Yes." ORENCH-FELICIANO said, "I need one dude." QUINONES-RIOS said, "I'll go get it now or what should I do?" ORENCH-FELICIANO said, "I don't know. I am here at home, close to where we met yesterday." QUINONES-RIOS said, "I'll call you back when I get one." ORENCH-FELICIANO said, "Alright, call me." On the same date, at 8:45 p.m., TARGET TELEPHONE-12 (i.e., ORENCH-FELICIANO) called TARGET TELEPHONE-11 (i.e., QUINONES-RIOS). During the intercepted call, ORENCH-FELICIANO asked, "It's 20 bucks a piece, right dude?" QUINONES-RIOS replied, "20-2." ORENCH-FELICIANO responded, "20-2? It's fine." QUINONES-RIOS said, "Alright." Based upon their training, experience, and familiarity with the investigation, case agents believe ORENCH-FELICIANO agreed to purchase a kilogram of cocaine from QUINONES-RIOS for $20,200.

108. On the same date, at 8:35 p.m., TARGET TELEPHONE-12 (i.e., ORENCH-FELICIANO) called TARGET TELEPHONE-11 (i.e., QUINONES-RIOS). During the intercepted call, QUINONES-RIOS said, "I'm here, close to Aguada, on the second light." ORENCH-FELICIANO said, "We can meet in Anasco. What do you think? We can meet at McDonald's, the front is dark and quiet," suggesting they could conduct the cocaine transaction at a discrete location in Anasco, Puerto Rico. QUINONES-RIOS replied, "I'll see you there."

### David QUINONES-QUINONES

109. As discussed herein, David QUINONES-QUINONES (a/k/a "Davo") is a Puerto-Rican based cocaine distributor who obtains significant kilogram-quantities of cocaine from other Puerto-Rican based distributors and Dominican suppliers via maritime shipment. QUINONES-QUINONES, in turn, supplies the cocaine to other Puerto-Rican based distributors, such as QUINONES-RIOS. QUINONES-QUINONES lives in Puerto Rico, which has been confirmed

by the investigation. During the course of this investigation, case agents determined that QUINONES-QUINONES uses more than one cellular telephone number, including (939) 414-0240 (i.e. TARGET TELEPHONE-13).

### *QUINONES-QUINONES discusses prospect of directly supplying Milwaukee with Dominican-sourced cocaine*

110. On October 29, 2019, at 2:20 p.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) received a call from (414) 573-1846, used by Steven CORTES-IRIZARRY (a/k/a "Tufo"), who assists Hector Yamil RODRIGUEZ-RODRIGUEZ's Milwaukee-based drug-distribution network. During the intercepted call, CORTES-IRIZARRY said, "Things got slow, Davo. Because, at this time . . . sometimes you sell 15 right away, but sometimes . . .," indicating at times one could quickly sell as much as 15 kilograms of cocaine, but recently the demand in Milwaukee had lessened. QUINONES-QUINONES remarked, "Yes, up there they got one in," and continued, "[t]hey brought a load in, and he tells me that it cooks and all, but it won't dry out. He says he will sell them cheap." Based upon their training, experience, and familiarity with the investigation, case agents believe QUINONES-QUINONES informed CORTES-IRIZARRY that a cocaine shipment had arrived in Puerto Rico, that the cocaine was ideal for "cooking" into cocaine base, and that the cocaine was cheap. CORTES-IRIZARRY asked, "Do you sell them whole one or by pieces?" QUINONES-QUINONES replied, "I usually sell them whole or halves," indicating he sells cocaine in either whole kilogram or 500 gram amounts. QUINONES-QUINONES then noted, "I have some Dominican friends who are going to help me out," indicating he would be supplied by Dominicans. CORTES-IRIZARRY said, "Well, see what you can do and call me as soon as you get them," indicating he wanted QUINONES-QUINONES to contact him once the Dominicans delivered the cocaine. QUINONES-QUINONES replied, "Yes, I'll call you as soon as I get them." Later in the conversation, CORTES-IRIZARRY said, "Yamil

pays me here to pick them up . . . that way I earn $2,000 or $3,000," indicating Hector Yamil RODRIGUEZ-RODRIGUEZ pays him to retrieve cocaine-laden parcels sent to Milwaukee, Wisconsin. QUINONES-QUINONES asked, "At how much is he selling them over there?" CORTES-IRIZARRY said, "Davito puts them here for me at 28," indicating QUINONES-RIOS supplied cocaine to Milwaukee for $28,000 per kilogram. QUINONES-QUINONES responded, "I can give them to you for the same," indicating he too could supply CORTES-IRIZARRY cocaine at $28,000 per kilogram.

## *QUINONES-QUINONES prepares for receipt of 115 kilograms of cocaine via maritime shipment from the Dominican Republic*

111.   On November 12, 2019, at 10:30 a.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) called (787) 249-5219, used by a person identified as FNU LNU 18 [a/k/a "Andy"]). During the intercepted call, FNU LNU 18 said, "Listen, call Gordo to see if the old man and young man want to go pick something up. I have a good number." QUINONES-QUINONES subsequently responded, "I'll talk to him." FNU LNU 18 said, "Of course, if not, look for somebody that is serious and who knows how to do it well; whoever, but we need them for today or early tomorrow. Based upon their training, experience, and familiarity with the investigation, case agents believe FNU LNU 18 wanted QUINONES-QUINONES to assemble a crew to retrieve an imminent maritime cocaine shipment. In a subsequent recorded call, at 11:21 a.m., FNU LNU 18 said, "It's 115 . . . then 3." QUINONES-QUINONES asked, "How much are they going to pay them?" FNU LNU 18 subsequently answered, "Maybe seven percent or eight." Based upon their training, experience, and familiarity with the investigation, case agents believe FNU LNU 18 indicated they would be initially supplied 115 kilograms of cocaine (and later 300 kilograms), and that the crew may receive eight kilograms (i.e., $\approx$ 7%) as payment for retrieving the cocaine load.

112. On November 12, 2019, at 11:26 a.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) received a call from (732) 804-7858, used by FNU LNU 15. During the intercepted call, QUINONES-QUINONES directed FNU LNU 15, "Put Negro on the phone." Once "Negro" answered the phone, QUINONES-QUINONES discussed "Negro's" payment should he retrieve a maritime cocaine load for QUINONES-QUINONES. Specifically, QUINONES-QUINONES said, "Listen, I'll give you seven percent" "Negro" responded, "Seven percent? Did you do the math? Tell me because these people and I are stupid." QUINONES-QUINONES replied, "Well, it's 115 to start and then it's 300; he said it's like eight, in the end," indicating he would initially be supplied 115 kilograms of cocaine, "Negro" would receive eight kilograms as payment (i.e., ≈ 7%), and the supplier would subsequently provide 300 kilograms of cocaine. "Negro" asked, "Okay, but in money, how much?" QUINONES-QUINONES replied, "160,000," indicating "Negro" could earn $160,000 (i.e., $20,000 per kilogram of cocaine). "Negro" asked, "Is it far? Do we have to run a lot?" QUINONES-QUINONES replied, "No, he says it's closer," indicating "Negro" would not need to travel far (i.e., in the Caribbean) to retrieve the multi-kilogram cocaine load.

113. On November 16, 2019, at 1:53 p.m., TARGET TELEPHONE-13 (i.e., QUINONES-RIOS) received a call from (717) 781-0536, used by FNU LNU 13 (a/k/a "Angel"). During the intercepted call, FNU LNU 13 said, "Well dude, please let me know if you do anything. Let's see if we can start working again," indicating he wanted QUINONES-QUINONES to notify him when a supply of illegal drugs was available. QUINONES-QUINONES responded, "There is a Dominican coming, if I get a hold of him, I'll be able to get two or three pieces," indicating a Dominican was about to supply cocaine, and that QUINONES-QUINONES could give FNU LNU 13 two to three kilograms from that shipment. FNU LNU 13 said, "Send them whole, don't break

them. Send it whole and I'll go through it quick," indicating he wanted QUINONES-QUINONES to send the cocaine in uncut kilogram bricks. QUINONES-QUINONES said, "I'll send it whole to you if you find a good address. I won't even send you bubble gum to that address," indicating he would mail FNU LNU 13 the cocaine if FNU LNU 13 provided a secure address. QUINONES-QUINONES continued, "I've lost too much, dude," indicating he did not want to lose a cocaine shipment. FNU LNU 13 said, "Dude, you have to send the whole piece at a good price." QUINONES-QUINONES responded, "Well, you get yourself a good address. The least I could give you an entire piece is for 28 or 29 . . . depending on the price we get here. But there is none here at this time," indicating he could sell the cocaine to FNU LNU 13 for between \$28,000 and \$29,000 per kilogram, and again insisted that FNU LNU 13 first find a secure address to receive the cocaine. FNU LNU 13 subsequently said, "Go ahead and send it." QUINONES-QUINONES said, "Let's see what happens; that thing is supposed to leave from there today or tomorrow, and it's coming with a couple of [unintelligible], and if it doesn't get caught and comes to me . . .," and continued, "[a] Dominican, a Dominican coming from there to here," indicating his cocaine supply would be replenished by a Dominican via maritime shipment unless the shipment was seized by authorities.

114. On November 16, 2019, at 4:35 p.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) called (732) 804-7858 (i.e., FNU LNU 15). During the intercepted call, QUINONES-QUINONES said, "Those people already sent me the video showing that they left already," indicating he received notice that the maritime cocaine shipment had departed the Dominican Republic. FNU LNU 15 responded, "Oh, okay. Well, let me know so I go down there and open it and . . . ," indicating he would go to the location where their boat was located to allow the crew to access the boat. QUINONES-QUINONES subsequently said, "Well, I'll call you as

72
Case 2:20-mj-00833-WEC Filed 02/18/20 Page 72 of 223 Document 1-1

soon as he calls me," indicating he would contact FNU LNU 15 once he receives an update from the Dominican cocaine supplier. FNU LNU 15 said, "Alright, I'll be waiting for your call."

115. The Dominican cocaine suppliers ultimately chose not to conduct the shipment on this occasion. QUINONES-QUINONES and FNU LNU 15 subsequently discussed the abandoned maritime effort during an intercepted conversation. On November 18, 2019, at 11:22 a.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) received a call from (732) 804-7858 (i.e., FNU LNU 15). During the intercepted call, FNU LNU 15 asked, "Listen, aren't those people going to try again? When are they going again?" QUINONES-QUINONES replied, "Yes, yes, I think . . . I'll call later, but this week again," indicating the Dominican supplier might attempt a maritime cocaine shipment later that week. FNU LNU 15 responded, "[B]ecause I can't believe they cancelled that yesterday. They were supposed to try again today," indicating the maritime cocaine shipment was supposed to occur either late Sunday or early Monday. QUINONES-QUINONES said, "I told them that it cannot wait now, 'Are you going to wait?' 'No, no, [unintelligible],'" indicating he was insisting on the Dominicans making the maritime cocaine shipment. FNU LNU 15 commented, "If the road gets harder, the road can get harder, the road is becoming hard. So, they have to take advantage, if not this is going to fall for a long time," indicating the conditions for a successful maritime cocaine shipment may become more difficult. FNU LNU 15 continued, "And that is what the guy is planning; the more it delays, the better it is for him," indicating the supplier may be trying to extract a financial advantage by delaying the cocaine shipment. QUINONES-QUINONES said, "Yes." FNU LNU 15 said, "So . . . nothing, light a fire," indicating he wanted QUINONES-QUINONES to pressure the Dominicans to promptly make the maritime cocaine shipment.

116.    On December 10, 2019, at approximately 4:40 a.m., the Puerto Rico Police Department Joint Forces for Rapid Action (FURA) intercepted a "yola" type vessel approximately one mile from Crash Boat Beach, which is near Aguadilla, Puerto Rico. The vessel had five occupants each of whom claimed to be Dominican nationals. FURA, with the assistance of the U.S. Border Patrol, searched the "yola" type vessel and found approximately 182 kilograms of suspected cocaine. A field test later confirmed the suspected contraband was indeed cocaine.

117.    Several intercepted communications disclosed that a substantial portion of the seized cocaine was intended for QUINONES-QUINONES and his associates for further distribution. Specifically, on December 10, 2019, at 7:29 a.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) received a call from (787) 249-5219 (i.e., FNU LNU 18 [a/k/a "Andy"]). During the intercepted call, QUINONES-QUINONES said, "They caught a car in Aguadilla," and he continued, "they caught a car at the beach in Aguadilla, half a mile from the shore," indicating law enforcement intercepted a vessel near Aguadilla, Puerto Rico. FNU LNU 18 responded, "Oh, shit!" QUINONES-QUINONES said, "They caught him at 4:40 in the morning. I saw it on the news." FNU LNU 18 inquired if the vessel came from the Dominican Republic by asking, "But were they coming from my place[6]?" QUINONES-QUINONES replied, "It seems they came from there, with five people and eight sacks of roosters." FNU LNU 18 responded, "Oh, my God." Based upon their training, experience, and familiarity with the investigation, case agents believe QUINONES-QUINONES and FNU LNU 18 were discussing the 182 kilogram maritime seizure near Crash Boat Beach on December 10, 2019 (the "Crash Boat Beach" load).

---

[6] In a previous intercepted call, QUINONES-QUINONES identified FNU LNU 18 as a Dominican.

118. On the same date, at 9:24 a.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) received a call from (787) 220-2602, used by FNU LNU 18 [a/k/a "Andy"]). During the intercepted call, FNU LNU 18 said, "Call me at this one," indicating he wanted QUINONES-QUINONES to henceforth contact him at (787) 220-2602. QUINONES-QUINONES asked, "Oh, you have this one now? FNU LNU 18 replied, "Yes, yes, I changed it. Listen, there was 90 there for us." QUINONES-QUINONES asked, "In that?" FNU LNU 18 replied, "Yes. It could be that soon . . . there is something." Based upon their training, experience, and familiarity with the investigation, case agents believe FNU LNU 18 indicated that although they were supposed to receive 90 kilograms of cocaine from the "Crash Boat Beach" load, another maritime cocaine shipment may be coming.

119. On the same date, at 9:50 a.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) received a call from (939) 339-9167, used by a person identified as "Joel." During the intercepted call, QUINONES-QUINONES asked, "Did you see the thing they caught over there arriving at "Crash Boat?" "Joel" replied, "No, I don't know anything," indicating he was unaware of the "Crash Boat beach" load. QUINONES-QUINONES said, "They told me it was eight bales," indicating he believed the cocaine was contained in eight bales. QUINONES-QUINONES continued, "half mile from Crash Boat," noting the location where the "Crash Boat Beach" load was intercepted. Later in the conversation, "Joel," asked, "[A]nd whose was that, right?" QUINONES-QUINONES replied, "Ninety were the company's," and continued, "[m]y company," indicating he and his associates lost 90 kilograms of cocaine due to the seizure of the "Crash Boat Beach" load. QUINONES-QUINONES subsequently said, "I already spoke to him," and continued, "He hung up on me quickly. I told him they caught . . . 'What do you mean?' And he hung up." "Joel" asked, "He hung up quickly?" QUINONES-QUINONES replied, "Yes, and

he called me back from another number," indicating FNU LNU 18 had changed his cellular number following the loss of the "Crash Boat Beach" load.

120. On the same date, at 12:02 p.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) called (787) 233-2396, used by a person identified as UM13-1436. During the intercepted call, QUINONES-QUINONES asked, "You saw what happened at Crash Boat?" UM13-1436 asked, "How many did they get?" QUINONES-QUINONES replied, "They took eight bales," referencing the number of cocaine bales seized from the "Crash Boat Beach" load. QUINONES-QUINONES said, "At half a mile from Crash, half a mile," and continued, "five crew members and eight bales," noting the location of the seizure, the number of people on the vessel, and reiterating the quantity of cocaine seized. QUINONES-QUINONES said, "And of those eight bales, ninety belonged to my company," indicating he and his associates lost 90 kilograms of cocaine with the seizure of the "Crash Boat Beach" load. UM13-1436 asked, "Were they going to arrive in this area?" QUINONES-QUINONES replied, "He didn't know because that is something the big boss knows, but when I told him the news, he found out, and he said, 'Yes, they took ninety,'" indicating FNU LNU 18 had notified him that they had lost 90 kilograms of cocaine due to the seizure.

### *QUINONES-QUINONES supplies distributors mailing multi-kilogram quantities of cocaine to the continental United States*

121. Several intercepted communications disclosed that QUINONES-QUINONES supplies cocaine to distributors, like QUINONES-RIOS, who send kilogram-quantities of cocaine to various locations in the continental United States, including Milwaukee. On October 5, 2019, at 11:12 a.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) received a call from TARGET TELEPHONE-11 (i.e., QUINONES-RIOS). During the intercepted call, QUINONES-RIOS asked, "Is there work or no?" QUINONES-QUINONES replied, "I have the same stuff

there." QUINONES-QUINONES continued, "I'm going to bring some down. I have to go up there. Some are going to arrive." Based upon their training, experience, and familiarity with the investigation, case agents believe QUINONES-RIOS asked about the availability of cocaine, and QUINONES-QUINONES responded that cocaine was available and that more would arrive. QUINONES-RIOS asked, "When are they leaving?" QUINONES-QUINONES replied, "Well, I'm waiting for them to tell me, so I can take off tomorrow," indicating he hoped his supplier would notify him when the cocaine would be available. Later in the conversation, QUINONES-QUINONES said, "Rene (another alias for FNU LNU 18) is getting 50 from the cousin," and continued, "[h]e told me 20, 20 for me and 30 for him." Based upon their training, experience, and familiarity with the investigation, case agents believe QUINONES-QUINONES expected to receive 20 kilograms of cocaine from FNU LNU 18 [a/k/a "Andy"], who would retain 30 kilograms of cocaine.

122. On October 12, 2019, at 8:20 a.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) called TARGET TELEPHONE-11 (i.e., QUINONES-RIOS). During the intercepted call, QUINONES-QUINONES inquired if QUINONES-RIOS needed cocaine by asking, "Do you need work?" After the call was dropped, the parties promptly resumed their call at 8:23 a.m. QUINONES-RIOS said, "Talk to me." QUINONES-QUINONES responded, "For 19-5 are good looking for real," indicating he was offering the cocaine for $19,500 per kilogram. QUINONES-RIOS inquired as to the stamp on the cocaine kilogram-bricks by asking, "What brand?" QUINONES-QUINONES replied, "There are three letters . . . three numbers," indicating the markings on the cocaine bricks. QUINONES-RIOS subsequently said, "Alright then, we'll see." QUINONES-QUINONES responded, "Not offer them to anyone else," indicating he was offering the cocaine at that price only to QUINONES-RIOS.

123. On November 16, 2019, at 6:44 p.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) received a call from TARGET TELEPHONE-11 (QUINONES-RIOS). During the intercepted call, QUINONES-RIOS said, "Find me half so I can send it." QUINONES-QUINONES responded, "Alright." QUINONES-RIOS said, "Buy it tomorrow." QUINONES-QUINONES said, "Let me see if I can find it." QUINONES-RIOS said, "Alright." Based upon their training, experience, and familiarity with the investigation, case agents believe QUINONES-RIOS requested 500 grams of cocaine from QUINONES-QUINONES, and intended to mail the cocaine to a customer.

124. On November 18, 2019, at 3:18 p.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) received a call from TARGET TELEPHONE-11 (QUINONES-RIOS). During the intercepted call, QUINONES-RIOS said, "If they are good, bring me one; but they must be good," indicating he wanted QUINONES-QUINONES to supply him a kilogram of good-quality cocaine. QUINONES-QUINONES responded, "He said they are pretty," indicating his supplier attested to the cocaine's good quality. QUINONES-RIOS said, "Bring me one." QUINONES-QUINONES responded, "I'll bring three down there," indicating he would supply three kilograms of cocaine. QUINONES-RIOS later said, "Bring me one. Nineteen-five, right?" Based upon their training, experience, and familiarity with the investigation, case agents believe QUINONES-RIOS wanted a kilogram of cocaine for $19,500. QUINONES-QUINONES replied, "I'll bring down three, keep one." QUINONES-RIOS responded, "Yes, okay."

125. On December 5, 2019, at 11:01 a.m., TARGET TELEPHONE-13 (i.e., QUINONES-QUINONES) received a call from TARGET TELEPHONE-11 (QUINONES-RIOS). During the intercepted call, QUINONES-RIOS requested two kilograms of cocaine by asking, "I need two for me; there is nothing around?" QUINONES-QUINONES responded, "See

if you like these, they are pretty Davo. They're good. Check," indicating he had good-quality cocaine available. QUINONES-RIOS asked, "Which?" QUINONES-QUINONES replied, "Two that are here," indicating he had two kilograms of cocaine available at his location. QUINONES-RIOS responded, "I'm going over there."

## Marcos APONTE-LEBRON

126. As discussed in detail herein, Marcos APONTE-LEBRON (a/k/a "Javi," "Kiko" and "Viejo"), is an Hispanic male who was born on January 25, 1979, facilitates, primarily at GONZALEZ-COLLADO's direction, the distribution of controlled substances in Milwaukee, Wisconsin as well as the collection and mailing of the proceeds from the sale of those controlled substances to Mission, Texas and various municipalities in western Puerto Rico. APONTE-LEBRON resides at 2348A S. 13th Street, Milwaukee, Wisconsin 53215, which has been confirmed by investigation, surveillance, and cellular phone ping data. During the course of this investigation, case agents determined that APONTE-LEBRON has used at least two cellular telephone numbers, including (414) 501-6426 (TARGET TELEPHONE-2) and (920) 651-5731 (TARGET TELEPHONE-4).

### *APONTE-LEBRON facilitates gram to kilogram-quantity cocaine transactions for GONZALEZ-COLLADO*

127. APONTE-LEBRON would facilitate GONZALEZ-COLLADO's distribution of cocaine to low to mid-level dealers for further distribution. For instance, in addition to the examples noted *supra*, on October 28, 2019, at 9:50 a.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) called TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO). During the intercepted call, APONTE-LEBRON said, "[L]a Morena (i.e., the brown woman) called to see if you have a complete one." GONZALEZ-COLLADO responded, "I have half, dude." APONTE-LEBRON said, "That is what I told her." GONZALEZ-COLLADO said, "Tell her that

is what I have, a half, dude," and continued, "[i]n fact, tell her it's $15,000." APONTE-LEBRON said, "Okay, then." Based upon their training, experience, and familiarity with the investigation, case agents believe APONTE-LEBRON obtained permission to sell Kadeja LEWIS (i.e., "La Morena")[7] 500 grams of cocaine, which GONZALEZ-COLLADO priced at $15,000. On the same date, at 5:07 p.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) called TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO). During the intercepted call, GONZALEZ-COLLADO asked, "The black girl (i.e., LEWIS) called?" APONTE-LEBRON replied, "Yes, she called, she is going to Erico's house, I will go pick it up and get going," indicating he would retrieve the 500 grams of cocaine from storage and take it to ROSA's residence where LEWIS would receive the cocaine.

128. On November 14, 2019, at 5:08 p.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) received a call from TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO). During the intercepted call, APONTE-LEBRON asked, "You said half, right?" GONZALEZ-COLLADO replied, "Yes." APONTE-LEBRON asked, "Alright, just that? I don't have to take nothing else out? Just half?" GONZALEZ-COLLADO replied, "Half an ounce and a 'tabla' for tomorrow. Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO was directing APONTE-LEBRON to retrieve half an ounce of cocaine and a kilogram brick (i.e., a "table") of cocaine from storage.

129. On November 14, 2019, at 5:32 p.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) called TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO). During the intercepted call, APONTE-LEBRON said, "I'm here with the guy." GONZALEZ-COLLADO responded, "Uh-huh." APONTE-LEBRON continued, "They took time because they took another

---

[7] Case agents are aware that Kadeja LEWIS is an African-American Female.

one; but they already got rid of that and he took another one. They took it early today and they will send you 10,000 tomorrow and in two days they will send the rest." Based upon their training, experience, and familiarity with the investigation, case agents believe APONTE-LEBRON was notifying GONZALEZ-COLLADO that a customer was prepared to provide $10,000 in drug proceeds the following day and the remaining balance two days later. GONZALEZ-COLLADO subsequently responded, "Tell him to send at least 15," and continued, "[a]t least half," indicating he wanted the drug customer to pay half the price, i.e., $15,000, for a kilogram of cocaine.

130.    On November 15, 2019, at 11:14 a.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) called TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO).    During the intercepted call, GONZALEZ-COLLADO asked, "There must be two complete ones, right?" Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO was inquiring if two kilograms of cocaine were available for distribution. APONTE-LEBRON replied, "With the one from here, it's two. There are supposed to be two," confirming two kilograms of cocaine were in storage. GONZALEZ-COLLADO commented, "There must be two over there." APONTE-LEBRON said, "I got 1½ saved, and the ½ opened, and the one I brought down here." GONZALEZ-COLLADO responded, "There should be more because there was four," indicating he originally had four kilograms of cocaine available. GONZALEZ-COLLADO subsequently said, "Well, I don't know, it has to be there, fucker. There has to be two closed there," insisting that two wrapped kilograms of cocaine remained in storage. APONTE-LEBRON responded, "When I get there, come so we can go over there," inviting GONZALEZ-COLLADO to inspect their inventory.

*APONTE-LEBRON collects drug proceeds from ROSA and
Hector Yamil RODRIGUEZ-RODRIGUEZ*

131.    On August 16, 2019, at approximately 5:16 p.m., TARGET TELEPHONE-9 (i.e.,

GONZALEZ-COLLADO) received a call from TARGET TELEPHONE-4 (i.e. APONTE-

LEBRON). During the intercepted call APONTE-LEBRON asked, "How much does he (i.e.,

ROSA) have to give me?" GONZALEZ-COLLADO ultimately replied, "Look, Erico is going to

give you 27 and he's going to give you the rest," indicating that ROSA would be giving APONTE-

LEBRON $27,000 in drug proceeds. GONZALEZ-COLLADO subsequently continued, "Ah,

well he (i.e., ROSA) has to give it to you. If he goes, get the money from him." Later in the

conversation, APONTE-LEBRON noted, "Two boxes arrived at Yamil's," indicating that two,

drug-laden parcels had arrived at Hector Yamil RODRIGUEZ-RODRIGUEZ's residence.

GONZALEZ-COLLADO and APONTE-LEBRON then engaged in the following colloquy

regarding the content of the parcels:

GONZALEZ-COLLADO (GC):     And what did Yamil give you?
APONTE-LEBRON (A-L):   He took half.
GC:    Uh-huh.
AL:    Half and he gave me a closed box. From the squared box, the half was taken out
       and there was another whole one.
GC:    Okay.
AL:    And I opened the other box, but I didn't get out the package to see what it had.
       . . .
GC:    I will check when I go over there.

Based upon their training, experience, and familiarity with the investigation, case agents believe

APONTE-LEBRON opened one parcel that he determined contained 1.5 kilograms of cocaine,

but did not inspect the contents of another parcel, which GONZALEZ-COLLADO said he would

later inspect.

132. On August 20, 2019, at 7:33 p.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) received a call from TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "You can come get the tickets for the half-board and you can take it to Gordo." APONTE-LEBRON responded, "Alright, I will go get them now," and continued, "I have to get something over there and go down there to drop it off." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Alright then." APONTE-LEBRON elaborated, "Because I don't want to have that money on me. When I come back, I will pick them up and head out." Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ asked APONTE-LEBRON to retrieve the proceeds from the sale of 500 grams of cocaine supplied by GONZALEZ-COLLADO, who is known by the nickname "Gordo." APONTE-LEBRON indicated he would retrieve the drug proceeds only after he completed a drug delivery because simultaneously having both drugs and money could risk a significant loss if caught.

*APONTE-LEBRON mails drug proceeds to Mission, Texas*

133. On August 21, 2019, at 1:08 p.m., TARGET TELEPHONE-8 (i.e., GONZALEZ-COLLADO) called TARGET TELEPHONE-4 (i.e., APONTE-LEBRON). During the intercepted call, GONZALEZ-COLLADO said, "[Y]ou can come to pick a box up, because . . . I'll prepare another one." Later in the conversation, APONTE-LEBRON said, "I'll pick Bebe up so he can drop that one off." GONZALEZ-COLLADO said, "That is fine," and continued, "because when you get here, you have to drop this one off and another one." APONTE-LEBRON asked, "Which one?" GONZALEZ-COLLADO said, "You can send the other as a regular package; there is no money in there." APONTE-LEBRON said, "Okay, then." GONZALEZ-COLLADO said, "Bebe can send this one," indicating SEDA-MARTINEZ, who is known by the nickname "Bebe," would

send the money-laden parcel. Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO directed APONTE-LEBRON to have SEDA-MARTINEZ mail a package containing suspected drug proceeds.

134.    On August 21, 2019, at 2:27 p.m., investigators observed APONTE-LEBRON arrive at 6652 N. 43rd Street, Milwaukee, Wisconsin (i.e., GONZALEZ-COLLADO's residence) in his vehicle. APONTE-LEBRON entered the residence empty handed. At 2:37 p.m., APONTE-LEBRON exited the residence and returned to his vehicle with two packages. Investigators observed GONZALEZ-COLLADO speak with APONTE-LEBRON before APONTE-LEBRON departed the residence. At 3:01 p.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) received a call from (414) 676-7528, used by Enid MARTINEZ. During the intercepted call, APONTE-LEBRON said, "I'm around 13th to go pick up Bebe," indicating he would be picking up SEDA-MARTINEZ.

135.    On August 21, 2019, at 3:16 p.m., U.S. Postal Service surveillance cameras captured SEDA-MARTINEZ carrying a package into the Harbor Post Office, located at 1416 South 11th Street, Milwaukee, Wisconsin. The package was addressed to "Daniel de la Cruz, 2800 Abbot Avenue, Mission, TX 78574." Mission, Texas is situated near the U.S. border with Mexico. The package was mailed on the same date. USPI Fink obtained a warrant to search the contents of the package before it was returned to the stream of mail. The package contained $20,000 in U.S. currency. GPS data indicated TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) was within 16 meters of the Harbor Post Office at 3:20 p.m. on August 21, 2019.

136.    On August 21, 2019, at 4:04 p.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) received a call from TARGET TELEPHONE-8 (i.e., GONZALEZ-COLLADO). During the intercepted call, GONZALEZ-COLLADO asked, "Did you send that?" APONTE-

LEBRON replied, "Yes," and later noted, "Bebe sent one," indicating SEDA-MARTINEZ had mailed the money-laden package.

137.    Of note, on September 18, 2019, at 4:46 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called (939) 334-6355, used by ORENCH-FELICIANO. During the intercepted call, GONZALEZ-COLLADO asked, "[T]he one is for twenty, right?" ORENCH-FELICIANO replied, "For the Mexican guy, yeah." ORENCH-FELICIANO then asked, "What else do you have?" GONZALEZ-COLLADO replied, "I think there is a lot of money." Based upon their training, experience, and familiarity with the investigation, case agents believe ORENCH-FELICIANO was directing GONZALEZ-COLLADO to send $20,000 (i.e., the same amount mailed to Mission, Texas on August 21, 2019) in drug proceeds to a Mexican drug source. On the same date, at 8:24 p.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) received a call from TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO). During the intercepted call, APONTE-LEBRON said, "[G]et boxes ready today, so I can send that early tomorrow." GONZALEZ-COLLADO responded, "Yeah, I'm going to do them in a little while." GONZALEZ-COLLADO then asked, "Did you collect more money or not?" APONTE-LEBRON . replied, "No, Rafa told me that he will call me in an hour." Based upon their training, experience, and familiarity with the investigation, case agents believe APONTE-LEBRON asked GONZALEZ-COLLADO to prepare money-laden parcels for mailing to suspected drug sources. GONZALEZ-COLLADO also inquired if APONTE-LEBRON retrieved additional drug proceeds.

138.    On several occasions, U.S. Postal Service surveillance cameras captured images of APONTE-LEBRON, either alone or accompanied by another person, mailing packages to Mission, Texas. For instance, on July 19, 2019, at 4:36 p.m., surveillance footage showed APONTE-LEBRON and an unknown female mailing a USPS priority medium flat rate package

at the West Milwaukee Post Office, located at 4300 W. Lincoln Avenue, Milwaukee, Wisconsin. The package was addressed to "Tino Valle, 7311 Rosa Street, Mission TX 78574." On August 27, 2019, at 2:25 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the West Milwaukee Post Office. The package was addressed to "Tino Valle, 7311 Rosa St, Mission, TX 78574." On September 4, 2019, at 4:20 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the Harbor Post Office. The package was addressed to "David Luna, 3107 Mar Verde, Mission, TX 78574." On September 9, 2019, at 4:52 p.m., surveillance footage showed APONTE-LEBRON and an unknown male mailing a USPS priority medium flat rate package at the Harbor Post Office. The package was addressed to "Tino Valle, 7311 Rosa St, Mission, TX 78574." On November 23, 2019, at 12:48 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the West Milwaukee Post Office. The package was addressed to "David Luna, 3107 Mar Verde, Mission Tx. 78574." On each of these occasions, the name of the return addressee appeared to be fictitious. Based upon their training, experience, and familiarity with the investigation, case agents believe these recurrent mailings to the border region, a source area for illegal drugs, contained proceeds from the sale of illegal drugs.

*APONTE-LEBRON mails drug proceeds to Puerto Rico*

139. On October 4, 2019, at 4:31 p.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) received a call from TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO). During the intercepted call, GONZALEZ-COLLADO asked, "You got the box, right?" APONTE-LEBRON replied, "I'm going to go get it right now." On the same date, at 5:54 p.m., U.S. Postal Service surveillance cameras captured APONTE-LEBRON and SEDA-MARTINEZ mailing a package at the West Milwaukee Post Office. The package was addressed to "Orlando Medina,

Urb. Valle Hermoso Calle Violeta Casa SD-36, Hormigueros P.R. 00660." Based upon their training, experience, and familiarity with the investigation, case agents believe APONTE-LEBRON mailed drug proceeds to Hormigueros, Puerto Rico, a municipality investigators identified as a place where known or suspected cocaine-laden parcels are mailed to locations in the continental United States, including Milwaukee, Wisconsin.

140. On several occasions, U.S. Postal Service surveillance cameras captured images of APONTE-LEBRON mailing packages to various municipalities in Puerto Rico where known or suspected cocaine-laden parcels are mailed to locations in the continental United States, including Milwaukee, Wisconsin. For instance, on July 18, 2019, at 4:43 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the Harbor Post Office. The package was addressed to "Cindy Rodriguez, Residencial Yaguez EdF 5 Apt 52, Mayaguez, PR 00680." On August 9, 2019, at 4:38 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the Harbor Post Office. The package was addressed to "Jean C. Rosario, HC 1 Box 7945, Hormigueros, PR 00660." On August 19, 2019, at 4:59 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the Harbor Post Office. The package was addressed to "Jean C. Rosario, HC 01 Box 7945, Hormigueros P.R. 00660." On August 20, 2019, at 3:28 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the West Milwaukee Post Office. The package was addressed to "Moises Gonzalez, Balboa 33 PMB 204, Mayaguez P.R. 00680." On August 26, 2019, at 2:43 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the Harbor Post Office. The package was addressed to "Alexandra Montes, HC 02 7980 Hormigueros P.R. 00660." On August 30, 2019, at 4:39 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS

priority medium flat rate package at the Harbor Post Office. The package was addressed to "Michael Velez, HC 2 Box 9006, Las Marias P.R., 00670." On September 7, 2019, at 1:26 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the West Milwaukee Post Office. The package was addressed to "Moises G, Balboa 33 PMB, Mayaguez, PR 00680." On September 26, 2019, at 12:00 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the West Milwaukee Post Office. The package was addressed to "Jean C. Rosario, HC 1 Box 7945, Hormigueros P.R 00660." On October 7, 2019, at 1:55 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the Harbor Post Office. The package was addressed to "Jean C. Rosario, HC 01 Box 7945, Hormigueros P.R. 00660." On October 9, 2019, at 5:48 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the West Milwaukee Post Office. The package was addressed to "Kevin Roman, Urb. Rio Cristal Calle Balbino Trinta #8138, Mayaguez, PR 00680." On October 15, 2019, at 4:30 p.m., surveillance footage showed APONTE-LEBRON mailing a USPS priority medium flat rate package at the Harbor Post Office. The package was addressed to "Moises Gonzalez, Balboa 33 PMB 204, Mayaguez, PR 00680." On each of these occasions, the name of the return addressee appeared to be fictitious. Based upon their training, experience, and familiarity with the investigation, case agents believe these recurrent mailings to Puerto Rico, a source area for cocaine, contained proceeds from the sale of cocaine.

### Yashira CORTES-NIEVES

141. As discussed in detail herein, Yashira CORTES-NIEVES, an Hispanic Female born on August 9, 1995, facilitates for CONCEPCION-RIVERA the mailing of cocaine-laden parcels to Milwaukee, Wisconsin and the receipt in Puerto Rico of the proceeds from the sale of the

cocaine. CORTES-NIEVES's last known address is Bo Jaguey, Carr 411 KM 4.9 IZQ. Int, Aguada, Puerto Rico 00602. During the course of this investigation, case agents determined that CORTES-NIEVES uses cellular telephone number (551) 689-0755.

## *CORTES-NIEVES mails cocaine-laden packages to Milwaukee*

142.    On October 8, 2019, at 10:34 a.m., TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA) called (551) 689-0755 (i.e., CORTES-NIEVES).    During the intercepted call, CORTES-NIEVES said, "Look, um, I'm going to send it from Rincon," indicating she would be mailing an item from Rincon, Puerto Rico. CONCEPCION-RIVERA asked, "From Rincon?"    CORTES-NIEVES replied, "Yes."    On the same date, at 11:51 a.m., TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA) received a call from (551) 689-0755 (i.e., CORTES-NIEVES). During the intercepted call, CORTES-NIEVES said, "Look, I forgot to take a picture of that box," and continued, "[b]ut the one who sends it is 'Delia,'" indicating she neglected to take a picture of the mailed package but that the return addressee was listed as "Delia." CONCEPCION-RIVERA asked, "Delia?"    CORTES-NIEVES said, "But I don't remember the name of the guy who I put. It was . . . I don't remember, but it was 'Delia.' It's written in markers too," indicating she did not recall the name of the person to whom she addressed the package, but that the name of the person on the return address was "Delia." CORTES-NIEVES then said, "I just sent you the picture of the receipt," indicating she had sent CONCEPCION-RIVERA an image of the receipt for the mailed package. CONCEPCION-RIVERA responded, "Alright."

143.    On October 8, 2019, USPI Fink identified a package addressed to "Jose Caro, 725 S 28th St., Milwaukee WI. 53215-1203" and from "Delia Caro, HC 03 Box 6219 Bo. Jaguey Rincon PR, 00677." The package was postmarked on October 8, 2019 in Rincon, Puerto Rico. After a narcotics-detecting canine alerted to the package, USPI Fink obtained a federal warrant to

search it. The package contained a one-kilogram brick of cocaine that bore a "dolphin" stamp. Based upon their training, experience, and familiarity with the investigation, case agents believe CORTES-NIEVES mailed this Milwaukee-bound cocaine-laden package from Rincon, Puerto Rico on October 8, 2019. As noted *supra*, Hector Yamil RODRIGUEZ-RODRIGUEZ was the intended recipient of this package.

144.    Between July 2019 and October 2019, USPS surveillance footage disclosed CORTES-NIEVES mailing six packages (including the October 8, 2019 "Rincon" package) from various municipalities in western Puerto Rico to Milwaukee, Wisconsin. Investigators determined CORTES-NIEVES was the person in the surveillance footage based on a comparison with her Puerto Rico driver's license image and her social media images. On each of these occasions, the names of the return addressees appeared to be fictitious. The weights of these packages also corresponded to the weights of packages know to contain kilogram quantities of cocaine.

### *CORTES-NIEVES receives drug proceeds*

145.    Between August 2019 and November 2019, USPS surveillance footage disclosed Hector Yamil RODRIGUEZ-RODRIGUEZ mailing four packages from various locations in Milwaukee to "Yashira Cortes" at various addresses in Aguada. For instance, on September 5, 2019, at 4:39 p.m., surveillance footage showed Hector Yamil RODRIGUEZ-RODRIGUEZ mailing a USPS priority medium flat rate package at the West Milwaukee Post Office. The package was addressed to "Yashira Cortes, HC-03 Box 33514, Aguada P.R. 00602" and from "Alberto Cortez, 3166 S 7 St, Milwaukee WI 53215." On September 6, 2019, USPI Fink obtained a warrant to search the contents of the parcel. The parcel contained $27,000 in U.S. currency. Investigators subsequently released the parcel into the stream of mail. On September 9, 2019, at 3:45 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called

TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ inquired if CONCEPCION-RIVERA received the parcel by asking, "Did you get it?" CONCEPCION-RIVERA replied, "Uh yes, the missus just called me," indicating that CONCEPCION-RIVERA's spouse had notified him that the parcel had arrived. Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Oh ok, they left it (i.e., the parcel) in front of your house?" CONCEPCION-RIVERA replied, "Yes." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Alright then, I wanted to check that was left there – [you] never called me." CONCEPCION-RIVERA responded, "Yes, I left the missus and I called her and told her, 'The fucker (i.e., the parcel) is nearby,'" indicating that he had notified CORTES-NIEVES of the parcel's impending arrival. Hector Yamil RODRIGUEZ-RODRIGUEZ subsequently said, "Call me when you count it," indicating he wanted CONCEPCION-RIVERA to contact him once CONCEPCION-RIVERA counted the money. Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ had mailed CONCEPCION-RIVERA \$27,000 in drug proceeds, which CORTES-NIEVES retrieved upon its delivery.

146. On September 25, 2019, at 1:57 p.m., surveillance footage showed Hector Yamil RODRIGUEZ-RODRIGUEZ mailing a USPS priority medium flat rate package at the West Milwaukee Post Office. The package was addressed to "Yashira Cortes, HC-57 Box 12190, Aguada P.R. 00602" and from "Elba Cortes, 3166 S 7th St, Milwaukee WI 53215." The package was scheduled to arrive no later than September 28, 2019. On September 28, 2019, at 9:11 a.m., TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA) called (551) 689-0755 (i.e., CORTES-NIEVES). During the intercepted call, CONCEPCION-RIVERA asked, "Did the mailman go by?" CORTES-NIEVES replied, "Not yet, he is out to deliver at 9:40."

CONCEPCION-RIVERA said, "He will give it to you later." On the same date, at 9:45 a.m., TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA) received a call from (551) 689-0755 (i.e., CORTES-NIEVES). During the intercepted call, CORTES-NIEVES said, "[S]end me the photo so I can track it over here. Did you hear?" CONCEPCION-RIVERA responded, "Alright." CORTES-NIEVES said, "I am here checking and there is nothing," indicating a package had not yet arrived. On the same date, at 10:53 a.m., TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA) received a call from (551) 689-0755 (i.e., CORTES-NIEVES). During the intercepted call, CONCEPCION-RIVERA asked, "Did it arrive?" CORTES-NIEVES replied, "No, but I checked and it says it's ready to be delivered . . . to be picked up at the Post Office; like if they have left the paper there." On September 30, 2019, the package was scanned as delivered at the Aguada, Puerto Rico Post Office. On the same date, surveillance footage from the Aguada Post Office revealed CORTES-NIEVES retrieving a package at the facility. On September 30, 2019, at 2:46 p.m., TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA) called (414) 841-3770 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ). During the intercepted call, CONCEPCION-RIVERA asked, "Did it arrive early?" CONCEPCION-RIVERA said, "It arrived...no, it arrived at 8:00 in the morning my woman went over there," indicating the package had arrived and CORTES-NIEVES had picked it up at the post office. CONCEPCION-RIVERA stated, "there was 28,350," meaning the parcel CORTES-NIEVES picked up contained $28,350. Based upon their training, experience, and familiarity with the investigation, case agents believe CORTES-NIEVES retrieved a package containing drug proceeds in Aguada that Hector Yamil RODRIGUEZ-RODRIGUEZ sent from Milwaukee on September 25, 2019.

*CORTES-NIEVES understood the illegality of her actions*

147.     Intercepted communications involving CORTES-NIEVES reveal she understood the illicit nature of the mailings between Puerto Rico and Milwaukee, Wisconsin. On October 3, 2019, at 12:36 p.m., TARGET TELEPHONE-10 (i.e., CONCEPCION-RIVERA) called (551) 689-0755, used by Yashira CORTES-NIEVES. During the intercepted call, CORTES-NIEVES said, "[Hector Yamil RODRIGUEZ-RODRIGUEZ] told you to send two at a time," indicating Hector Yamil RODRIGUEZ-RODRIGUEZ wanted CONCEPCION-RIVERA to mail two cocaine-laden packages at a time to Milwaukee. CONCEPCION-RIVERA responded, "Mmhm. I have the number of Negro, the friend of that one guy," and continued, "he can send a box," indicating he would have a male known as "Negro" send a cocaine-laden package to Milwaukee. CORTES-NIEVES said, "No, because that is in Aguada," and continued, "[h]e said not in Aguada because they will see two to Milwaukee; that's what he said, to send one in Aguada and another in Rincon or Aguadilla," indicating they should not simultaneously mail more than one Milwaukee-bound package from a single location. CORTES-NIEVES continued, "They are going to see two Milwaukee addresses and they are going to be suspicious. Send one from Rincon and one from Aguada or Aguadilla or Moca," reiterating that the Postal Service may become suspicious of two Milwaukee-bound packages sent from the same location. Later in the same conversation, CONCEPCION-RIVERA commented, "[F]emales are better for sending, no?" CORTES-NIEVES replied, "Yes, that is better. Females are less suspicious. Men, look . . . if [Negro] goes to the Post Office all tatted up . . . I've seen him multiple times. I always see him there, his face is even tattooed," suggesting having females send Milwaukee-bound packages would arouse less suspicion than a tattooed male doing so. Based upon their training, experience, and familiarity

with the investigation, case agents believe CORTES-NIEVES understood the illicit nature of the packages given her concern about avoiding suspicion when mailing them.

## Vladimir RODRIGUEZ-RODRIGUEZ

148. Vladimir RODRIGUEZ-RODRIGUEZ (a/k/a "Blado" and "Vlado") is an Hispanic male born on September 5, 1994. According to Wisconsin Department of Transportation records, Vladimir RODRIGUEZ-RODRIGUEZ resides at 2166 South 15th Street, Milwaukee, Wisconsin. On October 29, 2018, he disclosed this address as his residence during a law-enforcement traffic stop. Furthermore, as detailed *supra*, on October 25, 2018, investigators seized a package sent from Hormigueros, Puerto Rico to this residence. The package contained approximately two kilograms of cocaine. The utilities for this residence were established on August 17, 2012 and are in the name of Juan Villanueva. Between June 20, 2019, and December 27, 2019, over 188 interceptions occurred between Vladimir RODRIGUEZ-RODRIGUEZ, using (414) 551-0893, and various TARGET TELEPHONES that were deemed criminal and pertinent in nature. Vladimir RODRIGUEZ-RODRIGUEZ also used cellular phone number (414) 364-2867. Between June 20, 2019 and the time Vladimir RODRIGUEZ-RODRIGUEZ ceased using this phone, over 165 interceptions have occurred between Vladimir RODRIGUEZ-RODRIGUEZ and various TARGET TELEPHONES that were deemed criminal and pertinent in nature. Vladimir RODRIGUEZ-RODRIGUEZ has most recently used cellular telephone number (414) 551-0893, which he continues to use to communicate with various TARGET TELEPHONES. Vladimir RODRIGUEZ-RODRIGUEZ is the brother of Hector Yamil RODRIGUEZ-RODRIGUEZ, and distributes controlled substances and collects drug proceeds for his brother and GONZALEZ-COLLADO. On three occasions, CS-2 has personally observed GONZALEZ-COLLADO give Vladimir RODRIGUEZ-RODRIGUEZ three to four kilograms of cocaine. Investigators have

intercepted communications between Vladimir RODRIGUEZ-RODRIGUEZ and other coconspirators concerning narcotics sales, money shipments, and the storage of his brother's property.

149. On September 16, 2019, at approximately 11:13 a.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (414) 364-2867 (i.e., Vladimir RODRIGUEZ-RODRIGUEZ). During the intercepted call, Vladimir RODRIGUEZ-RODRIGUEZ said, "Getting up now," indicating he was waking up at his residence. Previous surveillance also revealed that Vladimir RODRIGUEZ-RODRIGUEZ routinely spends the evenings at 2166 South 15th Street. Hector RODRIGUEZ-RODRIGUEZ responded, "Damn, yes. I have my wallet there and I am going to go on a trip and my ID is there and everything, fucker." Aat approximately 03:25 p.m., GPS data derived from TARGET TELEPHONE-6 showed the device was located in the vicinity of 2166 South 15th Street, indicating Hector RODRIGUEZ-RODRIGUEZ was at or near 2166 South 15th Street, Milwaukee, Wisconsin at the time. Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ had been keeping his personal effects at 2166 South 15th Street, Milwaukee, Wisconsin.

### *Vladimir RODRIGUEZ-RODRIGUEZ facilitates distribution of cocaine*

*Vladimir RODRIGUEZ-RODRIGUEZ apprises*
*Hector Yamil RODRIGUEZ-RODRIGUEZ of drug sale.*

150. On September 17, 2019, at 8:11 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) sent the following text message to (414) 364-2867 (i.e., Vladimir RODRIGUEZ-RODRIGUEZ): "How many did he give." On the same date, at 8:13 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (414) 364-2867 (i.e., Vladimir RODRIGUEZ-RODRIGUEZ). During the intercepted call,

Vladimir RODRIGUEZ-RODRIGUEZ said, "For the drugs, it was 2,690 and for cocaine it was 4-5," indicating the prices a customer paid for cocaine and an unspecified drug. Hector RODRIGUEZ-RODRIGUEZ responded, "Alright then."

*APONTE-LEBRON gives Vladimir RODRIGUEZ-RODRIGUEZ an "eight-ball" of cocaine for further distribution*

151. On September 27, 2019, at 12:01 p.m., TARGET TELEPHONE-9 (GONZALEZ-COLLADO) called (414) 501-6426 (i.e., APONTE-LEBRON). During the intercepted call, GONZALEZ-COLLADO asked, "So, you are at the storage?" APONTE-LEBRON replied, "Yes!" Later in the conversation, GONZALEZ-COLLADO asked, "Is there 3.5 left there?" Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO was inquiring if they had 3.5 grams of cocaine (also known as an "eight-ball") left in storage. APONTE-LEBRON replied, "Yes, there is." GONZALEZ-COLLADO then said, "Okay, take one (i.e., and "eight ball") and take it to Vlado, over on 15th," directing APONTE-LEBRON to retrieve 3.5 grams of cocaine from storage and to provide it to Vladimir RODRIGUEZ-RODRIGUEZ at his residence at 2166 South 15th Street. APONTE-LEBRON responded, "There's some there," confirming they still had the needed quantity of cocaine in storage. GONZALEZ-COLLADO said, "Go ahead, man. I'll tell him (i.e., Vladimir RODRIGUEZ-RODRIGUEZ) right away that you are going to bring it (i.e., 3.5 grams of cocaine) to him later." APONTE-LEBRON replied, "Alright."

152. On September 27, 2019, at approximately 2:57 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) received a call from (414) 364-2867 (i.e., Vladimir RODRIGUEZ-RODRIGUEZ). During the intercepted call, Vladimir RODRIGUEZ-RODRIGUEZ asked, "What time is Viejo (i.e., APONTE-LEBRON) bringing me that?" GONZALEZ-COLLADO replied, "I told him after 1:00 because you had said that you were going

[to get a haircut], was the thing." Vladimir RODRIGUEZ-RODRIGUEZ responded, "After 2:00! Already!" GONZALEZ-COLLADO asked, "Where are you?" Vladimir RODRIGUEZ-RODRIGUEZ replied, "I'm on 15th. Here," indicating he was at his residence at 2166 South 15th Street. GONZALEZ-COLLADO said, "Alright, I'll send him over now," indicating he immediately would send APONTE-LEBRON to Vladimir RODRIGUEZ-RODRIGUEZ's residence. Vladimir RODRIGUEZ-RODRIGUEZ asked, "How much?" GONZALEZ-COLLADO replied, "200. An eight (i.e., 3.5 grams) and one gram, right?" Vladimir RODRIGUEZ-RODRIGUEZ asked, "200 for all?" GONZALEZ-COLLADO replied, "Yes." In a subsequent intercepted call over TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO), APONTE-LEBRON confirmed he would deliver the drugs to Vladimir RODRIGUEZ-RODRIGUEZ.

153. Based on these intercepted calls, investigators conducted surveillance at 2166 South 15th Street, Milwaukee, Wisconsin. At approximately 3:50 p.m., investigators observed Vladimir RODRIGUEZ-RODRIGUEZ exit his residence. At approximately 3:52 p.m., investigators observed APONTE-LEBRON arrive near the residence in a green Mazda Protégé, which was registered to APONTE-LEBRON. Investigators subsequently observed APONTE-LEBRON meet Vladimir RODRIGUEZ-RODRIGUEZ outside the residence. Based upon their training, experience, and familiarity with the investigation, case agents believe APONTE-LEBRON and Vladimir RODRIGUEZ-RODRIGUEZ conducted a drug transaction on this occasion.

*Hector Yamil RODRIGUEZ-RODRIGUEZ requests Vladimir RODRIGUEZ-RODRIGUEZ retrieve 500 grams of cocaine*

154. On November 10, 2019, at 4:21 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (414) 323-0417, used by Vladimir RODRIGUEZ-

RODRIGUEZ. During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "How much product is there left, so you can bring me the half-board?" Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ wanted Vladimir RODRIGUEZ-RODRIGUEZ to provide him 500 grams (one-half kilogram) of cocaine from storage. Vladimir RODRIGUEZ-RODRIGUEZ replied, "Last time I counted was these past few days, but there is one from yesterday, which I have not included in . . . " Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "How much is there?" Vladimir RODRIGUEZ-RODRIGUEZ replied, "3,000 almost 3,000, and today it is almost four and four" indicating they had approximately 4 kilograms of cocaine available for distribution. At the end of the conversation, Vladimir RODRIGUEZ-RODRIGUEZ indicated he would soon go to the storage facility and commented, "There must be like 25 or a little over," and continued, "I'll count it all once I get home, and I'll call you back." Based upon their training, experience, and familiarity with the investigation, case agents believe Vladimir RODRIGUEZ-RODRIGUEZ believed $25,000 in drug proceeds were at the storage facility.

### *Vladimir RODRIGUEZ-RODRIGUEZ mails drug proceeds and discusses drug proceeds with Hector Yamil RODRIGUEZ-RODRIGUEZ*

155. On October 7, 2019, at 3:56 p.m., U.S. Postal Service surveillance cameras captured images of Vladimir RODRIGUEZ-RODRIGUEZ carrying a USPS priority medium flat rate package into the Harbor Post Office. The package was addressed to "Carlos Concepcion, HC-03 Box 33512, Aguada P.R. 00602." Vladimir RODRIGUEZ-RODRIGUEZ was not the person listed as the return addressee. Based upon their training, experience, and familiarity with the investigation, case agents believe Vladimir RODRIGUEZ-RODRIGUEZ was mailing drug proceeds to CONCEPCION-RIVERA, one of Hector Yamil RODRIGUEZ-RODRIGUEZ's cocaine sources-of-supply who resides in Aguada, Puerto Rico.

156. On October 27, 2019, at approximately 8:31 p.m., TARGET TELEPHONE-6 (i.e. Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (414) 364-2867 (i.e., Vladimir RODRIGUEZ-RODRIGUEZ). During the intercepted call, Vladimir RODRIGUEZ-RODRIGUEZ said, "I have 11,120 over here," indicating he had $11,120 in drug proceeds. RODRIGUEZ inquired about the quantity of an unspecified illegal drug by asking, "That's good, and how much is left?" Vladimir RODRIGUEZ-RODRIGUEZ asked, "What?" Hector Yamil RODRIGUEZ-RODRIGUEZ clarified by asking, "Do you still have 50?" Vladimir RODRIGUEZ-RODRIGUEZ replied, "Yes, and also a couple of packages," indicating he still had a sufficient quantity of illegal drugs for further distribution.

157. On November 2, 2019, at 2:05 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (414) 364-2867 (i.e., Vladimir RODRIGUEZ-RODRIGUEZ). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "It's 2:00 in the afternoon, Vlado. I have to come up with 20,000 bucks man," indicating he needed to prepare $20,000 in drug proceeds to mail to his drug source-of-supply. Vladimir RODRIGUEZ-RODRIGUEZ asked, "With him?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Of course," confirming he needed to pay his supplier. Vladimir RODRIGUEZ-RODRIGUEZ commented, "Well, there is still a lot missing for the 20,000," indicating his awareness of the need to collect more drug proceeds. Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "I know there is still a lot missing, but I took care of it with what I have there and take it out from there," indicating he used separate funds to satisfy the amount of drug proceeds owed his drug source.

## Steven CORTES-IRIZARRY

158. Steven CORTES-IRIZARRY is an Hispanic male born on August 23, 1982. He resides at 2730 South 10th Street, Milwaukee, Wisconsin. Between June 20, 2019 and December

27, 2019, over 39 intercepted communications deemed criminal and pertinent occurred between CORTES-IRIZARRY, who uses (414) 418-2970, and various TARGET TELEPHONE numbers. CORTES-IRIZARRY previously used cellular phone number (414) 573-1846, and ceased using the telephone on October 31, 2019. Between June 20, 2019 and the time CORTES-IRIZARRY ceased using this cellular telephone number, 78 interceptions occurred between CORTES-IRIZARRY and various TARGET TELEPHONES that were deemed criminal and pertinent. CORTES-IRIZARRY also previously used cellular phone number (414) 552-9646, and ceased using the telephone on August 17, 2019. Between June 20, 2019 and the time CORTES-IRIZARRY ceased using this cellular phone number, four calls occurred between CORTES-IRIZARRY and various TARGET TELEPHONE numbers that were deemed criminal and pertinent. CORTES-IRIZARRY previously used cellular phone number (414) 933-6340, and ceased using the telephone on October 28, 2019. Between June 20, 2019 and the time CORTES-IRIZARRY ceased using this cellular telephone number, 68 interceptions occurred between CORTES-IRIZARRY and various TARGET TELEPHONES that were deemed criminal and pertinent. CORTES-IRIZARRY is a close associate of Hector Yamil RODRIGUEZ-RODRIGUEZ.

*CORTES-IRIZARRY facilitates distribution of controlled substances in Milwaukee*

159. On September 20, 2019, at 6:11 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (414) 933-6340, used by CORTES-IRIZARRY. During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "What's up, Steven?" CORTES-IRIZARRY said, "We are finished. I have three and three left." and Hector Yamil RODRIGUEZ-RODRIGUEZ spoke on the phone. CORTES-IRIZARRY was now utilizing cellular phone number (414) 933-6340. The two discussed CORTES-IRIZARRY's

current inventory of cocaine. Specifically, CORTES-IRIZARRY called RODRIGUEZ-RODRIGUEZ and stated, "We are finished. I have three and three left." Based upon their training, experience, and familiarity with the investigation, case agents believe CORTES-IRIZARRY informed Hector Yamil RODRIGUEZ-RODRIGUEZ that they had three ounces of cocaine and three ounces of heroin remaining for further distribution.[8] Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Why are you calling me?" CORTES-IRIZARRY replied, "Well, it's just that I have to go home to do some work, and even then I made another package." Based upon their training, experience, and familiarity with the investigation, case agents believe CORTES-IRIZARRY also informed Hector Yamil RODRIGUEZ-RODRIGUEZ that he prepared a package containing drug proceeds for mailing to their Puerto Rico-based cocaine source. Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "Alright, I'm going to [unintelligible], so you can sell that," authorizing CORTES-IRIZARRY to sell their remaining quantity of cocaine and heroin.

160. On November 29, 2019, at 3:12 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (414) 418-2970 (i.e., CORTES-IRIZARRY). During the intercepted call, CORTES-IRIZARRY asked, "Can I go and pick you up?" Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Why?" CORTES-IRIZARRY replied, "So, you can take out those eleven for me." Based upon their training, experience, and familiarity with the investigation, case agents believe CORTES-IRIZARRY requested eleven ounces of cocaine for further distribution. Hector Yamil RODRIGUEZ-RODRIGUEZ said, "I'm here at home on 10th," indicating he was at his residence located at 2730 South 10th Street, Milwaukee, Wisconsin. CORTES-

---

[8] Based on the UC's experience purchasing cocaine and heroin from ROSA, when purchasing combinations of both drugs, such as three ounces of cocaine and heroin, DTO members would refer to such combinations as "three and three." Given this DTO principally deals in cocaine and heroin, "three and three" likely refers to a combination of three ounces of cocaine and three ounces of heroin.

IRIZARRY said, "Okay then, I'll head there now," indicating he would meet Hector Yamil RODRIGUEZ-RODRIGUEZ at his residence to retrieve the drugs.

*CORTES-IRIZARRY mails drug proceeds to Puerto Rico*

161. On September 25, 2019, at 9:53 a.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (414) 933-6340 (i.e., CORTES-IRIZARRY). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Go take the box." CORTES-IRIZARRY asked, "Where am I going to take the box?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "The post office." Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ directed CORTES-IRIZARRY to mail a package containing drug proceeds. CORTES-IRIZARRY noted, "I have some of your money that Bebe (i.e., SEDA-MARTINEZ) gave me last night," indicating he obtained drug proceeds from SEDA-MARTINEZ. Hector Yamil RODRIGUEZ-RODRIGUEZ directed CORTES-IRIZARRY which post office to mail the money-laden parcel by saying, "On Greenfield, where you always take it." CORTES-IRIZARRY responded, "I always send it over there, I went with Kelly but I think it was on 43rd, I don't fucking know where it is." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Lincoln and 43rd, it's there."

162. On September 25, 2019, at 10:15 a.m., U.S. Postal Service surveillance cameras captured images of CORTES-IRIZARRY mailing a USPS priority mail package at the Harbor Post Office (near the intersection of West Greenfield and South 11th Street). The package was addressed to "Ricardo SOTO of HC 61 Box 38882 in Aguada, Puerto Rico." CORTES-IRIZARRY was not the person listed as the return addressee. Based upon their training, experience, and familiarity with the investigation, case agents believe CORTES-IRIZARRY was

mailing drug proceeds to one of Hector Yamil RODRIGUEZ-RODRIGUEZ's cocaine sources-of-supply in western Puerto Rico.

### *CORTES-IRIZARRY assists with receipt of cocaine-laden parcels*

163. On October 9, 2019, at 8:38 a.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from TARGET TELEPHONE-11 (i.e., QUINONES-RIOS). During the intercepted call, QUINONES-RIOS said, "Fucker, we need to call the post office." Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Why?" QUINONES-RIOS replied, "Because it says that the zip code that you guys gave me is not correct." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "How can that be? If they are photo cards and I have received there?" QUINONES-RIOS replied, "Fucker, I put it how it is and it says 'zip code on the label was incorrect.'" Hector Yamil RODRIGUEZ-RODRIGUEZ advised that he would call QUINONES-RIOS back. Based upon their training, experience, and familiarity with the investigation, case agents believe QUINONES-RIOS alerted Hector Yamil RODRIGUEZ-RODRIGUEZ that a cocaine-laden parcel would not be delivered because Hector Yamil RODRIGUEZ-RODRIGUEZ gave QUINONES-RIOS the incorrect zip code.

164. On October 9, 2019, at 1:39 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (904) 314-9813, used by QUINONES-RIOS. During the intercepted call, QUINONES-RIOS asked, "It arrived, right?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Oh, let me call him; that went to Tufo's (i.e., CORTES-IRIZARRY's) house. Tufo has not called me," indicating a cocaine-laden parcel was sent to CORTES-IRIZARRY's residence. On the same date, at 2:32 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (904) 314-9813 (i.e., QUINONES-RIOS). During the intercepted call, QUINONES-RIOS asked, "Did that box arrive?"

Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Fucker, Tufo is there waiting, but the mailman has not gone by there. That's Tufo's house." QUINONES-RIOS said, "It marks green." Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "It marks as though it is delivered?" QUINONES-RIOS replied, "Yes," indicating the USPS tracking system showed the cocaine-laden parcel was delivered at CORTES-IRIZARRY's residence. On the same date, at 2:35 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (904) 314-9813 (i.e., QUINONES-RIOS). During the intercepted call, QUINONES-RIOS said, "I think I wrote it down wrong man," indicating he may have written the wrong address on the cocaine-laden parcel. Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Send me the one you wrote down."

165. On October 9, 2019, at 2:40 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (414) 573-1846 (i.e., CORTES-IRIZARRY). During the intercepted call CORTES-IRIZARRY said, "Talk to me Yamil." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Fucker, he wrote the wrong address, fucker." CORTES-IRIZARRY asked, "Who?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "David, the fucker," indicating QUINONES-RIOS may have written the wrong address on the cocaine-laden parcel. TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) then received an incoming call from QUINONES-RIOS. During the intercepted call, QUINONES-RIOS said, "Look, it's the same one, but the only thing that changed is 53219," indicating only the zip code was incorrect. Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Send it to me in a text message so I can put it in the GPS. QUINONES-RIOS indicated he would send the message via text to both Hector Yamil RODRIGUEZ-RODRIGUEZ and CORTES-IRIZARRY. On the same date, at 2:43 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received the

following text message from (904) 314-9813 (i.e., QUINONES-RIOS): "Jos? Martinez 6225w Mitchel ST Milwaukee wi 53219," indicating the address where QUINONES-RIOS sent the cocaine-laden parcel.

166. On October 9, 2019, at 3:21 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (904) 314-9813 (i.e., QUINONES-RIOS). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ stated, "The one on 84th arrived." QUINONES-RIOS asked, "It arrived?" Hector Yamil RODRIGUEZ-RODRIGUEZ answered, "Yes, that's the one that you sent that was wrong." QUINONEZ-RIOS said, "White, it's two boxes. I sent a white and a brown. I sent two boxes a white and a brown." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Oh, no, no the white one arrived!" QUINONES-RIOS said, "The white arrived. The brown one is missing. The one that is going to Tufo's is the brown." Hector Yamil RODRIGUEZ-RODRIGUEZ said, "I am going there now." QUINONES-RIOS said, "The one that is going to Tufo's house is 53219."

167. On October 10, 2019, at 3:07 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called TARGET TELEPHONE-11 (i.e., QUINONES-RIOS). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "They arrived, Gordo," indicating both cocaine-laden parcels successfully arrived at their destinations, including the 6225 West Mitchel Street address associated with CORTES-IRIZARRY.[9] USPS records confirmed an approximately 11 lbs. 15 oz. priority mail parcel was shipped from San Antonio, Puerto Rico to Jose Martinez, 6225 West Mitchell Street, Milwaukee, Wisconsin[10] on October 8,

---

[9] On November 11, 2019, Kelly Martinez-Bonilla called 911 requesting assistance at her residence located at 6225 West Mitchell Street, West Allis, Wisconsin. Martinez-Bonilla wanted her boyfriend, who she identified as Steven CORTES-IRIZARRY (DOB: August 23, 1982; phone number: (414) 418-2970) to leave following a domestic disturbance. Upon arrival, officers learned that CORTES-IRIZARRY had already left the residence.

[10] On at least two additional occasions, suspected cocaine-laden parcels were mailed from western Puerto Rico to 6225 West Mitchell Street, Milwaukee, Wisconsin. On November 26, 2019, a parcel sent from Moca, Puerto Rico was delivered to "Alberto Acevedo, 6225 W. Mitchell St., West Allis, WI 53214. On December 9, 2019, a parcel sent

2019. Based upon their training, experience, and familiarity with the investigation, case agents believe the weight of the parcel is consistent with containing approximately three (3) kilograms of cocaine. QUINONES-RIOS said, "It's there! I am now happy. Send me two more [unintelligible] three more," indicating he wanted Hector Yamil RODRIGUEZ-RODRIGUEZ to send him packages containing drug proceeds.

## Keven TORRES-BONILLA

168.    Keven TORRES-BONILLA is an Hispanic male born on December 1, 2019. He resides at 8330 West Beloit Road, Milwaukee, Wisconsin. The utilities at this residence as subscribed to Lesty E. BURGOS. Between June 20, 2019 and the December 27, 2019, 91 interceptions have occurred between TORRES-BONILLA, who uses cellular phone number (414) 391-5416, and various TARGET TELEPHONE numbers that were deemed criminal and pertinent in nature. TORRES-BONILLA has also used cellular phone number (414) 312-3631. TORRES-BONILLA ceased use of that telephone number on December 2, 2019. Between June 20, 2019 and the time when TORRES-BONILLA ceased use of that phone, over 200 interceptions occurred between TORRES-BONILLA and various TARGET TELEPHONE numbers that were deemed criminal and pertinent in nature. TORRES-BONILLA is a mid-level drug distributor, who is supplied by GONZALEZ-COLLADO.

---

from San Antonio, Puerto Rico was delivered to "Edwin Corts, 6225 W. Mitchell St. Milwaukee, WI 53214. Based upon their training, experience, and familiarity with the investigation, case agents believe both parcels contained at least a kilogram of cocaine and were sent by David QUINONES-RIOS.

*TORRES-BONILLA distributes cocaine supplied by GONZALEZ-COLLADO*

*TORRES-BONILLA coordinates with GONZALEZ-COLLADO and
CORTES-IRIZZARY to obtain distributable cocaine*

169. On August 6, 2019, at 2:13 p.m., TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) received a call from (414) 312-3631 (i.e., TORRES-BONILLA). During the intercepted call, TORRES-BONILLA said, "Tufo (i.e., CORTES-IRIZARRY) says he has a whole one there, because he doesn't want to tear it apart." GONZALEZ-COLLADO responded, "Tell Tufo if he has the 'tabla' to tear it apart." TORRES-BONILLA said, "[H]e told me, 'No, I'm not going to tear that apart. I don't touch anything without permission.'" GONZALEZ-COLLADO said, "I'm going to call him," about the availability of cocaine. Specifically, when TORRES-BONILLA called about the cocaine GONZALEZ-COLLADO stated, "You should have told me yesterday. I would have taken that." TORRES-BONILLA replied, "Damn," to which GONZALEZ-COLLADO advised, "Let me call him to see if he answers." Based upon their training, experience, and familiarity with the investigation, case agents believe TORRES-BONILLA wanted a quantity of cocaine for distribution, but CORTES-IRIZARRY was reluctant to open a kilogram (i.e., a 'tabla') of cocaine kept at storage without permission. GONZALEZ-COLLADO indicated he would contact CORTES-IRIZARRY.

170. On August 6, 2019, at 2:23 p.m., TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) received a call from (414) 552-9646, used by CORTES-IRIZARRY. During the intercepted call, GONZALEZ-COLLADO said, "Regarding that half board." CORTES-IRIZARRY responded, "If you guys ask me too, I'll get it. Do you know what I mean? Because… I can't touch anything without permission, because I'm not going to…" GONZALEZ-COLLADO ordered, "Yes, fucker, cut it in half. I got the other half sold, they are calling me." Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-

COLLADO directed CORTES-IRIZARRY to cut a kilogram brick of cocaine into two 500 gram halves for further distribution by TORRES-BONILLA. CORTES-IRIZARRY complained, "I don't have a scale, Gordo," indicating he did not presently have a scale to weigh the cocaine.

171. On August 6, 2019, at 2:40 p.m., TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) received a call from (414) 552-9646 (i.e., CORTES-IRIZARRY). During the intercepted call, GONZALEZ-COLLADO said, "Bring that down there to Yamil's house." CORTES-IRIZARRY indicated, "It'll take a while, remember I'm down here and by the time I go up down, I live by 70th." GONZALEZ-COLLADO ordered, "Get going. I'll be there." GPS data derived from TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) indicated that on August 6, 2019, at 2:47 p.m., the device was within 28 meters of South 10th Street and West Mitchell Street, close to Hector Yamil RODRIGUEZ-RODRIGUEZ's residence located at 2730 South 10th Street, Milwaukee, Wisconsin. Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO directed CORTES-IRIZARRY to deliver the requested cocaine to Hector Yamil RODRIGUEZ-RODRIGUEZ's residence.

172. On August 6, 2019, at 2:48 p.m., TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) received a call from (414) 552-9646 (i.e., CORTES-IRIZARRY). During the intercepted call, CORTES-IRIZARRY asked, "Can I give it to Keven and he give it to you or not?" GONZALEZ-COLLADO replied, "Mmhmm," agreeing to CORTES-IRIZARRY directly providing the cocaine to TORRES-BONILLA in lieu of delivering it to Hector Yamil RODRIGUEZ-RODRIGUEZ's residence. On the same date, at 3:20 p.m., TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) received a call from (414) 552-9646 (i.e., CORTES-IRIZARRY). During the intercepted call, CORTES-IRIZARRY said, "I gave that to him already," indicating he successfully supplied TORRES-BONILLA 500 grams (one-half

kilogram) of cocaine. GONZALEZ-COLLADO responded, "Yeah, he told me he's almost here, to Yamil's house."

173. On August 6, 2019, at 3:25 p.m., TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) called (414) 312-3631 (i.e., TORRES-BONILLA). During the intercepted call, GONZALEZ-COLLADO asked, "Where are you?" TORRES-BONILLA replied, "In the back." GPS data derived from TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) indicated that on August 6, 2019, at 3:26 p.m., the device was within 42 meters of South 10th Street and West Cleveland Avenue – the intersection nearest Hector Yamil RODRIGUEZ-RODRIGUEZ's residence located at 2730 South 10th Street, Milwaukee, Wisconsin. A review of positional data revealed that at 3:26 p.m., GONZALEZ-COLLADO's phone placed him within 42 meters of South 10th Street and West Cleveland Avenue – the intersection nearest to 2730 South 10th Street. Based upon their training, experience, and familiarity with the investigation, case agents believe TORRES-BONILLA brought the 500 grams of cocaine to Hector Yamil RODRIGUEZ-RODRIGUEZ's residence so that GONZALEZ-COLLADO could cut the needed quantity of cocaine for TORRES-BONILLA's customer.

*GONZALEZ-COLLADO supplies TORRES-BONILLA 500 grams of cocaine*

174. On October 3, 2019, at 10:10 a.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called (414) 312-3631 (i.e., TORRES-BONILLA). During the intercepted call, GONZALEZ-COLLADO said, "Hey, I got a little something in there." TORRES-BONILLA asked, "Where is it?" GONZALEZ-COLLADO replied, "It's with Viejo (i.e., APONTE-LEBRON). It's with him now." GONZALEZ-COLLADO said, "[G]o down there. No, not the house; to the other place." TORRES-BONILLA responded, "Alright." GONZALEZ-COLLADO said, "Go ahead. I do not know if there is 1.5 or 2." TORRES-BONILLA responded, "Well, I'll

head over." No, go down there." Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO informed TORRES-BONILLA that he had between 1½ and 2 kilograms of cocaine available for distribution.

175.    On October 3, 2019, at 10:10 a.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) received a call from (414) 312-3631 (i.e., TORRES-BONILLA). During the intercepted call, TORRES-BONILLA said, "There's a whole one and the half is short 20 grams. There's 480.2 with bag," indicating the cocaine weighed approximately 1.48 kilograms (gross). TORRES-BONILLA continued, "Viejo (i.e., APONTE-LEBRON) is here with me right now. We are weighing it right now. We are weighing it." GONZALEZ-COLLADO asked, "Does the whole one have more?" Speaking to APONTE-LEBRON, TORRES-BONILLA said, "Hold this here so it doesn't give us a wrong reading." GONZALEZ-COLLADO said, "Take off the plastic, maybe it has extra; that cock sniffer wouldn't send it short 20 grams, fucker," indicating he wanted TORRES-BONILLA and APONTE-LEBRON to open a brick of cocaine to determine if it had in excess of a kilogram.

176.    On October 3, 2019, at 10:40 a.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) received a call from (414) 312-3631 (i.e., TORRES-BONILLA). During the intercepted call, TORRES-BONILLA said, "That does not have any extra," indicating the cocaine brick did not weigh more than a kilogram. GONZALEZ-COLLADO said, "Then take a picture of what is missing. I'm going to send it to my friend," indicating he wanted to send photographic proof to ORENCH-FELICIANO, his cocaine supplier, that he was shorted 20 grams of cocaine. On the same date, at 10:41 a.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) received a call from (414) 312-3631 (i.e., TORRES-BONILLA). During the intercepted call, TORRES-BONILLA asked, "[W]hat should I do?" GONZALEZ-COLLADO responded, "[T]ell

Viejo that if there's something loose in there to add it in," indicating he wanted APONTE-LEBRON to use any available cocaine to reach 500 grams. Later in the conversation, GONZALEZ-COLLADO said, "From that half, give me 15,250," indicating he wanted TORRES-BONILLA to pay $15,250 for 500 grams of cocaine. TORRES-BONILLA replied, "Alright."

177. On October 3, 2019, at 4:49 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) received a call from (414) 312-3631 (i.e., TORRES-BONILLA). During the intercepted call, TORRES-BONILLA said, "He took half and there is 21 here. He owes me 10 and..." Based upon their training, experience, and familiarity with the investigation, case agents believe TORRES-BONILLA notified GONZALEZ-COLLADO that he sold the 500 grams of cocaine, his customer owed $10,000, and that he had $21,000 in drug proceeds. GONZALEZ-COLLADO responded, "Well, keep it at your house," instructing TORRES-BONILLA to keep the drug proceeds at his home. TORRES-BONILLA interjected, "I'm not going home, fucker. I have to go send some money and I have the money on me." GONZALEZ-COLLADO responded, "Alright. Bring the money here."

*TORRES-BONILLA discusses debt owed by kilogram-quantity cocaine customer*

178. On November 12, 2019, at 7:53 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called (414) 312-3631 (i.e., TORRES-BONILLA). During the intercepted call, GONZALEZ-COLLADO asked, "Have you spoken to "el Moreno"? Has he told you anything different? More than what you know?" TORRES-BONILLA replied, "Dude, that guy owes me your $1,000 and he owes me 11,000 from a board." Based upon their training, experience, and familiarity with the investigation, case agents believe TORRES-BONILLA was discussing an African American male (i.e., "el Moreno") who had an outstanding balance of $11,000 for a kilogram of cocaine supplied by TORRES-BONILLA, and who owed $1,000 to

GONZALEZ-COLLADO. TORRES-BONILLA commented, "It's that he gets lazy now with the cold because the fucking hustle is not the same. You see how people are, remember that people aren't there washing cars in the cold to get some money because it's so cold the drug addicts do not even come out. And it goes down, man. It goes down a lot. That's the bad thing about this, but it'll go back up. It'll go back and get crazy again, but he goes but it's slow. Let me see if I can square this away. I'm going to tell him to give me your thousand too. I'm going to tell him. That's it." GONZALEZ-COLLADO instructed, "Send him a message." TORRES-BONILLA responded, "I'm going to send him a message right now. I'm going to send him a message."

179. On December 18, 2019, at 11:18 a.m., TORRES-BONILLA, using cellular number (414) 391-5416, spoke to Jose GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9). During the call, GONZALEZ-COLLADO asked, "Hey, how much do you have there?" TORRES-BONILLA responded, "Of what?" and GONZALEZ-COLLADO replied, "Money, fucker." TORRES-BONILLA advised "I have $1,200. Plus the money from a zeta." GONZALEZ-COLLADO stated, "That fucker gave you 2,200 and still owes you how much?" TORRES-BONNILLA advised GONZALEZ-COLLADO that the unknown subject provided TORRES-BONILLA with $1200. The parties continued the discussion with GONZALEZ-COLLADO questioning TORRES-BONILLA if the unknown subject had an outstanding debt to TORRES-BONILLA of $6,000. TORRES-BONILLA stated, "Hey, he gave 1,100 and I have 900 [ASIDE: (U/I) the money]." Based upon their training, experience, and familiarity with the investigation, case agents believe that GONZALEZ-COLLADO had sourced TORRES-BONILLA with an unspecified amount of narcotics which was provided/sold to an unknown party. TORRES-BONILLA currently possessed $2000 of the drug proceeds owed to TORRES-BONILLA and GONZALEZ-COLLADO.

180.    Later, on December 18, 2019, at 11:25 a.m., GONZALEZ-COLLADO (i.e TARGET TELEPHONE-9) had a telephone conversation with APONTE-LEBRON, using (414) 501-6426. During the conversation, GONZALEZ-COLLADO stated, "I'm extremely pissed off." APONTE-LEBRON asked, "Why?" and GONZALEZ-COLLADO advised, "Because the black guy want me to exchange something there for him. Man, fucker!" APONTE-LEBRON asked, "What was that?" and GONZALEZ-COLLADO replied, "Keven's black guy." GONZALEZ-COLLADO further explained how Keven's (i.e. TORRES-BONILLA's) drug customer (the black guy) was dissatisfied with the quality of narcotics received from TORRES-BONILLA and GONZALEZ-COLLADO.

181.    Later, on December 18, 2019, at 11:37 a.m., TORRES-BONILLA, using cellular number 414-391-5416, had a series of conversations with GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9), regarding drug proceeds owed to GONZALEZ-COLLADO. During one such call, GONZALEZ-COLLADO stated, "Man, I thought that fucker had given you money for at least half. I would have put the other half. That fucker, man!" TORRES-BONILLA advised GONZALEZ-COLLADO, "I told him, "give me the money." He was like, "no, no, no" I got mad at him. I told him. Let me move. I told him, "Give me the money and [U/I] business." He told me, "Oh you are screwing me up." I told him, "No, you are the one screwing me up. You know who I am --" He caught me in a bad moment. [ASIDE: What's going on, man? -- (U/I) ten grams] [BACKGROUND, UM: For when, for tomorrow] [ASIDE: Uh-huh for tomorrow]. The conversation continued with TORRES-BONILLA advising GONZALEZ-COLLADO about the customer's (black guy) unhappiness with the distributed narcotics. GONZALEZ-COLLADO directed TORRES-BONILLA to contact the drug customer and advise him (black guy) to provide the drug proceeds to TORRES-BONILLA along with the poor quality narcotics. Once additional

narcotics were received from their sources of supply, the drug customer (black guy) would be replenished in full with higher quality narcotics. GONZALEZ-COLLADO stated to TORRES-BONILLA, "Man, tell him there are no tricks... Let me pick up the money and to give me the money and give me the work, I will give him the work tomorrow. [U/I] Saturday all at once." TORRES-BONILLA indicated that he would contact the drug customer, to make arrangements for payment.

182.    Later, on December 18, 2019, at 2:34 p.m., TORRES-BONILLA, using cellular number (414) 391-5416, spoke to Jose GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9). During the conversation, TORRES-BONILLA told GONZALEZ-COLLADO that he, "Spoke with the black guy already. The black asked me to give him some time. He'll call me to go get the money and for me to take/pick that up as well. I told him that for tomorrow..." I told him, "I'm going to only take out the 56 you took from that guy." Later TORRES-BONILLA stated, "Man, he told me he'll call me, so [U/I] take me that. And, he'll have the money for me." Based upon their training, experience, and familiarity with the investigation, case agents believe that TORRES-BONILLA was going to obtain drug proceeds from the narcotics customer, and simultaneous obtain the two ounces of poor quality narcotics, and in the near future, replenish the drug customer with higher quality of narcotics.

183.    Later, on December 18, 2019, at 4:13 p.m., TORRES-BONILLA, using cellular number 414-391-5416, had a series of conversations with GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9), at which time the parties discussed meeting with each other. During the conversation, TORRES-BONILLA informed GONZALEZ-COLLADO that TORRES-BONILLA was "at home." GONZALEZ-COLLADO indicated that he would meet with TORRES-BONILLA at TORRES-BONNILA's residence. GONZALEZ-COLLADO asked,

"Send me the address." TORRES-BONNILA responded, "Don't give it to anyone, Gordo." In a subsequent conversation, TORRES-BONILLA further described his new residence as next to a restaurant. TORRES-BONILLA stated, "You are going to see the restaurant, that's next door. The house next to the restaurant is mine. There's nothing else." TORRES-BONILLA provided directions to his residence, advising GONZALEZ-COLLADO "Come up on Lincoln and at 68th... make a left at the traffic light on 68th and Lincoln." TORRES-BONILLA continued, "And, it'll take you straight here." Case agents are aware that Beloit Road crosses near the intersection of W. Lincoln Ave. and S. 68th St. As a result of the description provided by TORRES-BONILLA during the intercepted conversation, and utilities obtained through WE Energies, case agents identified TORRES-BONILLA's newly acquired home as 8330 W. Beloit Rd., West Allis, Wisconsin. Furthermore, case agents noted that the residence was situated next to Caprio di Nuovo Restaurant located, at 8430 W. Beloit Rd., West Allis, Wisconsin.

184.    On December 19, 2019, TFO Saddy and Officer Migazzi conducted surveillance at 8330 W. Beloit Rd., West Allis, Wisconsin. At approximately 9:40 a.m., TFO Saddy observed Keven TORRES-BONILLA walk out of the east door of the residence and walk to a Toyota Corolla parked in the driveway of the residence. TORRES-BONILLA obtained an unknown object, and then walked back into the residence. TFO Saddy identified the vehicle parked in the driveway as a gray 2003 Toyota Corolla, bearing Wisconsin registration AFF3574. Also parked in the driveway of the residence was a maroon Chevy Trailblazer bearing Wisconsin registration AEV2763. Case agents check of the registration for the vehicles listing Wisconsin registration numbers AFF3574 and AEV2763, respectively, through the Wisconsin Department of Transportation revealed that both vehicles were registered to a Keven TORRES.

## Andros MARTINEZ-PELLOT

185.    Andros MARTINEZ-PELLOT is an Hispanic male born on October 14, 1989. He resides at N88W14822 Main St. (Apartment #B-03), Menomonee Falls, Wisconsin. This has been confirmed through the investigation and surveillance. Between June 20, 2019 and December 27, 2019, approximately 115 intercepted communications have occurred between MARTINEZ-PELLOT utilizing (262) 770-9967 and DTO target telephone numbers that were deemed criminal and pertinent in nature. The investigation to date has revealed that MARTINEZ-PELLOT is a mid-level distributor of cocaine and is supplied by at least one member of the DTO.

*CS-3 makes four two ounce purchases of cocaine from MARTINEZ-PELLOT*

186.    On May 30, 2019, Officer Conway met with CS-3 regarding MARTINEZ-PELLOT. CS-3 had previously provided information regarding MARTINEZ-PELLOT's drug trafficking activities. CS-3 had purchased cocaine from MARTINEZ-PELLOT over three (3) times in the past for a quantity around ½ ounce on each of the occasions. CS-3 stated that MARTINEZ-PELLOT sells an ounce of cocaine for $1,100.00. CS-3 further stated that MARTINEZ-PELLOT drove a red pick-up truck and goes by a nickname of "Dro." Additionally, CS-3 identified one of MARTINEZ-PELLOT's cellular phone numbers as (939) 202-6386 – with a prefix belonging to Puerto Rico.

187.    On June 11, 2019, Officer Conway and other law enforcement met with CS-3. The purpose of this meeting was to conduct a controlled purchase of cocaine from MARTINEZ-PELLOT.[11] CS-3 advised Officer Conway that MARTINEZ-PELLOT had previously provided the cellular phone number of (262) 770-9667 to be utilized for all drug related transactions. At 1:45 p.m., MARTINEZ-PELLOT called CS-3 to discuss where to meet in order for CS-3 to purchase cocaine. Both agreed to meet at the Cousin's Restaurant at 7140 North 76th Street in Milwaukee, Wisconsin.

---

[11] All four controlled purchases of cocaine from MARTINEZ-PELLOT were audio and video recorded.

At approximately 2:25 p.m., MARTINEZ-PELLOT arrived at Cousin's restaurant while driving a white motor scooter (Wisconsin plate: 274HD). A query with the Wisconsin Department of Transportation revealed that the scooter lists to Peter E. Barley of 6151 N. 116th Street in Milwaukee. The last name BARLEY is consistent with MARTINEZ-PELLOT's spouse's maiden name. In exchange for $2,200.00 in U.S. currency provided to CS-3 by law enforcement, MARTINEZ-PELLOT provided CS-3 with two clear plastic bags containing suspected cocaine. Both MARTINEZ-PELLOT and CS-3 parted company. Law Enforcement conducted surveillance of MARTINEZ-PELLOT who then drove to Russ Darrow at 7676 North 76th Street after the transaction. The suspected cocaine was field tested by Officer Conway, which resulted in a positive test for cocaine, weighing approximately 55.61 grams.

188. On June 19, 2019, Officer CONWAY and other law enforcement met CS-3. The purpose of this meeting was to conduct a controlled purchase of cocaine from MARTINEZ-PELLOT. At 12:00 p.m., a recorded phone call was placed to MARTINEZ-PELLOT at (262) 770-9667. MARTINEZ-PELLOT stated that he had to pick up the cocaine before he met CS-3. At 12:05 p.m., Law enforcement conducted surveillance at 9711 West Greenwood Terrace. During surveillance, Officer Don Krenzien observed MARTINEZ-PELLOT exit 9711 West Greenwood and enter his red Chevrolet truck (Wisconsin plate: NR6908). Law enforcement officers surveilled MARTINEZ-PELLOT as he drove to 2730 South 10th Street, the address of Hector Yamil RODRIGUEZ-RODRIGUEZ. At about 1:42 p.m., both CS-3 and MARTINEZ-PELLOT met at the Taco Bell. In exchange for $2,200.00, MARTINEZ-PELLOT provided CS-3 with one large bag containing suspected cocaine. CS-3 turned over the suspected cocaine to a law enforcement officer who subjected a sample of it to a field test which yielded a positive result for cocaine, weighing approximately 55.77 grams.

189.     On July 2, 2019, Officer Conway and other law enforcement officers met CS-3. The purpose of this meeting was to conduct a controlled purchase of cocaine from MARTINEZ-PELLOT. At approximately 12:44 p.m., CS-3 received a phone call from MARTINEZ-PELLOT from the cell number of (262) 770-9667. The phone call was prompted by a previous call between CS-3 and MARTINEZ-PELLOT who had made a request to purchase cocaine. MARTINEZ-PELLOT asked for CS-3's location and MARTINEZ-PELLOT stated that he was ready to meet [had cocaine on his person to sell CS-3]. Both agreed to meet at the same Taco Bell located at 5751 West Fond du Lac Avenue in Milwaukee. In exchange for $2,200.00 in U.S. currency provided by law enforcement, MARTINEZ-PELLOT gave CS-3 two vacuum sealed bags that contained suspected cocaine. The suspected cocaine was provided to a law enforcement officer who subjected a sample of it to a field test. The test provided a positive result for cocaine, and weighed approximately 56.14 grams.

190.     On July 18, 2019, Officer Conway and other law enforcement met with CS-3. The purpose of this meeting was to conduct a controlled purchase of cocaine from MARTINEZ-PELLOT. At 10:42 a.m., law enforcement met CS-3. CS-3 had prior contact with MARTINEZ-PELLOT who agreed to sell cocaine to CS-3 at the Taco Bell located at 5751 West Fond du Lac Avenue, Milwaukee, WI. At 11:23 a.m., CS-3 met MARTINEZ-PELLOT at National Muffler. In exchange for $2,200.00 in U.S. currency provided by law enforcement, MARTINEZ-PELLOT gave CS-3 two plastic bags containing suspected cocaine. The suspected cocaine was given to a law enforcement officer who subjected it to a field test. The test provided a positive result for the presence of cocaine, and weighed approximately 55.89 grams.

### MARTINEZ-PELLOT receives 2.5 kilograms of cocaine from Hector Yamil RODRIGUEZ-RODRIGUEZ

191.     On September 6, 2019, at 3:52 p.m., MARTINEZ-PELLOT and Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-7) spoke by phone. MARTINEZ-

PELLOT (i.e. (262) 770-9667) wanted to purchase a quantity of cocaine. Specifically MARTINEZ-PELLOT asked, "Listen, is there something?" Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "Dude, two and a half in my hand." MARTINEZ-PELLOT asked, "Oh, you only have 2 ½ left? Then asked, "Are they solid or…" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "No, they are solid." MARTINEZ-PELLOT asked, "When can I go get them? Right now?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Well, give me some time. I'm going to go get a haircut. Can you do it at around 7:00 p.m.?" MARTINEZ-PELLOT stated, "Yes." Based on their training, experience, and familiarity with this investigation, case agents believe MARTINEZ-PELLOT requested to purchase two and a half kilograms of cocaine. When MARTINEZ-PELLOT asked if they are "solid," he referred to whole kilograms of cocaine, unadulterated by any other means, with "2 ½" the remaining quantity of cocaine which MARTINEZ-POLLOT requested from Hector Yamil RODRIGUEZ-RODRIGUEZ. I also know that MARTINEZ-PELLOT is a kilogram quantity purchaser.

192.     At 10:03 p.m., MARTINEZ-PELLOT texted from (262) 770-9667 to Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-7), "Blood if you can get me that, I need it"

193.     On September 7, 2019, at 3:50 p.m., Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-7) called MARTINEZ-PELLOT at cellular phone number (262) 770-9667. Hector Yamil RODRIGUEZ-RODRIGUEZ informed MARTINEZ-PELLOT that he had just woken up and was at his "lady's house." Hector Yamil RODRIGUEZ-RODRIGUEZ added, "Give me a few minutes to get ready and everything and I'll call you so you can head to the house." MARTINEZ-PELLOT replied, "I lost a lot of sales today and people call me nonstop when I don't have anything. I lose the money." Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "That's how it always works.

Give me a few minutes because I just got up. I'm at my lady's house." MARTINEZ-PELLOT replied, "Okay. Don't leave me hanging because I have a lot of people waiting."

194. At 5:12 p.m., Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-7) called MARTINEZ-PELLOT at (262) 770-9667 and stated, "Come over here." MARTINEZ-PELLOT responded, "On my way over there, faggot."

195. At 6:35 p.m., MARTINEZ-PELLOT called Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-7) and advised, "I am in the back, blood." Hector Yamil RODRIGUEZ-RODRIGUEZ instructed, "Come through the door." At the time of this phone call, Hector Yamil RODRIGUEZ-RODRIGUEZ' cellular phone registered to the cellular tower servicing the area of 2730 South 10th Street, Milwaukee, Wisconsin. Based upon my training, experience, and familiarity of this investigation, I believe that MARTINEZ-PELLOT and Hector Yamil RODRIGUEZ-RODRIGUEZ executed a 2.5 kilogram of cocaine deal and that it occurred at 2730 South 10th Street.

*MARTINEZ-PELLOT receives an half-kilogram of cocaine from*
*Hector Yamil RODRIGUEZ-RODRIGUEZ*

196. On October 7, 2019, at 5:16 p.m., MARTINEZ-PELLOT and Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-7) spoke by telephone with MARTINEZ-PELLOT utilizing cellular phone number (262) 770-9667.[12] Hector Yamil RODRIGUEZ-RODRIGUEZ stated, "...whole one and there's a half." MARTINEZ-PELLOT replied, "Half? Okay." Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Yes, half because they arrived Wednesday." MARTINEZ-PELLOT stated, "Okay, what was I going to tell you? How much? The same?" Hector Yamil RODRIGUEZ-RODRIGUEZ answered, "Yes, man." MARTINEZ-PELLOT responded, "Go ahead. Let me see what these people want to do."

---

[12] MARTINEZ-PELLOT used (262) 770-9667 for all intercepted communications.

197. At 5:21 p.m., MARTINEZ-PELLOT asked, "What is the half that you have left?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "From a whole... I just sold half." MARTINEZ-PELLOT inquired about the price and Hector Yamil RODRIGUEZ-RODRIGUEZ stated, "Fifteen and a half." Hector Yamil RODRIGUEZ-RODRIGUEZ added, "Yes, I will give it to you for fifteen and a half, he can screw himself. I will have commotion over here, but go ahead. That belongs to me and my friend. Go ahead." MARTINEZ-PELLOT remarked, "I will go get the money at the house and will head over there." Prior to ending the call, Hector Yamil RODRIGUEZ-RODRIGUEZ advised that on, "Wednesday six more will arrive." MARTINEZ-PELLOT asked if Hector Yamil RODRIGUEZ-RODRIGUEZ would give him one of the Wednesday arrivals. Hector Yamil RODRIGUEZ-RODRIGUEZ stated, "Yes, six will arrive Wednesday and they're mine. Yes, we can work. Go ahead. You know it." MARTINEZ-PELLOT replied, "Let me see about this work. Save them for me I will look." Based upon their training, experience and familiarity with the investigation, case agents know that MARTINEZ-PELLOT asked the price for half a kilogram and Hector Yamil RODRIGUEZ-RODRIGUEZ agreed to sell it to MARTINEZ-PELLOT at a good price, $15,500, instead of the usual price. Hector Yamil RODRIGUEZ-RODRIGUEZ indicated that there would be problems ("I will have commotion here"), but Hector Yamil RODRIGUEZ-RODRIUEZ didn't care ("he [i.e., GONZALEZ-COLLADO] can screw himself").

198. At 7:07 p.m., MARTINEZ-PELLOT texted Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-7), "I am here." At the time of this interception, Hector Yamil RODRIGUEZ-RODRIGUEZ's cellular phone was registering to the cellular tower servicing the area of 2730 South 10th Street.

199.    An examination of U.S. Postal Service parcel records indicated that five USPS Priority mail parcels were shipped between the dates of October 7, 2019 and October 8, 2019 from Puerto Rico to Milwaukee, Wisconsin to addresses associated with this DTO.

200.    On November 29, 2019, at 2:57 p.m., MARTINEZ-PELLOT and Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-7), spoke by telephone with MARTINEZ-PELLOT utilizing cellular phone number (262) 770-9667.    Hector Yamil RODRIGUEZ-RODRIGUEZ stated, "Dude, we are active again."    MARTINEZ-PELLOT responded, "Oh, thank God."   Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "… Call me, I have something for you here, something arrived today."   Based upon their training, experience, and familiarity with this investigation, case agents believe the DTO received kilogram(s) of cocaine through USPS Priority mail and Hector Yamil RODRIGUEZ-RODRIGUEZ set up a future transaction with MARTINEZ-PELLOT.

201.    On December 9, 2019, at approximately 2:10 p.m., Officer Conway conducted a spot check at National Muffler, 5740 W. Fond du Lac Avenue, and located a black Ford Taurus bearing a temporary Wisconsin license plate of S9562H.   CS-3 advised Officer Conway that this vehicle is driven by MARTINEZ-PELLOT.

202.    On December 17, 2019, at approximately 9:07 a.m., Officer Conway observed the black Ford Taurus with the same temporary license plate parked in the rear of N88 W14822 Main Street, Menomonee Falls, Wisconsin. Officer Conway also observed the red Chevrolet truck used by MARTINEZ-PELLOT from the controlled purchase of cocaine on June 19, 2019 parked in the same area. Officer Conway contacted the apartment complex manager and requested a tenant list for N88 W14822 Main Street. The property manager stated they would freely provide him with a tenant list at a later date.

203. On December 18, 2019, at approximately 2:30 p.m., Officer Conway conducted a spot check of N88 W14822 Main Street and again observed the black Ford Taurus parked in the same parking spot as observed in the day prior. The Taurus was now bearing Wisconsin license plate AGY2703. A check with the Wisconsin Department of Transportation records revealed that the vehicle was registered to Andros R. MARTINEZ-PELLOT with an address of 5055 N. 58th Street, Milwaukee, Wisconsin. On this same date, Officer Conway was contacted by the apartment complex manager who provided him with the tenant list of individuals staying at N88 W14822 Main Street. Andros Martinez is listed as the tenant for apartment number "B03."

204. On December 19, 2019, at approximately 1:40 p.m., Officer Conway conducted a spot check of N88 W14822 Main Street and again observed MARTINEZ-PELLOT's black Ford Taurus parked in the rear of the complex.

*Pursuant to a federal warrant, narcotics detection canine "Flexy" alerted to the presence of controlled substances at MARTINEZ-PELLOT's apartment*

205. On January 6, 2020, United States Magistrate Judge William E. Callahan, Jr., authorized the search of the exterior front door to N88 W14822 Main Street, Apartment B03 Menomonee Falls, Wisconsin, by narcotics canine detection dog "Flexy." On January 7, 2020, at 7:15 a.m., Inspector Fink along with Milwaukee Police Officer Conway and his canine, "Flexy," met at N88 W14822 Main Street, Apartment B3, Menomonee Falls, Wisconsin. At this time, "Flexy" alerted to the presence of controlled substances or other items which have been recently contaminated with, or associated with the odor of one or more controlled substances.

## Eric ROSA

206. As discussed in detail herein, Eric ROSA (a/k/a "Erico"), an Hispanic male born on July 10, 1987, is a Milwaukee-based cocaine, heroin, and fentanyl distributor, who is principally supplied by GONZALEZ-COLLADO. ROSA resides at 6353 W. Lakefield Dr., Unit #1

Milwaukee, Wisconsin, which has been confirmed by investigation, surveillance, and review of utilities records. During the course of this investigation, case agents determined that ROSA has used several cellular telephone numbers, including (920) 651-5723 (TARGET TELEPHONE-1), (920) 651-5712, (224) 478-7162, (312) 632-4305, (920) 970-2169, and (262) 693-2860.

## *Controlled Purchases Involving ROSA*
### *December 6, 2018 Controlled Purchase*

207. From December 2018 through October 2019, DEA TFO Michael Saddy (hereinafter UC), who was acting in an undercover capacity, arranged controlled purchases of cocaine and heroin from ROSA in Milwaukee, Wisconsin. CS-1 introduced the UC to ROSA on December 6, 2018. During that time, ROSA facilitated the purchase of approximately 3.5 grams of cocaine from Wilberto SANTIAGO-MARTINEZ at 3223 West Lincoln Avenue, Milwaukee, Wisconsin. While awaiting SANTIAGO-MARTINEZ, ROSA discussed his friend "Gordo" (i.e., GONZALEZ-COLLADO). ROSA said his cocaine was supplied by "Gordo," who received it from Puerto Rico. ROSA claimed he was once able to obtain between ½ and one kilogram of cocaine with little difficulty, but was unsure if he could still obtain that quantity of cocaine. ROSA said a kilogram of cocaine would cost approximately $22,000. ROSA reiterated that the cocaine would come from Puerto Rico.

### *December 20, 2018 Controlled Purchase*

208. On December 20, 2018, ROSA agreed to facilitate the purchase of 27.7 grams of cocaine from SANTIAGO-MARTINEZ. At ROSA's direction, the UC picked him up at 2307 West Rodgers Street, Milwaukee, Wisconsin and drove to the 800 block of West Harrison Avenue, where they parked. Soon thereafter, SANTIAGO-MARTINEZ entered the UC's vehicle. In exchange for the cocaine, the UC gave SANTIAGO-MARTINEZ $1,300. During this transaction, ROSA said the guy with whom he previously worked (i.e., "Gordo") because he had drug-laden

packages seized by the authorities. ROSA added that "they" were receiving "7K" (i.e., 7 kilograms) of cocaine per week in the mail.

*January 10, 2019 Controlled Purchase*

209. On January 10, 2019, the UC originally arranged to purchase two ounces of cocaine from ROSA and SANTIAGO-MARTINEZ. While *en route* to the drug deal, ROSA said he was intending to cut SANTIAGO-MARTINEZ out because "Gordo" (i.e., GONZALEZ-COLLADO) was returning to the business. ROSA commented that GONZALEZ-COLLADO's cocaine was better quality and that GONZALEZ-COLLADO offered more timely service than SANTIAGO-MARTINEZ. ROSA said GONZALEZ-COLLADO normally gives ROSA the cocaine prior to a deal and that ROSA would be supplying the UC for subsequent deals. ROSA said GONZALEZ-COLLADO may even have ROSA deliver the cocaine directly to the UC because GONZALEZ-COLLADO liked to keep his customers happy.

210. Expressing frustration with SANTIAGO-MARTINEZ's delay, ROSA said he would take the UC to his other cocaine supplier – GONZALEZ-COLLADO. ROSA directed the UC to El Tsunami seafood restaurant, located at 2222 S. 13th Street Milwaukee, Wisconsin. ROSA said GONZALEZ-COLLADO was at the restaurant. ROSA gave the UC the choice as to whom the UC wished to conduct business: SANTIAGO-MARTINEZ or GONZALEZ-COLLADO. ROSA said GONZALEZ-COLLADO was better. ROSA said GONZALEZ-COLLADO agreed to immediately sell the UC two ounces, but that they needed to go to a home on 27th Street to pick it up. The UC agreed to purchase the cocaine from GONZALEZ-COLLADO.

211. ROSA walked inside the restaurant to confirm the new cocaine deal. Soon thereafter, GONZALEZ-COLLADO and ROSA exited the restaurant. GONZALEZ-COLLADO

approached the passenger side of the UC's vehicle and greeted the UC. ROSA directed the UC to return to ROSA's residence. As the UC was driving ROSA to his residence, ROSA referred to GONZALEZ-COLLADO as "Jose," which is GONZALEZ-COLLADO's first name. ROSA remarked that GONZALEZ-COLLADO was expecting four kilograms of cocaine during the January 12th weekend. ROSA said GONZALEZ-COLLADO agreed to meet the UC at a BP gas station located at 405 North 27th Street, Milwaukee, Wisconsin. Soon after the UC and ROSA arrived at 27th Street and Saint Paul Avenue, GONZALEZ-COLLADO arrived in a silver Suzuki and parked directly behind the UC's vehicle. GONZALEZ-COLLADO approached the passenger side of the UC's vehicle and handed the UC a cup that held a clear plastic baggie containing 55.5 grams of cocaine. The UC then gave $2,600 to ROSA as payment. GONZALEZ-COLLADO directed ROSA to hold onto the money.

*January 16, 2019 Controlled Purchase*

212.    On January 15, 2019, ROSA agreed to facilitate a three-ounce cocaine deal between Jose GONZALEZ-COLLADO and the UC. On January 16, 2019, ROSA directed the UC to meet him at 2307 West Rogers Street, Milwaukee, Wisconsin. ROSA then directed the UC to drive to a BP gas station, located at 405 North 27th Street, Milwaukee, Wisconsin. Soon after arriving at the BP gas station, ROSA and the UC were met by GONZALEZ-COLLADO, who gave the UC 84.1 grams of cocaine in exchanged for $3,900.00.

*January 31, 2019 Controlled Purchase*

213.    On January 23, 2019, ROSA agreed to facilitate a three-ounce cocaine deal between Jose GONZALEZ-COLLADO and the UC. On January 31, 2019, ROSA directed the UC to meet him at 1336 South Layton Boulevard, Milwaukee, Wisconsin. ROSA then directed the UC to drive to 2300 West Rogers Street, Milwaukee, Wisconsin. Soon after arriving at the location,

ROSA and the UC were met by GONZALEZ-COLLADO, who gave the UC 83.4 grams of cocaine in exchange for $3,750.00.

*February 22, 2019 Controlled Purchase*

214. On February 7, 2019, ROSA agreed to sell the UC two ounces of cocaine and ten grams of heroin for $3,400.00. On February 22, 2019, ROSA directed the UC to meet him at 1336 South Layton Boulevard, Milwaukee, Wisconsin. Upon the UC's arrival, ROSA informed him that he was awaiting a call from GONZALEZ-COLLADO. ROSA received the call from GONZALEZ-COLLADO, who said he would send someone to complete the drug transaction. Soon thereafter, a blue Toyota arrived and parked behind the UC's vehicle. ROSA walked to the Toyota and returned with two clear baggies, one containing 55.8 grams of cocaine and the other containing 9.9 grams of heroin. ROSA gave the drugs to the UC in exchange for $3,400.00.

*March 12, 2019 Controlled Purchase*

215. On March 11, 2019, at approximately 7:00 p.m., the UC requested two ounces of cocaine and 15 grams of heroin by text messaging ROSA as follows: "2 oz. white 15 g. brown…" On the same date, at approximately 7:19 p.m., the UC received the following text-message response from ROSA: "They only have 1 w," which the UC understood to mean that ROSA had an ounce of cocaine available for sale. The UC agreed to purchase an ounce of cocaine and again inquired about the availability of 15 grams of heroin. At approximately 10:05 p.m., the UC received the following text message response from ROSA: "For the stuff is going to be 2,650" which the UC understood to mean that ROSA was charging $2,650 for an ounce of cocaine and 15 grams of heroin. Upon agreeing to this purchase price, the UC agreed to meet ROSA on March 12, 2019 to conduct the drug transaction.

216.    On March 12, 2019, the UC purchased an ounce of cocaine and 15 grams of heroin from ROSA and GONZALEZ-COLLADO. The UC contacted ROSA (i.e., by contacting a previous cellular telephone number used by ROSA) to arrange the drug transaction. The transaction occurred near 3500 W. Burnham Avenue, Milwaukee, Wisconsin. During the transaction, the UC asked ROSA when the next shipment of cocaine would arrive. ROSA subsequently made a call on his cell phone. The UC observed the screen on ROSA's phone indicated that the call was to "Gordo," which is a nickname for GONZALEZ-COLLADO. After the call, ROSA said GONZALEZ-COLLADO would let ROSA know when the next cocaine shipment would arrive. ROSA thereafter gave the UC approximately 26.5 grams of cocaine and approximately 14.7 grams of heroin in exchange for $2,650.

### March 28, 2019 Controlled Purchase

217.    On March 27, 2019, at approximately 3:32 p.m., the UC was trying to arrange another drug transaction by sending ROSA the following text message: "What's up my friend. I'm off tomorrow and I'll looking to swing in." On the same date, at approximately 4:09 p.m., the UC called ROSA. During the call, the UC requested three ounces of cocaine and 15 grams of heroin, which the UC referenced as "three white and 15 brown." ROSA responded, "Gordo doing that for you." ROSA explained that GONZALEZ-COLLADO would conduct the drug transaction because ROSA would be in Chicago. On March 28, 2019, the UC inquired about the purchase price by text messaging ROSA the following: "how much $$." On the same date, at 7:06 a.m., ROSA sent the UC the following text messages: "I don't know" and "I got to call gordo," which the UC understood to mean that ROSA needed to contact GONZALEZ-COLLADO to ascertain the purchase price for the drugs. At 12:00 p.m., ROSA sent the UC the following text message: "5,100 3w 15b" which the UC understood to mean that ROSA and GONZALEZ-COLLADO were

charging $5,100 for three ounces of cocaine and 15 grams of heroin. ROSA subsequently instructed the UC to meet GONZALEZ-COLLADO at the BP gas station located at 405 North 27th Street, Milwaukee, Wisconsin. The UC informed ROSA that the UC arrived at the designated location.

218.   Soon thereafter, ROSA called the UC to inform him that GONZALEZ-COLLADO was *en route*. GONZALEZ-COLLADO subsequently arrived in a black Nissan Titan and parked behind the UC's vehicle. GONZALEZ-COLLADO exited the Nissan and entered the UC vehicle. GONZALEZ-COLLADO gave the UC approximately 81.6 grams of cocaine and approximately 15 grams of heroin in exchange for $5,100.

*April 17, 2019 Controlled Purchase*

219.   On April 16, 2019, at approximately 12:34 p.m., the UC requested three ounces of cocaine and 20 grams of heroin by sending ROSA the following text message: "My friend looking for 3 white and 20 g brown." On the same date, at approximately 12:34 p.m., ROSA sent the UC a text message inquiring, "when." The UC responded via text message, "tomorrow." On April 17, 2019, ROSA informed the UC that the price for the drugs would be $5,500 and the transaction would occur at El Rey Marketplace, 3524 West Burnham Street, Milwaukee, Wisconsin. Upon arriving at El Rey Marketplace, the UC called ROSA to inform him that the UC had arrived at the designated location. During this time, surveillance units observed GONZALEZ-COLLADO driving past El Rey Marketplace on two occasions. Soon after the UC called ROSA, ROSA arrived in his vehicle and entered the UC vehicle. ROSA gave the UC approximately 83.2 grams of cocaine and approximately 20 grams of heroin in exchange for $5,500.

*May 8, 2019 Controlled Purchase*

220. On May 7, 2019, at approximately 2:05 p.m., the UC requested cocaine and heroin by sending ROSA the following text message: "What's up my friend. I'm looking to swing by Need white and brown." On the same date, at approximately 5:50 p.m., the UC requested two ounces of cocaine and an ounce of heroin from ROSA. ROSA inquired, "two and one?" and said, ""I'll call you right now," which the UC understood to mean that ROSA would promptly call the UC back. At approximately 6:00 p.m., ROSA called to inform the UC that he was charging $5,000 for two ounces of cocaine and an ounce of heroin. On May 8, 2019, the UC met ROSA at a BP gas station located at 5912 W. Oklahoma Avenue, Milwaukee, Wisconsin. ROSA entered the UC's vehicle where he gave the UC approximately 55.7 grams of cocaine and 27.9 grams of a substance containing fentanyl in exchange for $5,000.

*June 5, 2019 Controlled Purchase*

221. On May 30, 2019, at approximately 5:32 p.m., the UC requested cocaine and heroin by sending ROSA the following text message: "I call ya bc I'll need white and brown soon." On June 3, 2019, at approximately 11:16 a.m., the UC again requested cocaine and heroin by sending ROSA the following text message: "My friend I'm out of brown and should be out of white by tomorrow or wed when can I come by." At approximately 11:18 a.m., the UC received the following text message from ROSA: "Today." The UC responded via text message, "Working and have to go collect $ tomorrow so Wednesday would be my earliest." ROSA responded via text message, "I say today because I am not working," and "Because this week I am getting out late." The UC responded via text message, "Fuck buddy can't make it today. I'll let you know when I have everything straight. Probably need 4 white and 1 or 2 brown." The UC informed

ROSA that he could not conduct the drug transaction that day, but indicated that he would need four ounces of cocaine and one or two ounces of heroin.

222.    On June 4, 2019, at approximately 4:00 p.m., the UC placed a consensually recorded telephone call to ROSA. ROSA answered the call. The UC indicated that he would be ready to purchase drugs from ROSA once he finished collecting drug proceeds by stating he had to "pick up money from one guy" and that he would then be "good to go." At approximately 7:54 p.m., the UC requested two ounces of heroin and two ounces of cocaine from ROSA and further inquired about the price by sending ROSA the following text message: "Going to need two brown and two white let me know how $." At approximately 8:26 p.m., ROSA responded that the total price for the drugs would be $7,350 based on the following text message from ROSA: "7,350."

223.    On June 5, 2019, at approximately 2:04 p.m., the UC placed a consensually recorded telephone call to ROSA. ROSA answered the call. The UC said, "I'm ready, when are you," indicating that he was ready to conduct the drug transaction and inquired whether ROSA was also prepared to do so. ROSA replied "I'm done" and "I'm on my way to my job to get my car." The UC responded that he would meet with ROSA in "an hour and a half." The UC told ROSA that he was riding a motorcycle and that the UC would meet with ROSA at the BP gas station. ROSA responded "yes the BP," indicating that the drug transaction would occur at the BP gas station located at 5912 W. Oklahoma Avenue, Milwaukee, Wisconsin. At approximately 3:56 p.m., the UC placed a consensually recorded telephone call to ROSA. ROSA answered the call. The UC informed ROSA that he had arrived at the agreed location (i.e., the BP gas station). ROSA responded that he needed "5 or 10 minutes" because he had to "pick it up," meaning ROSA was in the process of retrieving the drugs. ROSA then inquired if the UC was riding a black motorcycle. The UC was using a black motorcycle. ROSA commented, "I see you," indicating

ROSA was conducting counter surveillance. At approximately 4:33 p.m., ROSA arrived at the agreed meet location (i.e., the BP gas station) in a black Volkswagen. The UC entered the front passenger seat of ROSA's vehicle. ROSA gave the UC approximately 56.4 grams of cocaine and approximately 56 grams of a substance containing fentanyl in exchange for $7,350.

## June 21, 2019 Controlled Purchase

224. On June 6, 2019, ROSA agreed to sell the UC two ounces of cocaine and two ounces of heroin for $7,500. On June 21, 2019, ROSA directed the UC to meet him at the BP gas station located at 5912 West Oklahoma Avenue, Milwaukee, Wisconsin. Following the UC's arrival at the location, ROSA gave the UC approximately 56.1 grams of cocaine and approximately 58.2 grams of a substance that contained fentanyl in exchange for $7,500.

## August 1, 2019 Controlled Purchase

225. On June 22, 2019, ROSA agreed to sell the UC three ounces of cocaine and three ounces of heroin for $10,470. On August 1, 2019, ROSA directed the UC to Russ Darrow Mazda located at 11330 West Metro Auto Mall, Milwaukee, Wisconsin, which was ROSA's place of employment. Following the UC's arrival at the location, ROSA gave the UC approximately 82.8 grams of cocaine and 84 grams of heroin in exchange for $10,470.

## September 5, 2019 Controlled Purchase

226. On August 1, 2019, ROSA agreed to sell the UC ½ ounce of cocaine and an ounce of heroin for $3,300. On September 5, 2019, 09-05-2019, ROSA directed the UC to Russ Darrow Mazda located at 11330 West Metro Auto Mall, Milwaukee, Wisconsin, which was ROSA's place of employment. Following the UC's arrival, ROSA gave the UC 13.59 grams of cocaine and 28.8 grams of a substance that contained fentanyl in exchange for $3,300.

*October 3, 2019 Controlled Purchase*

227.     On September 10, 2019, ROSA agreed to sell the UC an ounce of cocaine and an ounce of heroin for $3,600.  On October 3, 2019, ROSA directed the UC to meet him at the BP gas station located at 5912 West Oklahoma Avenue, Milwaukee, Wisconsin.  Following the UC's arrival at the location, ROSA gave the UC approximately 28.7 grams of a substance that subsequently field-tested positive for cocaine and 29.1 grams of a substance that subsequently field-tested positive for heroin in exchange for $3,600.

*Summary of Controlled Buys in Milwaukee, Wisconsin*

| DATE | LOCATION | SUSPECT | PRICE PAID | DRUG TYPE |
|---|---|---|---|---|
| December 6, 2018 | 3223 W. Lincoln Ave. | Eric ROSA, Wilberto SANTIAGO-MARTINEZ | $175 | cocaine (3.5 g) |
| December 20, 2018 | 800 block W. Harrison Ave. | Eric ROSA, Wilberto SANTIAGO-MARTINEZ | $1,300 | cocaine (27.7 g) |
| January 10, 2019 | 405 N. 27th Street | Eric ROSA, Jose Manuel GONZALEZ-COLLADO | $2,600 | cocaine (55 g) |
| January 16, 2019 | 405 N. 27th Street | Eric ROSA, Jose Manuel GONZALEZ-COLLADO | $3,900 | cocaine (84 g) |
| January 31, 2019 | 1336 S. Layton Blvd. | Eric ROSA, Jose Manuel GONZALEZ-COLLADO | $3,750 | cocaine (83.4 g) |
| February 22, 2019 | 1336 S. Layton Blvd. | Eric ROSA, Jose Manuel GONZALEZ-COLLADO | $3,400 | cocaine (55.8 g) heroin (9.9 g) |

| | | | | |
|---|---|---|---|---|
| March 12, 2019 | 3500 W. Burnham Ave. | Eric ROSA | $2,650 | cocaine (26.5 g) heroin (14.7 g) |
| March 28, 2019 | 405 N. 27th Street | Eric ROSA, Jose Manuel GONZALEZ-COLLADO | $5,100 | cocaine (81.6 g) heroin (15 g) |
| April 17, 2019 | 3524 W. Burnham St. | Eric ROSA, Jose Manuel GONZALEZ-COLLADO | $5,500 | cocaine (83.2 g) heroin (20 g) |
| May 8, 2019 | 5912 W. Oklahoma Ave. | Eric ROSA | $5,000 | cocaine (55.7 g) fentanyl (27.9 g) |
| June 5, 2019 | 5912 W. Oklahoma Ave. | Eric ROSA | $7,350 | cocaine (56.4 g) fentanyl (56 g) |
| June 21, 2019 | 5912 W. Oklahoma Ave. | Eric ROSA | $7,500 | cocaine (56.1 g) fentanyl (58.2 g) |
| August 1, 2019 | 11330 West Metro Auto Mall | Eric ROSA | $10,470 | cocaine (82.8 g) heroin (84 g) |
| September 5, 2019 | 11330 West Metro Auto Mall | Eric ROSA | $3,300 | cocaine (13.5 g) fentanyl (28.8 g) |
| October 3, 2019 | 5912 W. Oklahoma Ave | Eric ROSA | $3,600 | cocaine (28.7 g) heroin (29.1 g) |
| | | TOTALS | $65, 595 | cocaine (793.9 g) heroin |

| | | (172.7) fentanyl (170.9) |
| --- | --- | --- |

## Kadeja LEWIS

228.     Kadeja LEWIS is an African American female born on July 8, 1990.  Her current residence is unknown.  Between June 20, 2019 and December 27, 2019, over 12 intercepted communications have occurred between LEWIS, who was using (414) 736-0451, and TARGET TELEPHONE-1, (i.e. ROSA), that were deemed criminal and pertinent in nature.  According to CS-2, LEWIS is a multi-kilogram cocaine customer of GONZALEZ-COLLADO.  In October and November 2018, CS-2 was present for eight to nine kilogram-level drug transactions between GONZALEZ-COLLADO and LEWIS.  In December 2018, LEWIS met with CS-2 and asked CS-2 to contact GONZALEZ-COLLADO so she could purchase more drugs from GONZALEZ-COLLADO.   LEWIS provided CS-2 her telephone number (414) 736-0451.    Intercepted communications over TARGET TELEPHONE-1 (i.e. ROSA), along with physical surveillance have confirmed LEWIS to be a kilogram-level-cocaine customer of ROSA and GONZALEZ-COLLADO.  ROSA, who is the only known English speaker in the DTO, coordinates, communicates and facilitates kilogram-level-cocaine transactions between LEWIS and GONZALEZ-COLLADO.

*LEWIS obtains cocaine from GONZALEZ-COLLADO and ROSA for further distribution*

*LEWIS purchases 500 grams of cocaine from ROSA*

229.     On June 22, 2019, at 1:23 p.m., TARGET TELEPHONE-1 (i.e. ROSA) received a call from (414) 736-0451, used by LEWIS.  During the intercepted call, LEWIS inquired if ROSA had one-half kilogram of cocaine by asking, "…do you got a half bro?"  ROSA responded, "Let me call him."  At 1:27 p.m., TARGET TELEPHONE-1 (i.e., ROSA) called (217) 298-8208, then

used by GONZALEZ-COLLADO, but received the following service-provider automated response: "The person that you are calling cannot accept calls at this time. We are sorry." At 1:58 p.m., TARGET TELEPHONE-1(i.e., ROSA) called TARGET TELEPHONE-2, (i.e. APONTE-LEBRON). During the intercepted call, ROSA asked, "Hey, and Gordo? Was his phone disconnected?" APONTE-LEBRON replied, "No, I'm here with him. He's just doing something there." ROSA said, "Ask him if he has half," inquiring if GONZALEZ-COLLADO had a half-kilogram of cocaine available. APONTE-LEBRON replied, "Alright, then. Let him finish." At 2:00 p.m., TARGET TELEPHONE-1 (i.e., ROSA) received a call from TARGET TELEPHONE-2, which GONZALEZ-COLLADO was borrowing from APONTE-LEBRON. During the intercepted call, ROSA asked, "Did your phone get disconnected?" GONZALEZ-COLLADO replied, "I don't even have money to pay for it." ROSA asked, "Hmmm - look, do you have half?" GONZALEZ-COLLADO replied, "For Monday or Tuesday," indicating he did not presently have that quantity, but that he would by the following Monday or Tuesday. At 3:11 p.m., TARGET TELEPHONE-1 (i.e., ROSA) received a call from TARGET TELEPHONE-3 (i.e., GONZALEZ-COLLADO). During the intercepted call, GONZALEZ-COLLADO disclosed that TARGET TELEPHONE-3 was his new cellular telephone number by saying, "This is my new number." ROSA replied, "Alright."

230. On June 24, 2019, at 1:25 p.m., TARGET TELEPHONE-1 (i.e., ROSA) received a call from (414) 736-0451 (i.e., LEWIS). During the intercepted call, LEWIS inquired if the half-kilogram of cocaine was available by asking, "Did he get it yet bro?" ROSA replied, "Uh, let me call him." At 1:50 p.m., TARGET TELEPHONE-1 (i.e., ROSA) called TARGET TELEPHONE-3 (i.e., GONZALEZ-COLLADO). During the intercepted call, ROSA said, "It's a half," confirming that LEWIS only needed one-half kilogram of cocaine. GONZALEZ-COLLADO

Case 2:20-mj-00833-WEC Filed 02/18/20 Page 136 of 223 Document 1-1

replied, "That's fine." At 5:23 p.m., TARGET TELEPHONE-1 (i.e., ROSA) received a call from (414) 736-0451 (i.e., LEWIS). During the intercepted call, LEWIS asked, "What's up brother? Are you coming yet?" ROSA replied, "So, I am waiting for him to call me to pick it up so then I will call you" indicating he was awaiting GONZALEZ-COLLADO's call before he could retrieve the cocaine. LEWIS asked, "It ain't gonna be too late, is it?" ROSA replied, "I am calling him right now," indicating he would inquire with GONZALEZ-COLLADO. At 5:27 p.m., TARGET TELEPHONE-1 (i.e., ROSA) called TARGET TELEPHONE-3 (i.e., GONZALEZ-COLLADO). During the intercepted call, ROSA inquired about when the cocaine would be available by asking, "In how long dude? She called me already." GONZALEZ-COLLADO replied, "Tell her like . . . I am going to see you . . . you are going to see me or Viejo (i.e., APONTE-LEBRON) in like 25 minutes . . . tell her like 40 minutes." ROSA replied, "Alright. I am going to tell her an hour." At 5:28 p.m., TARGET TELEPHONE-1 (i.e., ROSA) sent (414) 736-0451 (i.e., LEWIS) the following text message: "Give me 1 hr."

231.    On June 24, 2019, at 7:05 p.m., TARGET TELEPHONE-1 (i.e., ROSA) called TARGET TELEPHONE-2 (i.e., APONTE-LEBRON). During the intercepted call, APONTE-LEBRON said, "I am going now. I will bring that to you," indicating he was prepared to supply ROSA the cocaine. ROSA said, "I am here on 13th," indicating his current location. APONTE-LEBRON asked, "At the garage?" ROSA replied, "Yes [unintelligible]." APONTE-LEBRON said, "Well, I am going there now." ROSA asked, "Are you at the storage?" APONTE-LEBRON said, "Yes." ROSA said, "Ah, well, it would be better there," suggesting he instead meet APONTE-LEBRON at the storage facility. APONTE-LEBRON said, "Well come in here then." At 7:08 p.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) called TARGET TELEPHONE 1 (i.e., ROSA). During the intercepted call, APONTE-LEBRON said, "Look, it's

21-5-5-8-3-9 star," giving ROSA the access code to the storage facility. ROSA said, "When I am there, I will call you." At 7:12 p.m., TARGET TELEPHONE-1 (i.e., ROSA) called TARGET TELEPHONE-2 (i.e., APONTE-LEBRON). During the intercepted call, APONTE-LEBRON again provided ROSA the access code and inquired if ROSA was able to enter the storage facility by saying, "21-5-5-8-3-9 star. Did it open?" ROSA responded, "Yes." Several minutes later, investigators conducting surveillance observed a Volkswagen Gulf (Wisconsin plates AFN-4527) driven by ROSA, and a Honda Accord (Wisconsin plates AFF-3835) driven by APONTE-LEBRON leave a storage facility located at 5014 South 13th St., Milwaukee, Wisconsin in tandem and depart the area.

232.     On June 24, 2019, at 7:30 p.m., investigators observed ROSA return to his residence located at 6353 West Lakefield Dr., Unit 1, Milwaukee, Wisconsin. At 8:14 p.m., (414) 736-0451 (i.e., LEWIS) sent the following text message to TARGET TELEPHONE-1 (i.e., ROSA): "Send me address." Approximately a minute later, TARGET TELEPHONE-1 (i.e., ROSA) sent the following text message to (414) 736-0451 (i.e., LEWIS): "6353 w lakefield dr," which is the address for ROSA's apartment complex. At 8:43 p.m., investigators observed a dark Chevrolet Impala (Wisconsin plates: ABT7139) park outside ROSA's apartment complex. According to the Wisconsin Department of Transportation, the Impala was a rental vehicle. At approximately 8:51 p.m., investigators observed an African America female resembling LEWIS meet ROSA in the apartment complex's parking lot. The African American female took a bag from ROSA, returned to the Impala, and departed the area. Based upon their training, experience, and familiarity with the investigation, case agents believe ROSA had supplied LEWIS with approximately 500 grams ( i.e., one-half kilogram) of cocaine in the parking lot of the apartment complex located at 6353 West Lakefield Dr., Milwaukee, Wisconsin.

233. On June 24, 2019, at 8:51 p.m., TARGET TELEPHONE-3 (i.e., GONZALEZ-COLLADO) called TARGET TELEPHONE-1 (i.e., ROSA). During the intercepted call, GONZALEZ-COLLADO inquired if ROSA completed the drug transaction with LEWIS by asking, "Did you get it?" ROSA answered in the affirmative. When ROSA inquired as to whom he should give the proceeds from the sale to LEWIS, ROSA indicated APONTE-LEBRON by saying, "To Viejo." At 8:54 p.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) called TARGET TELEPHONE-1 (i.e., ROSA). During the intercepted call, APONTE-LEBRON inquired if ROSA was going to give him the drug proceeds by asking, "Were you coming here, or no?" ROSA remarked, "Oh, no, the machine was not working well," indicating he was having problems with his money-counting machine. ROSA said, "We counted four times because at one point it gave us 17, and another was 16," indicating he and someone else counted the money four times, and that the total was $17,000 on one occasion and $16,000 on another occasion. APONTE-LEBRON thereafter attempted to instruct ROSA on how to properly use the money-counting machine, and recommended that ROSA ask GONZALEZ-COLLADO how to properly use the machine, by saying, "Yeah, because you have to program it. If you set it, it will tell you what type of bill it is. It will then stop and continue, continue counting the rest. You need to ask Cheito how it is because he has his set like that." ROSA subsequently said, "I am going to put this away and come down," indicating he would meet APONTE-LEBRON with the drug proceeds.

*LEWIS and ROSA discuss cocaine prices and negotiate 500 gram cocaine deal*

234. On June 29, 2019, at 1:02 p.m., (414) 736-0451 (i.e. LEWIS) sent TARGET TELEPHONE-1 (i.e., ROSA) the following text message: "Need one-and-a-half," indicating that LEWIS wanted 1½ kilograms of cocaine. LEWIS noted that she had sufficient funds for the drug transaction by subsequently sending TARGET TELEPHONE-1 (i.e., ROSA) the following text

message: "I got all the money." At 1:03 p.m., TARGET TELEPHONE-1 (i.e., ROSA) called TARGET TELEPHONE-4 (i.e., APONTE-LEBRON). During the intercepted call, ROSA inquired about the availability of the cocaine by asking APONTE-LEBRON, "Has anything come?" APONTE-LEBRON replied, "Nothing." ROSA informed APONTE-LEBRON that LEWIS wanted 1½ kilograms of cocaine by saying, "That dark-skinned female wants a whole one and a half." APONTE-LEBRON indicated that LEWIS would need to wait until the following Monday or Tuesday by saying, "She's going to have to wait until it arrives, Monday or Tuesday." APONTE-LEBRON then indicated that he would contact GONZALEZ-COLLADO regarding when the drugs would actually arrive by saying, "Let me call him and I will call you back." ROSA replied, "Yes, let me know." At 1:05 p.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) called TARGET TELEPHONE-1 (i.e., ROSA). During the intercepted call, APONTE-LEBRON indicated that the cocaine requested by LEWIS would be available the following Thursday by saying to ROSA, "It'll arrive Thursday."

235.     On July 2, 2019, at 1:50 p.m., TARGET TELEPHONE-3 (i.e., GONZALEZ-COLLADO) called TARGET TELEPHONE-1 (i.e., ROSA). During the intercepted call, GONZALEZ-COLLADO said, "It's going up, kid." ROSA asked, "To how much?" GONZALEZ-COLLADO said, "To thirty-two again, man." ROSA responded, "Damn, shit." GONZALEZ-COLLADO explained, "[T]hat is what is available, if she wants it. If not, man, she will have to buy somewhere else because . . . hey, there is nothing. It seems these people are held back over there, man. They raised it back to thirty again, man." Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO advised ROSA that his price for cocaine increased to $32,000 per kilogram. ROSA asked, "For

thirty-two?" GONZALEZ-COLLADO replied, "Yes, man." ROSA responded, "I'll let her know now," indicating he would notify LEWIS about the price increase for cocaine.

236.    On July 2, 2019, at 1:59 p.m., TARGET TELEPHONE-1 (i.e., ROSA) sent the following text message to (414) 736-0451 (i.e. LEWIS): "Hey i talk to my guy and he said the price go up to 32 because every body dosent have in PR thas why he dond got nothing now but he if u want some he going to grab 1 during this week for now," indicating the price for cocaine increased to $32,000 per kilogram due to the limited supply in Puerto Rico (a trans-shipment point for cocaine), and that GONZALEZ-COLLADO had a kilogram of cocaine available for LEWIS. At 7:00:13 p.m., (414) 736-0451 (i.e. LEWIS) sent the following text message to TARGET TELEPHONE-1 (i.e., ROSA): "I'll go thru my other guy," indicating she would use an alternative cocaine supplier. At 7:00:22 p.m., TARGET TELEPHONE-1 (i.e., ROSA) sent the following text message to (414) 736-0451 (i.e. LEWIS): "The price always going up." At 7:00:31, (414) 736-0451 (i.e. LEWIS) sent the following text message to TARGET TELEPHONE-1 (i.e., ROSA): "With you guys." At 7:01:03 p.m., TARGET TELEPHONE-1 (i.e., ROSA) sent the following text message to (414) 736-0451 (i.e. LEWIS): "I am telling u what he (i.e., GONZALEZ-COLLADO) tell me." At 7:01:15 p.m., (414) 736-0451 (i.e. LEWIS) sent the following text message to TARGET TELEPHONE-1 (i.e., ROSA): "I don't want it I'm good," indicating she did not want to purchase cocaine from GONZALEZ-COLLADO and ROSA for $32,000 per kilogram. At 7:04:37 p.m., (414) 736-0451 (i.e. LEWIS) sent the following text message to TARGET TELEPHONE-1 (i.e., ROSA): "Been dealing with u for a while now and I always paid u But u guys always going up on the price," indicating LEWIS had a long history of purchasing cocaine from GONZALEZ-COLLADO and ROSA and was upset with the price increases. At 7:26:47 p.m., TARGET TELEPHONE-1 (i.e., ROSA) sent the following text message to (414) 736-0451

(i.e. LEWIS): "Is not us is the connection in PR because my guy want the good stuff," indicating the cocaine source-of-supply was responsible for the increased price.

237.    On July 3, 2019, at 1:29 a.m., (414) 736-0451 (i.e. LEWIS) sent the following text message to TARGET TELEPHONE-1 (i.e., ROSA): "I'll grab a half but I can't go over 16," indicating LEWIS wanted to purchase 500 grams (one-half kilogram) of cocaine for no more than $16,000. At 11:43 a.m., TARGET TELEPHONE-1 (i.e., ROSA) called TARGET TELEPHONE-3 (i.e., GONZALEZ-COLLADO). During the intercepted call, ROSA said, "She wants half," indicating LEWIS wanted 500 grams (one-half kilogram) of cocaine. GONZALEZ-COLLADO said, "I don't have it. That will be ready, tell her, by Friday or Saturday," indicating the cocaine would be available by the following Friday or Saturday. ROSA asked, "How much is the half?" GONZALEZ-COLLADO replied, "[T]he half costs 16½, you know," indicating 500 grams (one-half kilogram) of cocaine costs $16,500. At 5:41 p.m., 414) 736-0451 (i.e. LEWIS) sent the following text message to TARGET TELEPHONE-1 (i.e., ROSA): "When will he have it." At 8:00 p.m., TARGET TELEPHONE-1 (i.e., ROSA) sent the following text message to (414) 736-0451 (i.e. LEWIS): "He said Friday," indicating the 500 grams (one-half kilogram) of cocaine would be available for LEWIS by the following Friday.

238.    The authorized interception of TARGET TELEPHONE-1 (i.e., ROSA) ended on July 11, 2019, which precluded direct intercepts of communications with LEWIS. Although LEWIS was not intercepted again, the authorized interception of the other TARGET TELEPHONES revealed that LEWIS remained a consistent purchaser of significant quantities of cocaine from GONZALEZ-COLLADO and his associates.

## *Traffic stop on LEWIS produces firearm and indicia of drug-trafficking*

239.    On September 30, 2019, Milwaukee police officers conducted a traffic stop of a blue Mazda (bearing Wisconsin plate: 378-ZZY). Officers observed the Mazda as it pulled next to another occupied vehicle at 4795 South 70th Street, Milwaukee, Wisconsin. Based on the officers' training and experience, the occupants of the adjacent vehicles appeared to have been conducting a drug transaction. When the Mazda subsequently pulled away at a high rate of speed, Milwaukee Police officers activated the lights on their squad, and conducted a traffic stop. After an officer identified the driver of the Mazda as LEWIS, he inquired whether she had any firearms inside her vehicle. LEWIS replied, "I got my gun." After the officers found a loaded Glock with a high capacity magazine tucked between the driver's seat and the center console of the Mazda, they arrested LEWIS for carrying a concealed weapon. The officers also found a 50-round drum magazine, loaded with 39 cartridges; $3,108.00 in U.S. currency; a digital scale with white residue, and sandwich baggies in the Mazda. Following her arrest, LEWIS was in pre-trial detention at the Milwaukee County Jail. While in detention, LEWIS made several recorded phone calls. During one call, LEWIS admitting to possessing the above-mentioned Glock as well as a "Drake," which is a slang term for a Draco brand AK-47 type assault rifle manufactured by Century Arms. The location of the "Drake" is currently unknown. The Milwaukee County District Attorney's Office has charged LEWIS, who is currently out on bail.

## Yadier ROSARIO

240.    Yadier ROSARIO is an Hispanic male born on October 3, 1996. He resides at 2310A West Maple Street, Upper Unit, Milwaukee, Wisconsin. The utilities for this residence are in Yadier ROSARIO's name. Between June 20, 2019 and December 27, 2019, over 65 intercepted communications deemed criminal and pertinent occurred between ROSARIO, using (414) 630-

2627, and various TARGET TELEPHONE numbers. ROSARIO also used cellular phone number (414) 595-0785. Between June 20, 2019 and the time ROSARIO ceased using (414) 595-0785, over 230 intercepted communications deemed criminal and pertinent occurred between this number and various TARGET TELEPHONE numbers. ROSARIO is a mid-level cocaine distributor, who is supplied by Hector Yamil RODRIGUEZ-RODRIGUEZ and his associates.

### *ROSARIO's distribution of ounce-quantities of cocaine*

#### *ROSARIO and APONTE-LEBRON discuss sale of 9 ounces of cocaine*

241.     On August 15, 2019, at 10:25 a.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) called (414) 595-0785, used by ROSARIO. During the intercepted call, ROSARIO asked, "Man, those nine pieces that you had given, what was the weight?" APONTE-LEBRON replied, "The weight was 252." ROSAIRO said, "Oh, the dude is saying that twenty grams were missing." APONTE-LEBRON responded, "That is a lie. Tell him that is a lie because it weighed exactly 252." Later in the conversation, APONTE-LEBRON said, "It is all there. Cheito always tells me, 'Always set it as 252, so it'll come up to 252 or 251." Based upon their training, experience, and familiarity with the investigation, case agents believe one of ROSARIO's customers complained that nine ounces (i.e., 252 grams) of cocaine that he purchased were short 20 grams, which APONTE-LEBRON vehemently denied.

#### *ROSARIO requests two 500-gram quantities of cocaine from Hector Yamil RODRIGUEZ-RODRIGUEZ*

242.     On September 6, 2019, at 11:04 a.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (414) 595-0785 (i.e., ROSARIO). During the intercepted call, ROSARIO said, "Dude, they are asking me for two halves." Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Yes, something is going to arrive today. I am waiting." ROSARIO said, "Okay, because I would need something today or tomorrow. They've

been waiting on me since Tuesday." Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Oh, I have 250 left." ROSARIO asked, "That's a nine, right?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Yes." Based upon their training, experience, and familiarity with the investigation, case agents believe ROSARIO requested two 500-gram (one-half kilogram) quantities of cocaine for a customer. Hector Yamil RODRIGUEZ-RODRIGUEZ indicated although he had only 250 grams of cocaine available, additional quantities of cocaine would arrive that day.

*ROSARIO requests four ounces of cocaine from Hector Yamil RODRIGUEZ-RODRIGUEZ*

243. On October 21, 2019, at 1:25 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (414) 595-0785 (i.e., ROSARIO). During the intercepted call, ROSARIO asked, "You have four loose ones?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Yes." ROSARIO said, "I need them for the black guy from the north side. He wants them right now." Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "Give me like 40 minutes." Based upon their training, experience, and familiarity with the investigation, case agents believe ROSARIO requested four ounces of cocaine from Hector Yamil RODRIGUEZ-RODRIGUEZ for distribution to an African American male.

244. On October 21, 2019, at 3:35 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (414) 595-0785 (i.e., ROSARIO). During the intercepted call, ROSARIO asked, "You took that aside?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Go to the house," indicating he wanted ROSARIO to come to his residence to retrieve the 4 ounces of cocaine. Based on this intercepted communication, investigators conducted surveillance at the residence of ROSARIO's sister at 1245 West Windlake Avenue, Milwaukee, Wisconsin. At approximately 3:44 p.m., investigators observed ROSARIO

depart the residence in a vehicle. At approximately 3:48 p.m., investigators observed ROSARIO arrive at 2730 South 10th Street, Milwaukee, Wisconsin where he was met by Hector Yamil RODRIGUEZ-RODRIGUEZ. ROSARIO and Hector Yamil RODRIGUEZ-RODRIGUEZ then entered the residence. At approximately 4:44 p.m., investigators observed ROSARIO depart 2730 South 10th Street and return and return to 1245 West Windlake Avenue.

245. On October 21, 2019, at 8:19 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (414) 595-0785 (i.e., ROSARIO). During the intercepted call, ROSARIO said, "[T]he guy just did two, he ended up getting two, but I will get them to you tomorrow," indicating he sold only 2 of the 4 ounces of cocaine to the African American male, and would return the two remaining ounces to Hector Yamil RODRIGUEZ-RODRIGUEZ the next day. Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "That is fine."

*ROSARIO requests 4.5 ounces of cocaine from Hector Yamil RODRIGUEZ-RODRIGUEZ*

246. On November 8, 2019, at 12:09 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received the following text from (414) 595-0785 (i.e., ROSARIO): "Tell me should I go over there?" Hector Yamil RODRIGUEZ-RODRIGUEZ responded that he was getting dressed. At 12:10 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received the following text from (414) 595-0785 (i.e., ROSARIO): "Okay, take out four and a half." Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Alright." At 12:45 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received the following text from (414) 595-0785 (i.e., ROSARIO): "Talk to me man. Ready? The guy is in a hurry because he has to leave." At 12:46 p.m., TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (414) 595-0785 (i.e.,

ROSARIO). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ said, "Come to my house, man." ROSARIO responded, "Alright, I'm leaving something here in the cage and I'll be right over." Based upon their training, experience, and familiarity with the investigation, case agents believe ROSARIO requested 4.5 ounces of cocaine from Hector Yamil RODRIGUEZ-RODRIGUEZ, who directed ROSARIO to come to his home to retrieve the cocaine.

### Julio RIVERA-RAMIREZ

247. Julio RIVERA-RAMIREZ (a/k/a Macho) is an Hispanic male born on April 25, 1968. He resides at 1466A South Union Street, Milwaukee, Wisconsin, which has been confirmed by investigation and surveillance.[13] In addition, CS-2 has identified 1466A South Union Street as RIVERA-RAMIREZ's residence. The utilities for this residence are in the name of Julio C. Rivera, (414) 544-9701, (414) 514-9650. RIVERA-RAMIREZ is a mid-level cocaine and heroin distributor, who is supplied by GONZALEZ-COLLADO and his associates. RIVERA-RAMIREZ has used telephone numbers (414) 208-5302 and (414) 514-9650. Between June 20, 2019, and December 27, 2019, over 40 intercepted communications have occurred between RIVERA-RAMIREZ and various TARGET TELEPHONE numbers that were deemed criminal and pertinent in nature.

248. In June 2019, case agents learned that RIVERA-RAMIREZ drives an Acura bearing Wisconsin registration 895-ZDS. Based upon this information, Wisconsin Department of Transportation records revealed a dark blue 2007 Acura TL, 4-door vehicle was registered to Julio Cesar RIVERA-RAMIREZ, 1466 South Union Street Milwaukee, Wisconsin. On July 3, 2019, investigators preformed a spot-check at 1466A South Union Street, Milwaukee, Wisconsin.

---

[13] During a welfare check on December 9, 2019, police officers confirmed that RIVERA-RAMIREZ lived in the upper level of the residence.

Parked near the residence, investigators observed a 2014 red Toyota Camry bearing Wisconsin registration 355-XGP. Wisconsin Department of Transportation records revealed that Julio Cesar RIVERA-RAMIREZ was the registered owner of the vehicle. At this same time, investigators also observed the dark blue 2007 Acura TL, bearing Wisconsin registration 895-ZDS, parked near the residence.

### GONZALEZ-COLLADO supplies RIVERA-RAMIREZ seven ounces of cocaine

249. On August 2, 2019, at 12:33 p.m., TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) received a call from (414) 208-5302, used by RIVERA-RAMIREZ. During the intercepted call, RIVERA-RAMIREZ said, "I can pay you a portion, at least give you 1,000. So, you can bring me two-and-a-half, because I got them sold." GONZALEZ-COLLADO said, "Oh, fucker, I thought it was someone else." RIVERA-RAMIREZ responded, "It's me, Macho." RIVERA-RAMIREZ asked, "Hey, is that good to cook it?" GONZALEZ-COLLADO replied, "Yes, buddy, for sure." Changing his mind about the desired quantity, RIVERA-RAMIREZ said, "Fine. Bring me three. I'm going to pay you for two and I'll give you half for the other one, when this guy gives me the money." GONZALEZ-COLLADO responded, "Yes, I'll send Kiko (i.e., APONTE-LEBRON) shortly." RIVERA-RAMIREZ subsequently said, "Alright, send him over. They are waiting for me." Based upon their training, experience, and familiarity with the investigation, case agents believe RIVERA-RAMIREZ asked GONZALEZ-COLLADO for three ounces of cocaine that could be "cooked" into crack (i.e., cocaine base). GONZALEZ-COLLADO agreed to have APONTE-LEBRON deliver the cocaine.

250. On August 2, 2019, at 12:50 p.m., TARGET TELEPHONE-4 (i.e. APONTE-LEBRON) received a call from (414) 514-9650, used by RIVERA-RAMIREZ. During the intercepted call, RIVERA-RAMIREZ asked, "Man, are you on your way?" APONTE-LEBRON

replied, "No, I am going to pick that up to take it to you," indicating he first needed to retrieve the 3 ounces of cocaine for RIVERA-RAMIREZ. RIVERA-RAMIREZ responded, "Call me when you get here so I can come down and get it." On the same date, at 1:36 p.m., TARGET TELEPHONE-4 (i.e. APONTE-LEBRON) received a call from (414) 514-9650 (i.e., RIVERA-RAMIREZ). During the intercepted call, APONTE-LEBRON said, "I am almost there. Start coming down." RIVERA-RAMIREZ said, "Okay, I am coming down now," indicating he would promptly meet APONTE-LEBRON near 1466A South Union Street to conduct the cocaine transaction.

251. On August 2, 2019, at 8:02 p.m., TARGET TELEPHONE-5 (i.e., GONZALEZ-COLLADO) received a call from (414) 514-9650 (i.e., RIVERA-RAMIREZ). During the intercepted call, RIVERA-RAMIREZ asked, "Look, do you have any more?" GONZALEZ-COLLADO replied, "Yeah." RIVERA-RAMIREZ said, "Tell him to bring me three more to square yours." GONZALEZ-COLLADO responded, "Call him. Call him." RIVERA-RAMIREZ said, "Okay, I'll call him." Based upon their training, experience, and familiarity with the investigation, case agents believe RIVERA-RAMIREZ asked GONZALEZ-COLLADO to have APONTE-LEBRON deliver an additional three ounces of cocaine. GONZALEZ-COLLADO instructed RIVERA-RAMIREZ to call APONTE-LEBRON.

252. On August 2, 2019, at 8:03 p.m., TARGET TELEPHONE-4 (i.e. APONTE-LEBRON) received a call from (414) 514-9650 (i.e., RIVERA-RAMIREZ). During the intercepted call, RIVERA-RAMIREZ said, "I need five." APONTE-LEBRON asked, "Five?" RIVERA-RAMIREZ said, "Yeah, you have five there? It's me, Macho, man." APONTE-LEBRON replied, "I have to check." RIVERA-RAMIREZ asked, "[S]o you do not have it on you right now?" APONTE-LEBRON replied, "No man, I do not carry any of that," indicating he

would need to retrieve the cocaine from storage. RIVERA-RAMIREZ noted, "I called Cheito and he told me to call you," indicating GONZALEZ-COLLADO told him to call APONTE-LEBRON. APONTE-LEBRON said, "That is fine." RIVERA-RAMIREZ said, "Bring me four to five, whatever you have," indicating he wanted between four to five additional ounces of cocaine. APONTE-LEBRON confirmed, "That is fine."

253. On August 2, 2019, at 8:54 p.m., TARGET TELEPHONE-4 (i.e. APONTE-LEBRON) received a call from (414) 514-9650 (i.e., RIVERA-RAMIREZ). During the intercepted call, RIVERA-RAMIREZ asked, "Did you get there yet?" APONTE-LEBRON replied, "Yes. I am taking you four," indicating he would supply RIVERA-RAMIREZ four ounces of cocaine. RIVERA-RAMIREZ responded, "That's fine." On the same date, at 9:39 p.m., RIVERA-RAMIREZ said, "Man, I am waiting on you." APONTE-LEBRON explained, "I had to change out trucks and the police were behind me," and continued, "I am on my way already. Come downstairs." RIVERA-RAMIREZ replied, "Okay, I am coming now," indicating he would again promptly meet APONTE-LEBRON near 1466A South Union Street to conduct a cocaine transaction.

*GONZALEZ-COLLADO supplies RIVERA-RAMIREZ three ounces of cocaine*

254. On August 8, 2019, at 9:49 a.m., TARGET TELEPHONE-8 (i.e., GONZALEZ-COLLADO) called TARGET TELEPHONE-4 (i.e., APONTE-LEBRON). During the intercepted call, GONZALEZ-COLLADO said, "Go get the box at Bebe's [house]. It arrived," indicating a cocaine-laden parcel had arrived at SEDA-MARTINEZ's residence. APONTE-LEBRON responded, "I will go soon. I am at the storage. I was taking some out for Macho to bring him; I am only bringing him three, did you hear me? He told me to bring him four," indicating he was

retrieving 3 ounces of cocaine for RIVERA-RAMIREZ. GONZALEZ-COLLADO subsequently said, "[T]ell him that I only had those three left and a little."

255.     On August 8, 2019, at 10:03 a.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) received a call from (414) 514-9650 (i.e., RIVERA-RAMIREZ).   During the intercepted call, RIVERA-RAMIREZ asked, "Are you on your way now or what?" APONTE-LEBRON replied, "I am about to, in like 10 minutes. I am picking that up," indicating he was retrieving the cocaine from storage. RIVERA-RAMIREZ asked, "How many do you have?" APONTE-LEBRON replied, "I got three, did you hear?" RIVERA-RAMIREZ replied, "That is fine. Bring them to me," indicating three ounces of cocaine was acceptable. APONTE-LEBRON said, "Alright."

256.     On August 8, 2019, at 10:43 a.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) called (414) 514-9650 (i.e., RIVERA-RAMIREZ).   During the intercepted call, RIVERA-RAMIREZ asked, "Are you outside?" APONTE-LEBRON replied, "One minute and I will be there," indicating they would soon conduct the three-ounce cocaine transaction. RIVERA-RAMIREZ responded, "Alright."

*GONZALEZ-COLLADO supplies RIVERA-RAMIREZ three ounces of cocaine despite outstanding $3,000 drug debt*

257.     On August 23, 2019, at 4:21 p.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) received a call from (414) 514-9650 (i.e., RIVERA-RAMIREZ).   During the intercepted call, RIVERA-RAMIREZ said, "Bring me three or four," indicating he wanted three to four ounces of cocaine. APONTE-LEBRON said, "Alright then." RIVERA-RAMIREZ said, "I talked to Cheito. I sent him a message," indicating he already apprised GONZALEZ-COLLADO about his request for three to four ounces of cocaine. APONTE-LEBRON said, "Okay."

258. On August 23, 2019, at 4:22 p.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) called TARGET TELEPHONE-8 (i.e., GONZALEZ-COLLADO). During the intercepted call, APONTE-LEBRON asked, "Has Macho checked in with you?" GONZALEZ-COLLADO replied, "No." APONTE-LEBRON said, "For me to take him four . . . he is crazy!" GONZALEZ-COLLADO reiterated, "No, he did not talk to me, man!" APONTE-LEBRON subsequently said, "He is supposed to give me 3,000," indicating RIVERA-RAMIREZ owed a $3,000 drug debt. GONZALEZ-COLLADO responded, "Tell him exactly like that. 'Do you have the three thousand bucks?' And tell him, 'Macho, it's not that I don't want to give you, it's not.' Yeah, fucker, you have to tell him, 'You have to give me the money,'" and ask him if he has the money." APONTE-LEBRON said, "I'm going to tell him, 'The most I can bring you is two, man, and I need the 3,000 because I have to pay that money today." GONZALEZ-COLLADO subsequently said, "Tell him you can give him three, but that he has to give you the 3,000 bucks. Tell him exactly like that, that is it!" Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO agreed to supply RIVERA-RAMIREZ with three ounces of cocaine provided that RIVERA-RAMIREZ paid his $3,000 drug debt.

259. On August 23, 2019, at 6:16 p.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) received a call from (414) 514-9650 (i.e., RIVERA-RAMIREZ). During the intercepted call, RIVERA-RAMIREZ asked, "How much are you going to bring me?" APONTE-LEBRON replied, "Three," indicating he would provide RIVERA-RAMIREZ with three ounces of cocaine per GONZALEZ-COLLADO's instructions. On the same date, at 6:29 p.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) called (414) 514-9650 (i.e., RIVERA-RAMIREZ). During the intercepted call, RIVERA-RAMIREZ asked, "You in front?" APONTE-LEBRON

replied, "Yes." RIVERA-RAMIREZ said, "I am coming now," indicating he would promptly meet APONTE-LEBRON near 1466A South Union Street to conduct the cocaine transaction.

## Rafael RIVERA-HERNANDEZ

260. Rafael RIVERA-HERNANDEZ (a/k/a Rafa) is an Hispanic male born on April 11, 1985. He resides at 2179 South 14th Street, Milwaukee, Wisconsin, in the rear, upper unit, accessible by a rear exterior stairwell. This has been confirmed by investigation and surveillance. Between June 20 and December 27, 2019, over 126 intercepted communications have occurred between RIVERA-HERNANDEZ, utilizing (414) 213-7590 and DTO Target Telephone numbers that were deemed criminal and pertinent in nature. The investigation to date has revealed that RIVERA-HERNANDEZ is a mid-level distributor of cocaine for the DTO. The utilities for this residence are in the name Rafael RIVERA.[14]

### *RIVERA-HERNANDEZ brokered an eight ounce cocaine transaction between Hector Yamil RODRIGUEZ-RODRIGUEZ and an unknown third party*

261. On October 6, 2019, a series of phone calls occurred between Hector Yamil RODRIGUEZ-RODRIGUEZ, Rafael RIVERA-HERNANDEZ and Jose GONZALEZ-COLLADO. During one such call, RIVERA-HERNANDEZ, using (414) 213-7590, brokered an eight ounce cocaine deal between an unknown third party and GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9). RIVERA-HERNANDEZ stated, "Cock sucker, the guy ... [U/I] is here right now, man." GONZALEZ-COLLADO responded, "Tell me ... The guy." RIVERA-HERNANDEZ replied, "Yes, dude. He only wants eight because he doesn't have enough money." RIVERA-HERNANDEZ further related that he called "Viejo (APONTE-LEBRON) and "Viejo

---

[14] See also the September 25, 2019, intercepted communication of Keven TORRES-BONILLA regarding the participation and DTO role of RIVERA-HERNANDEZ.

stated he did not have any cocaine. GONZALEZ-COLLADO stated, "No, I'll call – I'll call Yamil right now because he has of mine." Case agents are also aware that RODRIGUEZ-RODRIGUEZ and GONZALEZ-COLLADO have a partnership in distributing narcotics so it is a common practice that if one of the two is out or low on narcotics that they would turn to the other for narcotics.

262.    Later, on October 6, 2019, at 12:03 p.m., GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) called RIVERA-HERNANDEZ back at (414) 213-7590 stating, "This cock sniffer, Yamil, is not answering the fucking phone." RIVERA-HERNANDEZ responded, "Man, fucker, from Waukegan."    GONZALEZ-COLLADO replied, "Damn man." RIVERA-HERNANDEZ exclaimed, "Fuck! Is there any other way of getting in touch with that fucker?" GONZALEZ-COLLADO told RIVERA-HERNANDEZ to hold on while he called Hector Yamil RODRIGUEZ-RODRIGUEZ's, brother, Vladimir RODRIGUEZ-RODRIGUEZ.

263.    Later, on October 6, 2019, at 12:06 p.m., GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) called Vladimir RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-6). GONZALEZ-COLLADO stated, "I'm trying to reach Yamil the cock sniffer. I have eight ounces sold already and Yamil, the cock sniffer, is not answering the phone, fucker." GONZALEZ-COLLADO instructed Vladimir RODRIGUEZ-RODRIGUEZ, "Go get them. If you go get them and take them to Rafa, I'll give you a $100." Vladimir RODRIGUEZ-RODRIGUEZ informed GONZALEZ-COLLADO that he was not in possession of any cocaine. GONZALEZ-COLLADO stated, "Fucker, they're at Yamil's house. Did you hear me?" Vladimir RODRIGUEZ-RODRIGUEZ indicated he would try to make contact with Yamil RODRIGUEZ-RODRIGUEZ. GONZALEZ-COLLADO then called RIVERA-HERNANDEZ back and explained to RIVERA-HERNANDEZ that if RIVERA-HERNANDEZ had have given GONZALEZ-COLLADO a days'

notice, GONZALEZ-COLLADO would have had the eight ounces of cocaine ready for RIVERA-HERNANDEZ's narcotics transaction.

264.    Later on October 6, 2019, at 12:15 p.m., GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) called Vladimir RODRIGUEZ-RODRIGUEZ. During the call, Vladimir RODRIGUEZ-RODRIGUEZ indicated that he was unable to make contact with Yamil RODRIGUEZ-RODRIGUEZ. Vladimir RODRIGUEZ-RODRIGUEZ stated, RODRIGUEZ-RODRIGUEZ is at "Katiria's house." Based upon their training, experience, and familiarity with the investigation, case agents know "Katiria" is Katiria PEREZ-GONZALEZ, whom case agents believe is in a relationship with Yamil RODRIGUEZ-RODRIGUEZ. GONZALEZ-COLLADO replied, "Man, fucker. There's a guy from Waukegan at Rafa's house. He came from Waukegan to pick up eight ounces." Vladimir RODRIGUEZ-RODRIGUEZ stated he would keep trying to make contact with Yamil RODRIGUEZ-RODRIGUEZ.

265.    Later on October 6, 2019 12:52 p.m., GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) called RIVERA-HERNANDZ, stating that APONTE-LEBRON went to Hector Yamil RODRIGUEZ-RODRIGUEZ' residence and picked up the eight ounces. RIVERA-HERNANDEZ asked, "Hey, for the eight, should I give him for the same price." GONZALEZ-COLLADO replied, "Ask his for eight [i.e. $8,000 ($1,000 per ounce of cocaine)] and I'll give you $500." Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO sells cocaine for $1,000 dollars an ounce for a total of $8,000 and that GONZALEZ-COLLADO agreed to pay RIVERA-HERNANDEZ a total of $500 for brokering the deal.

### RIVERA-HERNANDEZ obtained 12 ounces of heroin from GONZALEZ-COLLADO for resale

266. Later on October 6, 2019 1:38 p.m., RIVERA-HERNANDEZ, using (414) 213-7590, received a call from GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9). During the call, RIVERA-HERNANDEZ advised GONZALEZ-COLLADO that the same unknown male from Waukegan wanted to return to Milwaukee for "18." GONZALEZ-COLLADO confirmed this amount by saying, "That's half a board." Based upon their training, experience, and familiarity with the investigation, case agents believe "half a board" refers to a half kilogram of cocaine. RIVERA-HERNANDEZ asked GONZALEZ-COLLADO to put aside a half-kilogram of cocaine so it would be ready for the unknown male on Saturday, October 12, 2019. RIVERA-HERNANDEZ continued that is was "for sure," and that if GONZALEZ-COLLADO wanted he could bring the half kilogram of cocaine to him on Friday, October 11, 2019, and he would store it.

267. Later on October 6, 2019, at 3:43 p.m., GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) spoke to Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-6), and explained that he removed eight "Zetas" from his residence and provided it to the guy from Chicago. Based upon their training, experience, and familiarity with the investigation, case agents believe "Zetas" refers to an ounce of a controlled substance.

### RIVERA-HERNANDEZ purchased a firearm for GONZALEZ-COLLADO

268. As another example, on October 26, 2019, RIVERA-HERNANDEZ, using (414) 213-7590, called GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9), and described an apparent firearm that an unknown third party was selling. RIVERA-HERNANDEZ described the firearm as, "16 inches the cannon." Based upon their training, experience, and familiarity with the investigation, case agents believe "16 inches the cannon" is referring to the barrel length of a long-

gun (rifle). RIVERA-HERNANDEZ stated, "It has papers and everything. He wants nine for it. With the case, with a box of bullets and everything." Based upon their training, experience, and familiarity with the investigation, case agents believe, RIVERA-HERNANDEZ explained to GONZALEZ-COLLADO that the firearm had proper documentations and registration. RIVERA-HERNANDEZ told GONZALEZ-COLLADO the unknown third party is looking to sell the firearm of $900 in U.S. Currency. GONZALEZ-COLLADO replied, "That only cost 500 bucks new, dude. At the armory dude, if it has some pieces it could cost … 300 bucks, dude." GONZALEZ-COLLADO stated he would not purchase the firearm for $900. RIVERA-HERNANDEZ asked, "How much would you give for it, then." GONZALEZ-COLLADO replied, "Seven." RIVERA-HERNANDEZ is heard on the intercepted call communicating with an unknown third party, and stating, "Hey dude, he offers seven for it right now, bullets and all included." RIVERA-HERNANDEZ then returned to GONZALEZ-COLLADO and stated, "He said 'yes,' Gordo, do you want to come get it now?" GONZALEZ-COLLADO later informed RIVERA-HERNANDEZ that he would come over and pick-up the firearm.

269. On November 8, 2019, at 1:46 p.m., RIVERA-HERNANDEZ, using (414) 213-7590, called GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9), and stated he had "half an onion" sold. Based upon their training, experience, and familiarity with the investigation, case agents believe "half an onion" refers to a half ounce of cocaine. GONZALEZ-COLLADO replied, "Oh [U/I] later, fucker." RIVERA-HERNANDEZ stated, "Around what time?" and GONZALEZ-COLLADO advised, "I'm waiting for that." RIVERA-HERNANDEZ stated he would call "Viejo," (i.e. APONTE-LEBRON) later that day to attempt to obtain the half ounce of cocaine. Based upon their training, experience, and familiarity with the investigation, case agents believe RIVERA-HERNANDEZ had a buyer prepared to purchase the half ounce of cocaine from

RIVERA-HERNANDEZ. Case agents further believe RIVERA-HERNANDEZ planned on obtaining the half ounce of cocaine from "Viejo" (i.e. APONTE-LEBRON), who distributes cocaine and illicit substances for GONZALEZ-COLLADO.

*Two kilograms of cocaine were stolen from RIVERA-HERNANDEZ*

270.    On December 19, 2019, a series of phone calls occurred between Rafael RIVERA-HERNANDEZ and Jose GONZALEZ-COLLADO. RIVERA-HERNANDEZ brokered a two (2) kilogram cocaine deal between an unknown third party "Rudy," and two unknown black males. The cocaine was supplied by GONZALEZ-COLLADO. On December 19, 2019, at 6:27 p.m., RIVERA-HERNANDEZ called GONZALEZ-COLLADO and stated, "What's up?" GONZALEZ-COLLADO responded, "I'm going now. I'm over here picking it up." RIVERA-HERNANDEZ replied, "Alright dude. I'm with him. I'm here with him." GONZALEZ-COLLADO asked, "But, does he have the money and everything?" RIVERA-HERNANDEZ advised, "No [An aside: At what time is the guy coming?] He will be home at 7:30 p.m." GONZALEZ-COLLADO instructed RIVERA-HERNANDEZ, "Take the short one [gun] if those people don't come through." RIVERA-HERNANDEZ told GONZALEZ-COLLADO to "relax" and GONZALEZ-COLLADO asked "Who are you with, Rudy?" RIVERA-HERNANDEZ replied, "Yes," confirming that RIVERA-HERNANDEZ was brokering the cocaine transaction with the unknown subject "Rudy." RIVERA-HERNANDEZ advised that the other unknown male was on his way to RIVERA-HERNANDEZ's location, later determined to be at or near RIVERA-HERNANDEZ's residence. GONZALEZ-COLLADO further advised RIVERA-HERNANDEZ, "I don't trust them people, fucker. I was told something about them dude." RIVERA-HERNANDEZ again advised GONZALEZ-COLLADO to "relax, dude. You know how I is. I will take care of it. Take it to the house. I will take care of it." Based upon their training, experience,

and familiarity with the investigation, case agents believe RIVERA-HERNANDEZ had a cocaine deal brokered with "Rudy" and what was later determined to be two unknown black males. Case agents further believe RIVERA-HERNANDEZ and "Rudy" were prepared to sell what was later determined to be two kilogram quantities of cocaine two the unknown black males, which was supplied by GONZALEZ-COLLADO and delivered to RIVERA-HERNANDEZ's residence.

271. Later, on December 19, 2019, at 7:35 p.m., GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) called RIVERA-HERNANDEZ back stating, "Tell me man." RIVERA HERNANDEZ advised, "The guy is coming over. He texted. He is about to pull up." GONZALEZ-COLLADO advised "I am waiting," and HERNANDEZ-RIVERA told GONZALEZ-COLLADO, "I will call you when I have it in my hand." Based upon their training, experience, and familiarity with the investigation, case agents believe RIVERA-HERNANDEZ had obtained the cocaine from GONZALEZ-COLLADO and that RIVERA-HERNANDEZ would contact GONZALEZ-COLLADO at the conclusion of the cocaine transaction, once RIVERA-HERNANDEZ obtained the narcotics proceeds.

272. Later, on December 19, 2019 8:02 p.m., GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) engaged in a series of telephone calls with an unknown male named "Melvin," using telephone number (414) 933-3361. During the calls, GONZALEZ-COLLADO advised "Faggot, those fuckers robbed Rafa." "Melvin" asked, "From one whole?" GONZALEZ-COLLADO replied, "Man from two, fucker." In a subsequent call, "Melvin" asked GONZALEZ-COLLADO, "Do you not talk to Rudy?" GONZALEZ-COLLADO replied, "No. I don't talk to that guy; I only go through Rafa. Faggot!" Based upon their training, experience, and familiarity with the investigation, case agents believe RIVERA-HERNANDEZ and "Rudy" were robbed by the two black males, during the cocaine transaction at or near RIVERA-HERNANDEZ's

residence. During the calls, GONZALEZ-COLLADO asked "Melvin" for assistance in attempts to identify the two black males who robbed RIVERA-HERNANDEZ of the two kilograms of cocaine, and to retrieve the cocaine. Case agents are further aware that the term "whole one" refers to a kilogram of cocaine.

273. Later, on December 19, 2019, at 8:44 p.m., GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9), spoke with Jomar LABOY-SILVA (i.e. (414) 888-3328) in regard to the robbery of the two kilograms of cocaine. During the conversation, GONZALEZ-COLLADO told LABOY-SILVA "Give me those rifles [U/I]. Man...but, get to work now, man." LABOY-SILVA inquired what had happened and GONZALEZ-COLLADO advised, "They robbed Rafa with two kilos there." LABOY-SILVA asked, "Who?" GONZALEZ-COLLADO replied, "Some black people from Waukesha."

274. On December 20, 2019, GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) placed a series of telephone calls to RIVERA-HERNANDEZ, and "Melvin," an unknown male. During one of the calls, an unknown male provided information to GONZALEZ-COLLADO to include the possible identification of one of the unknown black males, allegedly involved in the robbery of the two kilograms of cocaine from RIVERA-HERNANDEZ that occurred on the preceding day. Fearing retaliation and violence, case agents devised a plan to thwart any possible acts of violence by making contact with RIVERA-HERNANDEZ, under the guise of investigating an anonymous complaint regarding retaliation and gun violence at RIVERA-HERNANDEZ's residence.

275. On the evening of December 20, 2019, at approximately 7:48 p.m., members of North Central HIDTA and the Milwaukee Police Department responded to 2179 South 14th Street, Milwaukee, Wisconsin, in an effort to make contact with RIVERA-HERNANDEZ. Prior to

making contact at the residence, law-enforcement were provided with a series of photographs depicting RIVERA-HERNANDEZ. Upon arrival, Milwaukee police officers made contact with RIVERA-HERNANDEZ outside of the residence, near the rear stairwell which leads directly to the rear/upper unit at 2179 South 14th Street, Milwaukee, Wisconsin. Officers advised RIVERA-HERNANDEZ of an anonymous complaint regarding reports of potential retaliation and gun violence at the residence. RIVERA-HERNANDEZ denied any knowledge of criminal activity; however, RIVERA-HERNANDEZ provided his name of Rafael RIVERA-HERNANDEZ, an address of 2179 South 14th Street, and telephone number (414) 213-7590 (the same telephone number intercepted during the investigation). After the officers' conversation with RIVERA-HERNANDEZ concluded, one of the officers observed RIVERA-HERNANDEZ walk up the rear, exterior stairs, towards the entry door to the rear upper unit at the address. While police and RIVERA-HERNANDEZ talked, "Melvin" called GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) and advised, "There's like 15 cops outside of his house." During a subsequent call, "Melvin" advised GONZALEZ-COLLADO, "It is too late," and told GONZALEZ-COLLADO that RIVERA-HERNANDEZ had opened the door of his residence and was speaking to the police. After the officers made contact with RIVERA-HERNANDEZ, the officers confirmed the individual with whom they spoke at the aforementioned residence was in fact RIVERA-HERNANDEZ.

276. Later on that evening, a case agent acting in an undercover capacity, made telephonic contact with RIVERA-HERNANDEZ, at telephone number (414) 213-7590. The case agent identified himself to RIVERA-HERNANDEZ as a Milwaukee Police Department detective, assigned to the robbery/violent crimes unit. The case agent inquired whether he was speaking with Rafael RIVERA-HERNANDEZ and the user of the telephone confirmed he was RIVERA-

HERANDEZ, and that he resided at 2179 South 14th Street, Milwaukee. During the telephone conversation, the case agent, acting as the Milwaukee Police Department detective, advised RIVERA-HERNANDEZ that another anonymous caller had reported retaliation and gun violence involving "Rafa" and another person named "Rudy," at the same residence located at 2179 South 14th Street. During the call the case agent noticed that RIVERA-HERNANDEZ sounded nervous, and stuttered in response to questions. RIVERA-HERNANDEZ spoke fluent English and advised the case agent that he neither knew "Rudy" nor did he have any information related to violence. The case agent asked RIVERA-HERNANDEZ if he (RIVERA-HERNANDEZ) used the nickname "Rafa," to which RIVERA-HERNANDEZ replied, "No." RIVERA-HERNANDEZ informed the case agent that he was a law-abiding citizen who lived at the residence with his family. RIVERA-HERNANDEZ was instructed to call 911 to report any violence. The case agent warned RIVERA-HERANNDEZ that if RIVERA-HERNANDEZ was involved in any illegal activity that the police were going to be provided all the information by the anonymous caller. After the case agent concluded the call with RIVERA-HERNANDEZ, RIVERA-HERNANDEZ called GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) and advised that the "black guys" were "snitching." GONZAELZ-COLLADO told RIVERA-HERNANDEZ to break his phone, fearing that the police may be investigating RIVERA-HERNANDEZ and other members of the DTO.

## Ricardo BONILLA

277. Ricardo BONILLA is an Hispanic male born on September 19, 1971. He resides at 725 South 28th Street, Milwaukee, Wisconsin. Between June 20, 2019 and December 27, 2019, over 65 intercepted communications have occurred between BONILLA utilizing (414) 708-8978

and DTO Target Telephone numbers that were deemed criminal and pertinent in nature. Ricardo BONILLA is believed to be a lower level drug distributor for the DTO.

*Cocaine laden parcels are shipped from Puerto Rico to BONILLA's address*

278.    On July 9, 2019, case agents learned that a 10-pound 13-ounce suspected drug parcel was shipped from Anasco, Puerto Rico, to Julio E. Martinez at 725 South 28th Street, Milwaukee, Wisconsin. Based upon their training, experience, and familiarity with the investigation, case agents believe that this parcel contained approximately three kilograms of cocaine. Case agents also believe, based upon the investigation and confirmed by surveillance, that the address of 725 South 28th Street is where BONILLA resides.

279.    On July 22, 2019, a 6-pound 15-ounce suspected drug parcel shipped from Aguada, Puerto Rico, to Miguel Mendez at 725 South 28th Street in Milwaukee, Wisconsin. Based upon their training, experience, and familiarity with the investigation, case agents believe this parcel contained approximately one kilogram of cocaine.

280.    On August 1, 2019, a 7-pound 0-ounce suspected drug parcel shipped from Rincon, Puerto Rico, to Luis LORENZO at 725 South 28th Street in Milwaukee, Wisconsin. Based upon their training, experience, and familiarity with the investigation, case agents also believe that this parcel contained approximately one kilogram of cocaine.

*BONILLA brokered a quarter ounce cocaine transaction and obtained DTO cocaine*

281.    On August 8, 2019, at 5:28 p.m., intercepted communications between Ricardo BONILLA and GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-5) occurred. BONILLA utilized cellular phone number (414) 708-8978. Ricardo BONILLA had brokered a quarter ounce of cocaine deal between GONZALEZ-COLLADO and an unknown third party. During the call, GONZALEZ-COLLADO answered the phone and stated, "Hello." Ricardo BONILLA stated,

"Look. Take out – have someone get me that." GONZALEZ-COLLADO asked, "Who is it?" Ricardo BONILLA replied, "The seven – Ricky." GONZALEZ-COLLADO exclaimed, "Ah fucker! You have to wait. I' with the old guy. We are over by Kenosha." BONILLA asked, "Alright, call me than. How long should I tell him, about an hour?" GONZALEZ-COLLADO advised Ricardo BONILLA more like an hour-and-a-half. Based upon their training, experience, and familiarity with the investigation, case agents believe "the seven" refers to seven grams of cocaine or a quarter ounce. Case agents also know that when GONZALEZ-COLLADO referred to the fact he was with "The old guy," GONZALEZ-COLLADO referred to Marcos APONTE-LEBRON.

282. Almost two hours later Ricardo BONILLA called GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-5) utilizing cellular phone (414) 708-8978. BONILLA stated, "Gordo, don't forget about me." GONZALEZ-COLLADO replied that he would not forget. GONZALEZ-COLLADO asked, "Where are you?" Ricardo BONILLA answered, "On 15th, where do I see you?" GONZALEZ-COLLADO replied, "The old guy is looking for that there. I'm going there to 15th. I'll go get it and drive by." Based upon their training, experience, and familiarity with the investigation, case agents believe "on 15" meant the address of Vladimir RODRIGUEZ-RODRIGUEZ located at 2166 South 15th Street Milwaukee, Wisconsin, a known address and meeting location for members of the GONZALEZ-COLLADO DTO. Case agents also know that "Gordo," is a nickname for GONZALEZ-COLLADO.

283. Sometime later, Ricardo BONILLA placed a follow-up call to GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-5) utilizing cellular phone number (414) 708-8978. RICARDO BONILLA stated, "Hey, man. Nothing yet?" GONZALEZ-COLLADO replied, "He's getting in. Be attentive in a couple of minutes." Ricardo BONILLA confirmed with

GONZALEZ-COLLADO that he was waiting for APONTE-LEBRON on 15th Street. Based upon my training, experience, and familiarity with the investigation, I believe Ricardo BONILLA continued to await APONTE-LEBRON's arrival at the 15th street location. Approximately thirty minutes later, GONZALEZ-COLLADO told Ricardo BONILLA, "Go outside. He's almost there." Ricardo BONILLA responded, "I have that already, buddy. Thank you, bro." Based upon my training, experience, and familiarity with the investigation, I believe APONTE-LEBRON had delivered the cocaine to RICARDO BONILLA.

284.    On September 4, 2019, a 7-pound 5-ounce suspected drug parcel was shipped from Sabana Grande, Puerto Rico, to Jose L. RIVERA at 725 South 28th Street in Milwaukee, Wisconsin.    Based upon their training, experience, and familiarity with the investigation, case agents believe this parcel contained approximately one kilogram of cocaine.

285.    On September 6, 2019, the Greenfield Police Department conducted a traffic stop of Ricardo BONILLA who was driving a 2007 White Nissan Sentra (VIN no. 3N1AB61E37L726186, Wisconsin Plate no. AFZ2998). BONILLA is the registered owner of the vehicle. During the stop, BONILLA provided his cellular phone number as (414) 708-8978.

286.    On October 1, 2019, BONILLA, utilizing cellular phone number (414) 708-8978, asked GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-5), "Hey, did you get work." GONZALEZ-COLLADO responded, "I don't have any yet, fucker." BONILLA stated, "What do you mean?" GONZALEZ-COLLADO, replied, "A week." BONILLA stated, "Fuck. Trying to see what to do. Broke. Looking for money." GONZALEZ-COLLADO advised BONILLA that things are bad at the current time. BONILLA responded, "Alright. Well, I have to keep looking because my cousin is driving me crazy. I'm looking for an onion. Do you have one? Give me one." GONZALEZ-COLLADO replied, "I don't have any. If I had any..." BONILLA conceded

by responding, "Alright. I will keep blowing people's phones up because I'm looking for some." Based upon my training, experience, and familiarity with the investigation, I believe BONILLA was looking to purchase cocaine, an "onion," which case agents know is a code word for an ounce of cocaine for his cousin.

287. On December 1, 2019, at 9:26 p.m., Ricardo BONILLA called Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-6). BONILLA asked, "Hey do you have a seven there? So, I can go and get it?" Based upon their training, experience, and familiarity with the investigation, case agents BONILLA asked Yamil RODRIGUEZ-RODRIGUEZ for ¼ ounce of cocaine, or seven grams.

*Ricardo BONILLA and Hector Yamil RODRIGUEZ-RODRIGUEZ receive a cocaine-laden parcel*

288. On December 12, 2019, investigators conducted surveillance at 2900 South 16th Street, Milwaukee, Wisconsin, where the U.S. Postal Service was scheduled to deliver a suspected cocaine-laden parcel mailed from San Antonio, Puerto Rico. Based on the package's place of origin and its weight, case agents believed the package contained approximately one kilogram of cocaine. At 10:37 a.m., investigators observed a mail carrier deliver a white USPS parcel. At 11:18 a.m., a gold Ford Taurus (WI: 478-ZKF) arrived at the address and parked in the driveway. The unidentified occupant of the vehicle retrieved a white USPS parcel from a person inside the residence. On the same date, at approximately 2:50 p.m., investigators established surveillance at 2730 South 10th Street, Milwaukee, Wisconsin. At approximately 3:08 p.m., a white Toyota Corolla (WI: AFZ2998) arrived at 2730 South 10th Street. Investigators observed Ricardo BONILLA and Hector Yamil RODRIGUEZ-RODRIGUEZ exit the Toyota. As they were exiting the vehicle, the gold Ford Taurus (WI: 478ZKF) pulled up next to them. Hector Yamil RODRIGUEZ-RODRIGUEZ walked to the passenger side of the Ford and retrieved a white USPS

parcel from inside that vehicle. Investigators subsequently observed both Hector Yamil RODRIGUEZ-RODRIGUEZ and Ricardo BONILLA enter 2730 South 10th Street with the white USPS parcel. Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ and Ricardo BONILLA received a cocaine-laden parcel from San Antonio, Puerto Rico (i.e., a location where QUINONES-RIOS has mailed known or suspected cocaine-laden parcels), which they brought inside 2730 South 10th Street, Milwaukee, Wisconsin.

### Jose BURGOS-RIVERA

289.    Jose BURGOS-RIVERA (aka Chino) is an Hispanic male born on September 13, 1977. He facilitates and receives drug-laden parcels on behalf of GONZAELZ-COLLADO and the DTO. BURGOS-RIVERA has utilized telephone numbers (414) 380-9415, (414) 554-4849 and (414) 335-7518. Between June 20, 2019, and December 27, 2019, over 20 intercepted communications have occurred between BURGOS-RIVERA and DTO Target Telephone numbers that were deemed criminal and pertinent in nature.

*BURGOS-RIVERA receives cocaine laden parcels from Puerto Rico on behalf of the DTO*

290.    On October 25, 2018, the U.S. postal service intercepted a suspicious parcel addressed to "Jose Luis Burgos Rivera," at the address of 2166 South 15th, Street, Milwaukee, Wisconsin 53215, originating from Hormigueros, Puerto Rico. On October 29, 2018, law-enforcement attempted to deliver the parcel to 2166 South 15th Street; however, no one retrieved it. A postal employee left a notice in the mailbox directing the parcel's intended recipients to contact the USPS to claim the parcel. On October 30, 2019, an unidentified male went into the main Post Office located at 345 West Saint Paul Avenue, Milwaukee, Wisconsin, in an attempt to retrieve the undelivered parcel. The unidentified male (now believed to be BURGOS-RIVERA)

provided the USPS employee with his contact number for the undelivered parcel. The phone number (414) 380-9415 (*discussed Infra*), was provided to the postal employee as a contact number in reference to the undelivered parcel. Through the investigation case agents learned that the telephone number (414) 380-9415 was affiliated with BURGOS-RIVERA, an identified associate of GONZALEZ-COLLADO. U.S. Postal Inspector (USPS) Tyler Fink called the number and spoke to a heavily-accented male who agreed to retrieve the parcel, yet the parcel remained unclaimed. On October 30, 2018, law enforcement searched the parcel pursuant to a warrant and discovered approximately two kilograms of cocaine.

291. In December, 2018, a confidential source, (i.e., CS-3) positively identified a photograph of BURGOS-RIVERA as a subject known to CS-3 as "Chino." CS-3 stated that BURGOS-RIVERA (a/k/a Chino) has worked with GONZALEZ-COLLADO in the past and has also been paid by GONZALEZ-COLLADO to obtain narcotics-laden parcels sent from source(s) of supply in Puerto Rico. CS-3 provided BURGOS-RIVERA's telephone number of (414) 380-9415. CS-3 was aware of a parcel, intercepted by law enforcement (*discussed Supra*), which was mailed to BURGOS-RIVERA. GONZALEZ-COLLADO told CS-3 that GONZALEZ-COLLADO tracked the parcel and watched the delivery of the parcel from a distance (counter surveillance). GONZALEZ-COLLADO indicated that he observed law-enforcement in the area and that the parcel was never retrieved. (GONZALEZ-COLLADO is making reference to the intercepted parcel mailed to 2166 South 15th St., Milwaukee, Wisconsin and the subsequent two kilogram cocaine seizure). CS-3 stated that BURGOS-RIVERA is a heroin user and that GONZALEZ-COLLADO paid BURGOS-RIVERA in the form of heroin to retrieve the narcotic-laden parcels on behalf of GONZALEZ-COLLADO and the DTO.

292.  USPS records have shown the following suspicious parcels, addressed to

BURGOS-RIVERA:

- On 05-06-2019, an 8-pound 7-ounce suspected drug parcel was shipped from Cabo Rojo, PR to Jose BURGOS of 2246 S 15th Place in Milwaukee, Wisconsin.
- On 05-29-2019, an 8-pound 12-ounce suspected drug parcel was shipped from Anasco, PR to Jose BURGOS of 1430 S 4th Street in Milwaukee, Wisconsin.
- On 06-22-2019, a 7-pound 14-ounce suspected drug parcel was shipped from San German, PR to Jose BURGOS of 2448 S 14th Street in Milwaukee, Wisconsin.
- On 07-03-2019, a 10-pound 9-ounce suspected drug parcel was shipped from Anasco, PR to Jose BURGOS of 1339 W Scott Street in Milwaukee, Wisconsin.

293.  On July 25, 2019, at approximately 11:11 p.m., GONZALEZ-COLLADO, using

TARGET TELEPHONE-5, called (414) 554-4849, used by Jose BURGOS-RIVERA. During the

intercepted call, the parties discussed GONZALEZ-COLLADO preparing to have a narcotics-

laden parcel mailed to BURGOS-RIVERA's residence. Specifically, GONZALEZ-COLLADO

asked, "Listen Chino, what is your maiden last name?" BURGOS-RIVERA responded, "Burgos-

Rivera." GONZALEZ-COLLADO explained, "Because I'm going to send a box to your house in

case .... I'm leaving on Sunday, but something is going to be sent and in case I am not here."

BURGOS-RIVERA replied, "Okay," and later in the same conversation said, "Yes, Burgos-

Rivera," confirming the user of the telephone was indeed Jose BURGOS-RIVERA.

294.  USPS records have shown the additional suspicious parcels, addressed to

BURGOS-RIVERA:

- On 07-26-2019, a 7-pound 9-ounce suspected drug parcel was shipped from Cabo Rojo, PR to Jose L. BURGOS at 3255 S 84th Street (Apartment #3) in Milwaukee, Wisconsin.
- On 08-14-2019, a 5-pound 11-ounce suspected drug parcel was shipped from Cabo Rojo, PR to Jose L. BURGOS at 1339 W Scott Street in Milwaukee, Wisconsin.

- On 08-21-2019, a 9-pound 4-ounce suspected drug parcel was shipped from Cabo Rojo, PR to Jose Luis BURGOS at 2350 S 10th Street in Milwaukee, Wisconsin.
- On 10-11-2019, a 10-pound 1-ounce suspected drug parcel was shipped from Las Marias, PR to Jose BURGOS of 2426 S 9th Place in Milwaukee, Wisconsin.
- On 10-11-2019, a 10-pound 1-ounce suspected drug parcel was shipped from Las Marias, PR to Jose BURGOS of 2426 S 9th Place in Milwaukee, Wisconsin.

295. On September 14, 2019, at approximately 1:07 p.m., TARGET TELEPHONE-9, (i.e. GONZALEZ-COLLADO), placed an intercepted call to BURGOS-RIVERA, using (414) 554-4849. During the call, the parties greeted. GONZALEZ-COLLADO asked BURGOS-RIVERA, "Chino, what are you doing?" BURGOS-RIVERA responded, "Nothing" and GONZALEZ-COLLADO stated, "Get a bag ready, in case [U/I] you are leaving to Philadelphia with me today." BURGOS-RIVERA responded, "Alright man" and "Let me know." At approximately 4:50 p.m., in a subsequent intercepted conversation, GONZALEZ-COLLADO advised BURGOS-RIVERA that BURGOS-RIVERA could park his vehicle at Stadium Self Storage, 4000 W Burnham Street, Milwaukee, Wisconsin, while the two traveled to Philadelphia. E-911 data/ping data on TARGET TELEPHONE-9 confirmed GONZALEZ-COLLADO and BURGOS-RIVERA traveled to Philadelphia, Pennsylvania on September 14, 2019, with a return to Milwaukee, Wisconsin on September 18, 2019. Based upon their training, experience and knowledge of the investigation, case agents believe GONZLAEZ-COLLADO had taken multiple trips to Philadelphia, Pennsylvania to both obtain large quantities of heroin, and for the collection of drug proceeds, on behalf of Roberto ORENCH-FELICIANO, and had done so again.

296. On September 25, 2019, at approximately 3:14 p.m., BURGOS-RIVERA, using (414) 335-7518, placed an intercepted call to TARGET TELEPHONE-9, (i.e. GONZALEZ-COLLADO). During the call, GONZAEZ-COLLADO greeted BURGOS-RIVERA by stating,

"What's up Chino?" BURGOS-RIVERA later responded, "Save me, man. I'm sick." Based upon their training, experience and knowledge of the investigation, case agents believe BURGOS-RIVERA requested illicit substances and was suffering from narcotics withdrawal symptoms. GONZALEZ-COLLADO responded, "I'm working, man. I can't pay attention to you guys now. I'm working. I'll call you later."

297. On September 27, 2019, at approximately 7:04 p.m., BURGOS-RIVERA, using (414) 554-4849, placed an intercepted call to TARGET TELEPHONE-9, (i.e. GONZALEZ-COLLADO). During the call, GONZAEZ-COLLADO greeted BURGOS-RIVERA by stating, "What's up Chino?" BURGOS-RIVERA stated, "Hey, Gordo! [U/I], man." GONZALEZ-COLLADO advised, "Hey, Chino, I'm really screwed. If you only knew..." GONZALEZ-COLLADO stated, "I'm fucking screwed, Chino, man." BURGOS-RIVERA asked, "What happened?" and GONZLAEZ-COLLADO advised "Fucker, [U/I] one of those boxes, fucker. Man, it rough, faggot." BURGOS-RIVERA asked, "The one you sent?" and GONZALEZ-COLLADO advised, "One that was sent and one that I sent, fucker." BURGOS-RIVERA asked, "They got taken?" GONZALEZ-COLLADO replied, "It seems man." Based upon their training experience and knowledge of the investigation, case agents believe that GONZALEZ-COLLADO is concerned about a narcotics-laden parcel that has yet to arrive in Milwaukee, and a narcotics proceeds-laden parcel, sent to source(s) of supply in Puerto Rico, that had not yet reached the intended destination.

## Jomar LABOY-SILVA

298. Jomar LABOY-SILVA is an Hispanic male born on January 14, 1993. He resides at 5956 North 65th Street, Milwaukee, Wisconsin, and was also associated with the residence located at 2448 South 14th Street, Milwaukee, Wisconsin, which has been confirmed by

investigation and surveillance. The investigation to date has revealed Jomar LABOY-SILVA facilitates the receipt of Milwaukee-bound shipments of cocaine from Puerto Rico for GONZALEZ-COLLADO. Between June 20, 2019 and December 27, 2019, over 57 intercepted communications between Jomar LABOY-SILVA utilizing (414) 888-3328 and DTO Target Telephone numbers have been intercepted that were deemed criminal and pertinent in nature. The residence of LABOY-SILVA has received multiple suspected drug parcels shipped from Puerto Rico during the course of this investigation. LABOY-SILVA has been intercepted discussing distribution amounts of cocaine, and coordinating inbound narcotics parcels. The utilities are in the name Weishka I. Laboy.

*LABOY-SILVA receives cocaine laden parcels from Puerto Rico on behalf of the DTO*

299.    In February and March 2019, telephone number (414) 888-3328 was identified as having high-volume contact with TARGET TELPHONE-5 (i.e., GONZALEZ-COLLADO). Subpoenaed information for (414) 888-3328 listed Jomar LABOY-SILVA as the subscriber on the account for telephone number (414) 888-3328 with a subscriber address of 2448 South 14th Street, Milwaukee, Wisconsin. The name and address were provided to Postal Inspector Fink for further review. Inspector Fink noted two separate parcels sent to an address previously associated with LABOY-SILVA, 2448 South 14th Street, Milwaukee, Wisconsin, on January 25, 2019, and February 11, 2019, respectively. Both packages were sent from Puerto Rico addressed to Jose M. GONZALEZ at 2448 South 14th Street. Both packages weighed approximately six pounds. Based upon their training, experience, knowledge of the investigation and seized cocaine parcels, case agents believe the two packages destined to LABOY-SILVA's residence were consistent in weight to one kilogram of cocaine.

300.    For example, on September 13, 2019, approximately one kilogram of cocaine was seized from a postal parcel associated with this DTO with an aggregate weight of five pounds, 12 ounces.  As another example, on September 20, 20189, approximately one kilogram of cocaine was seized from a postal parcel associated with this DTO with an aggregate weight of six pounds, one ounce. Both parcels were shipped from western Puerto Rico (i.e., Cabo Rojo and Hormigueros which are adjacent cities).

301.    On April 5, 2019, a parcel originating from western Puerto Rico was delivered to 2448 South 14th Street, Milwaukee, Wisconsin, and addressed to coconspirator Julio SEDA-MARTINEZ.  According to Wisconsin Department of Transportation records, the destination location of the parcel, 2448 South 14th Street, was LABOY-SILVA's previous residence. According to a law enforcement database and the Wisconsin Department of Transportation, SEDA-MARTINEZ is not associated with this address.  A review of USPS records revealed that the parcel weighed 4 lbs. 10 ounces.  Based upon this investigation, the weight of the parcel is consistent with approximately one kilogram of cocaine.

302.    On May 17, 2019, a parcel originating from western Puerto Rico was delivered to LABOY-SILVA's previous residence at 2448 South 14th Street, Milwaukee, Wisconsin.    The parcel was address to Julio Martinez.  According to a law enforcement database and the Wisconsin Department of Transportation, Julio SEDA-MARTINEZ is not associated with this address. A review of USPS records revealed that the parcel weighed 8 lbs. 9 ounces.  Based upon this investigation, case agents believe the weight of the parcel is consistent with approximately one kilogram of cocaine.  A review of a USPS surveillance video revealed that this parcel was dropped off at the Cabo Rojo, Puerto Rico, Post Office by Keishla ORENCH-FELICIANO.  U.S. Postal Services surveillance cameras from several different Puerto Rican post officers have captured

images of ORENCH-FELICIANO shipping 18 different suspicious packages, between May of 2019 to October of 2019, to various addresses in Milwaukee County addressed to various members of the GONZALEZ-COLLADO DTO (discussed *Infra*).

303.    On June 1, 2019, a parcel originating from western Puerto Rico, was delivered to LABOY-SILVA's previous residence at 2448 South 14th Street, Milwaukee, Wisconsin. The parcel was address to Julio Martinez. A review of USPS records revealed that the parcel weighed 8 lbs. 4 ounces. Based upon this investigation, case agents believe the weight of the parcel is consistent with approximately one kilogram of cocaine.

304.    On June 24, 2019, a parcel originating from western Puerto Rico, was delivered to LABOY-SILVA's previous residence at 2448 South 14th Street, Milwaukee, Wisconsin. The parcel was addressed to Jose Burgos, another member of the GONZALEZ-COLLADO DTO, who, according to a law enforcement database and the Wisconsin Department of Transportation, is not associated with this address. A review of USPS records revealed that the parcel weighed 7 lbs. 14 ounces. Based upon this investigation, case agents believe the weight of the parcel is consistent with approximately one kilogram of cocaine.

305.    On August 15, 2019, case agents intercepted a series of calls on TARGET TELEPHONE-4 between APONTE-LEBRON, GONZALEZ-COLLADO, and LABOY-SILVA. At approximately 11:59 a.m., GONZALEZ-COLLADO instructed APONTE-LEBRON to grab keys so that they could put a car into a storage unit. At 12:08 p.m., GONZALEZ-COLLADO inquired about APONTE-LEBRON's location because GONZALEZ-COLLADO planned on heading to the storage unit. At 12:11 p.m., LABOY-SILVA instructed APONTE-LEBRON to stay at his current location because he needed to give him (APONTE-LEBRON) keys to give to GONZALEZ-COLLADO. Case agents believe that the above-discussed keys were either for the

storage unit or the vehicle going into the storage unit. At approximately 12:41 p.m., GONZALEZ-COLLADO advised APONTE-LEBRON that he was already in the storage facility, and he gave instructions to APONTE-LEBRON on where to go within the facility to find the correct unit.

306.    On October 3, 2019, at or about 11:35 a.m., a suspected USPS drug-laden parcel was delivered to 9917 West Lincoln Avenue in West Allis, Wisconsin. The parcel was sent from Hormigueros, PR on October 1, 2019. Based upon this investigation, case agents believe the weight of the package is consistent with approximately two kilograms of cocaine. Accordingly, at 2:20 p.m., surveillance was conducted at this address by case agents. During surveillance, no USPS parcel was observed in plain view at the address. At 2:01 p.m., a phone call was intercepted between Vladimir RODRIGUEZ-RODRIGUEZ and GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) regarding the pending parcel delivery. GONZALEZ-COLLADO instructed RODRIGUEZ-RODRIGUEZ to pick him up and go with him to retrieve the package. At approximately 2:27 p.m., case agents observed a white Toyota S.U.V. bearing Wisconsin registration of ACR3554, drive up to and park in front of the above listed residence. During that time, the occupant(s) remained inside of the vehicle. At approximately 2:30 p.m., the Toyota S.U.V. drove from its parked position, into an adjacent parking lot, on the south side of West Lincoln Avenue. The occupant(s) remained inside the vehicle. A check of the registration through the Wisconsin Department of Transportation revealed the following: a 2006 Toyota Highlander, white in color, listed to a Jomar LABOY-SILVA, at 2448a South 14th Street. At approximately 2:36 p.m., a review of location data for TARGET TELEPHONE-9 (GONZALEZ-COLLADO) revealed that the device was within a 19 meter radius of South 100th Street and West Lincoln Avenue, Milwaukee, Wisconsin. Based upon their training, experience, and familiarity with the investigation, case agents believe that the positional data for TARGET TELEPHONE-9 reflects

that GONZALEZ-COLLADO and LABOY-SILVA were together. At approximately 2:40 p.m., the Toyota S.U.V drove from the area, west bound on West Lincoln Avenue.

307. Also on October 3, 2019, case agents intercepted a call between APONTE-LEBRON and GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9). During the call, APONTE-LEBRON informed GONZALEZ-COLLADO he was going to pay the bills for the storage unit belonging to GONZALEZ-COLLADO and LABOY-SILVA.

### LABOY-SILVA brokered a kilogram transaction and obtained the cocaine from GONZALEZ-COLLADO

308. On October 8, 2019, at approximately 6:15 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) placed a call to (414) 888-3328 (i.e., LABOY-SILVA). During the intercepted conversation, LABOY-SILVA brokered a kilogram of cocaine transaction between GONZALEZ-COLLADO and an unknown third party, possibly LABOY-SILVA's cousin. LABOY-SILVA stated, "Bro, a complete one, the cousin." GONZALEZ-COLLADO informed LABOY-SILVA that he has to wait to receive the cocaine by saying, "Well, dude, you got to wait." LABOY-SILVA asked the price for the cocaine, "Damn, number?" GONZALEZ-COLLADO replied, "Well dude, a quarter and a half, ask him 32 [$32,000]." LABOY-SILVA answered, "Oh no, not like that, with that can't work with that, you give me a number." GONZALEZ-COLLADO changed the price by saying, "Well dude, 31 and a half [$31,500], faggot." LABOY-SILVA replied, "Oh, okay then."

309. On November 4, 2019, case agents intercepted a TARGET TELEPHONE-9 call between LABOY-SILVA and GONZALEZ-COLLADO. During the call, LABOY-SILVA advised GONZALEZ-COLLADO that the price of the storage unit increased by $20. LABOY-SILVA told GONZALEZ-COLLADO that he has a receipt for him as proof so GONZALEZ-COLLADO can pay for it accordingly.

310.    On November 8, 2019, a parcel originating from western Puerto Rico, was delivered to LABOY-SILVA's residence 5956 North 56th Street, Milwaukee, Wisconsin. According to the Wisconsin Department of Transportation records, this address is LABOY-SILVA's new residence. The parcel was addressed to Jose L. Rivera, another member of the GONZALEZ-COLLADO DTO, who, according to a law enforcement database and the Wisconsin Department of Transportation, is not associated with this address. A review of USPS records revealed that the parcel weighed 6 lbs. 2 ounces. Based upon this investigation, case agents believe the weight of the parcel is consistent with approximately one kilogram of cocaine.

311.    Law enforcement conducted surveillance at this residence to document the delivery of this suspicious parcel. Upon delivery, the USPS letter carrier made contact at the door of 5956 North 56th Street. Law enforcement observed a heavy built Hispanic male open the door. After receiving the parcel, the Hispanic male brought the parcel inside the residence, and then closed the door. A law enforcement officer positively identified this Hispanic male as Jomar LABOY-SILVA. During the package's delivery, two vehicles were observed parked and unoccupied behind the residence, a blue 2003 Toyota SUV (WI: AEV3533), listing to a Weishka LABOY of 2448 South 14th Street and a white 2006 Toyota SUV (WI: ACR3354), listing to Jomar LABOY-SILVA of 2448A South 14th Street.

312.    On November 8, 2019, at approximately 12:24 p.m., GONZALEZ-COLLADO (i.e., TARGET TELEPHONE-9) placed a call to (414) 501-6426 (i.e., Marcos APONTE-LEBRON). During the intercepted call, GONZALEZ-COLLADO instructed APONTE-LEBRON to hurry up in retrieving the narcotics because a third party, Jose AVILES-GONZALEZ (a/k/a "Josema"), was awaiting a half-kilogram of cocaine from one of the narcotic shipments. GONZALEZ-COLLADO stated, "Viejo (i.e., APONTE-LEBRON) don't take too long because I

got half a table for Josema." Later in the same conversation GONZALEZ-COLLADO stated, "There are three boxes. There is [Audio breaks] and one [Audio breaks] in one box there is one [and] half. There is half a table that has [Audio breaks]." GONZALEZ-COLLADO and APONTE-LEBRON continued the conversation and GONZALEZ-COLLADO instructed, "Weigh the half because it's going to have more. You heard me?" APONTE-LEBRON replied, "Yes, and you know what I'm going to do." GONZALEZ-COLLADO asked, "What?" APONTE-LEBRON answered, "I'm going to buy a new scale...big, and I'm going to cut it in the house to be quick." Based upon their training, experience and familiarity with the investigation, case agents believe APONTE-LEBRON retrieved this parcel from LABOY-SILVA's residence and was taking it to weigh and cut a half-kilogram of cocaine so GONZALEZ-COLLADO could provide the half-kilogram to Jose AVILES-GONZALEZ (a/k/a "Josema").

313. Additionally on this same date, November 8, 2019, another parcel originating from western Puerto Rico, was delivered to 1968 South 8th Street, Milwaukee, Wisconsin. The parcel was addressed to Julio Martinez, who, according to a law enforcement database and the Wisconsin Department of Transportation, is not associated with this address. A review of USPS records revealed that the parcel weighed 8 lbs. 10 ounces. Based upon this investigation, case agents believe the weight of the parcel is consistent with approximately two kilograms of cocaine.

314. On November 8, 2019, at approximately 1:30 p.m. law enforcement conducted surveillance regarding the delivery of this parcel at 1968 South 8th Street. At approximately 1:32 p.m., case agents observed a silver Honda Odyssey (WI/ACR3554) park in front of 1968 South 8th Street. Agents observed LABOY-SILVA exit the Honda Odyssey and enter the residence through the front door. At approximately 2:10 p.m., a USPS carrier delivered the parcel containing suspected cocaine to 1968 South 8th Street. At 2:11 p.m., agents observed LABOY-SILVA leave

the house and place a small package in the Honda Odyssey. At 2:16 p.m., LABOY-SILVA approached the USPS carrier who handed LABOY-SILVA a larger USPS box. LABOY-SILVA placed the larger box in the Honda Odyssey. At 3:02 p.m., LABOY-SILVA parked in the alley behind 1968 South 8th Street and met with APONTE-LEBRON. Shortly thereafter, LABOY-SILVA and APONTE-LEBRON left the alley in their respective vehicles.

315.    On November 8, 2019, at approximately 1:48 p.m., GONZALEZ-COLLADO (i.e., TARGET TELEPHONE-9) received a call from (414) 501-6426 (i.e., APONTE-LEBRON). During the intercepted conversation APONTE-LEBRON stated, "There's some missing." GONZALEZ-COLLADO asked, "Missing what?" APONTE-LEBRON replied, "A little bit, like two grams." GONZALEZ-COLLADO asked, "Is there one and a half?" APONTE-LEBRON responded, "There's only one there." GONZALEZ-COLLADO inquired, "How much it weighs?" APONTE-LEBRON replied, "999.99." Based upon their training, experience, and familiarity with the investigation, case agents believe APONTE-LEBRON weighed the cocaine from the postal shipments retrieved earlier that day, including the parcel which was delivered to LABOY-SILVA's residence, and it was short several grams of cocaine.

316.    On September 24, 2019, a person identifying himself as Jomar M. LABOY-SILVA submitted Postal Service Form 3575 to officially change his residence. LABOY-SILVA requested stopped the mail to his old address of 2448 South 14th Street, Upper, Milwaukee Wisconsin 53215 and instead sent the mail to his new address, 5956 North 65th Street, Milwaukee, Wisconsin 53218.

317.    On November 25, 2019, case agents served a subpoena on Devon Self Storage. An examination of the records revealed that on May 2, 2019, LABOY-SILVA rented storage unit number "015." LABOY-SILVA was charged $171.00 per month. LABOY-SILVA no longer rents this storage unit.

318. On November 22, 2019, a parcel originating from western Puerto Rico, was delivered to 5956 North 65th Street, Milwaukee, Wisconsin. The parcel was addressed to Julio Martinez. A review of USPS records revealed that the parcel weighed 3 lbs. 12 ounces. Based upon this investigation, case agents believe the weight of the parcel is consistent with approximately one kilogram of cocaine. Law enforcement conducted surveillance of the parcel's delivery at 5956 North 65th Street. The USPS letter carrier delivered the parcel by placing it at the front door. After the parcel was delivered and the USPS letter carrier left the area, case agents observed the front door open slightly and an unknown subject pulled the package inside the residence. A law enforcement officer observed APONTE-LEBRON drive up to the residence in a black Nissan Titan. He exited his vehicle and was handed the parcel from an unknown person from inside the house. APONTE-LEBRON walked back to his vehicle with the parcel and left the area.

319. Inspector Fink identified a 9 lbs. 13 ounce suspected cocaine laden parcel which was scheduled to be delivered between December 4, 2019 and December 5, 2019, to LABOY-SILVA's residence, 5956 North 65th Street. The package was never scanned as delivered and it is unknown if or when delivery ever occurred. The parcel was sent from Hormigueros, Puerto Rico. Based upon this investigation, the weight of the parcel is consistent with approximately two kilograms of cocaine.

320. On December 6, 2019, phone calls were intercepted between Marcus APONTE-LEBRON and Jose GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) regarding the above missing package. Both discussed that the Puerto Rico package had not yet arrived. GONZALEZ-COLLADO advised APONTE-LEBRON that the USPS tracking showed the parcel was in Pennsylvania. USPS records did in fact show the parcel destined for LABOY-SILVA's

how was scanned as arriving in Pennsylvania. At 11:52 a.m., GONZALEZ-COLLADO called LABOY-SILVA and asked if the package was delivered. LABOY-SILVA replied that that package had not arrived. At 12:39 p.m., another phone call occurred between GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) and LABOY-SILVA. During this call, LABOY-SILVA advised that he spoke to a postal worker who informed him how to file a claim on the lost package.

321. On December 19, 2019, a suspected drug-laden parcel was delivered to 1968 South 8th Street, mailed from Cabo Rojo, Puerto Rico. At approximately 2:05 p.m., a law enforcement officer observed LABOY-SILVA pacing in front of 1968 South 8th Street. This officer observed LABOY-SILVA walk up to and knock on the front door of South 8th Street. The knock remained unanswered, prompting LABOY-SILVA to walk back and enter a maroon sedan bearing Wisconsin plate number ACR3554, a vehicle listing to LABOY-SILVA. Prior to any USPS delivery, the officer was called away from the area.

## **Enid MARTINEZ**

322. Enid MARTINEZ is an Hispanic female born on May 28, 1987, who resides with Marcos APONTE-LEBRON at 2348A South 13th Street, Milwaukee, Wisconsin. This has been confirmed by investigation and surveillance. The investigation to date has revealed MARTINEZ is utilized as a parcel courier to ship parcels containing drug proceeds for the DTO. The investigation has further revealed that MARTINEZ sells narcotics on behalf of the DTO.

*MARTINEZ knowingly ships DTO drug proceeds using the USPS*

323. From April 2019 to October 2019, U.S. Postal Services surveillance cameras have captured images of MARTINEZ shipping 13 different parcels from various post offices in Milwaukee, Wisconsin using several different sender names, fictitious sender addresses, and real

sender addresses for which she is not associated.[15] The 13 different parcels were shipped to various municipalities throughout western Puerto Rico and to Mission, Texas. MARTINEZ never used her real name on the shipping labels for any of the shipped packages. Based upon their training, experience, and familiarity with the investigation, case agents believe that because MARTINEZ shipped all 13 parcels using various sender names, not using her own name on any of the shipping labels, and the parcels were all destined for known drug source locations, case agents believe all 13 parcels she shipped contained drug proceeds.

324. For example, on April 18, 2019, a USPS surveillance video depicted MARTINEZ shipping USPS Priority Mail parcel 9505513465969108236296 from the Tuckaway Post Office, located at 5114 South 27th Street, Milwaukee, Wisconsin. A review of USPS records revealed that the parcel weighed approximately 5 lbs. 4 ounces. The parcel's shipping label indicated it was sent from "Luis Perez, 2426 W Grant St, Milwaukee Wi 53215." The parcel bore a handwritten label addressed to "Ramiro Perez, Hc 2 Box 8423, Las Marias P.R. 006702." Las Marias is a municipality in western Puerto Rico. Through the investigation, case agents have learned western Puerto Rico is the location of operation for the Puerto Rican drug source. Based upon their training, experience, and familiarity with the investigation, case agents are aware that controlled substances are frequently transported from Puerto Rico via the USPS, and the proceeds from the sale of the controlled substances are frequently returned to Puerto Rico via the USPS. A search of a law enforcement database revealed that no person by the name of Luis Perez currently lives, or has lived, at 2426 West Grant Street, Milwaukee, WI 53215.

---

[15] Through this section, I make reference to the depiction of MARTINEZ on post office surveillance videos. I have compared these videos to surveillance and a known picture of MARTINEZ, and I am able to positively identify her through this comparison.

325.    As another example, on June 26, 2019, USPS surveillance cameras captured images of MARTINEZ shipping USPS Priority Mail parcel 9505515217029177112279 from the Harbor Post Office, located at 1416 South 11th Street, Milwaukee, Wisconsin. A review of USPS records revealed that the parcel weighed approximately 6 lbs. 5 ounces. The parcel's shipping label indicated it was sent from "Juan C. Valles, 2428 W Grant St, Milwaukee Wi 53215." The parcel bore a handwritten label addressed to "Tino Valles, 7311 Rosa St., Mission Tx. 78574." A search of a law enforcement database revealed a person by the name of Celestino Valles currently lives, or has lived, at 7311 Rosa Street, Mission, Texas 78574. Through the investigation, case agents learned that several addresses in Mission, Texas are destination locations for parcels shipped by various members of the GONZALEZ-COLLADO DTO. Based upon their training, experience, and familiarity with the investigation, case agents are aware controlled substances are frequently transported from Texas via the USPS, and the proceeds from the sale of the controlled substances are also frequently returned to Texas via the USPS.

326.    Also on September 17, 2019, while conducting routine parcel screenings at the Harbor Post Office, located at 1416 South 11th Street, Milwaukee, Wisconsin, I located a suspicious parcel: USPS Priority Mail parcel 9505515217019260139672. A review of the Harbor Post Office surveillance video revealed the parcel was shipped by MARTINEZ. A review of USPS records revealed that the parcel weighed approximately 5 lbs. 12 ounces. The parcel's shipping label indicated it was sent from "Eriberto Gonzalez, 2371 S 7 ST, Milwaukee WI 53215." The parcel bore a handwritten label addressed to "Moises Gonzalez, Balboa 33 PMB 204, Mayaguez P.R. 00680." Based upon this investigation, case agents know that between June 2019 to October 2019, twelve different suspected drug proceeds packages have been shipped to Balboa 33 PMB 204, Mayaguez, Puerto Rico by various members of the GONZALEZ-COLLADO DTO to

include, but not limited to, Julio SEDA-MARTINEZ, Hector Yamil RODRIGUEZ-RODRIGUEZ, MARTINEZ, and Marcos APONTE-LEBRON, the husband of MARTINEZ. A search of the USPS database revealed the sender's address, 2371 South 7th Street, Milwaukee, WI 53215, to be a fictitious address.

327. On September 18, 2019, United States Magistrate Judge William E. Duffin, Eastern District of Wisconsin, issued a sneak and peek warrant for this parcel. Upon execution of the search warrant, case agents discovered the parcel contained $29,980.00 in small denominations of U.S. currency wrapped in saran wrap, carbon paper, and was contained inside vacuum sealed bags. After documenting the contents of the parcel, Inspector Fink repackaged the parcel and placed it back into the USPS mail stream for delivery.

328. On October 21, 2019, a USPS surveillance video depicted MARTINEZ and APONTE-LEBRON shipping USPS Priority Mail parcel 9505512777399294292588 from the West Milwaukee Post Office, located at 4300 West Lincoln Avenue, Milwaukee, Wisconsin. A review of USPS records revealed that the parcel weighed approximately 6 lbs. 15 ounces. The parcel's shipping label indicated it was from "Miguel Perez, 1862 S 7th St, Milwaukee Wi 53204." The parcel bore a handwritten label addressed to "Radame Perez, HC 2 Box 8423 Maravilla Norte, Las Marias P.R. 00670." A search of the USPS database revealed the sender's address, 1862 South 7th Street, Milwaukee, WI 53204, to be a fictitious address.

*MARTINEZ sells cocaine for the DTO*

329. On November 8, 2019, at approximately 5:16 p.m., APONTE-LEBRON placed a call to TARGET-TELEPHONE-9. During the intercepted communications between APONTE-LEBRON and GONZALEZ-COLLADO, both were discussing money, while MARTINEZ in the background asked, "How much it is?" GONZALEZ-COLLADO told APONTE LEBRON, "Put

me on speaker." GONZALEZ-COLLADO advised, "Weigh them beforehand." APONTE-LEBRON said, "I will purchase a scale and I will weigh it right in front of her." GONZALEZ-COLLADO said later in the conversation, "Have your wife tell her that I will give it to her in order not to lose business. But, next time I will weigh it in front of her." The female's voice in the call was compared to known sample of MARTINEZ's voice – both of which were concluded to be from the same person. Based upon their training, experience, and familiarity with the investigation, case agents believe MARTINEZ sold cocaine to a customer on behalf of GONZALEZ-COLLADO, and there was a discrepancy with the amount of cocaine sold to her customer. Case agents believe GONZALEZ-COLLADO told MARTINEZ and APONTE-LEBRON the cocaine needs to be weighed before a drug deal transaction occurs in order to avoid these discrepancies.

330. On December 2, 2019, a case agent served a subpoena on Public Storage, 5014 S. 13th Street, Milwaukee, Wisconsin. An examination of records revealed unit 3326 is rented by MARTINEZ, APONTE-LEBRON's "wife," with a monthly fee of $86.00 being paid for a 10' x 10' unit. As of January 3, 2020, a review of Public Storage records revealed that MARTINEZ remains the renter of this unit.

**Alexander MORALES-RIVERA**

331. Alexander MORALES-RIVERA is an Hispanic male born on February 5, 1992, who resides at 1339 West Scott Street, Apartment #1, Milwaukee, Wisconsin, and has a secondary address of 931 West Walker Street, Milwaukee, Wisconsin. This has been confirmed by investigation and surveillance. The investigation to date has revealed Alexander MORALES-RIVERA facilitates the receipt of Milwaukee-bound shipments of cocaine from Puerto Rico, brokers narcotics transactions between GONZALEZ-COLLADO and others unknown, and

initiated a hitman-for-hire plot detailed below. Between June 20, 2019 and December 27, 2019, over 75 intercepted communications occurred between Alexander MORALES-RIVERA, using (414) 215-8845, and various TARGET TELEPHONE numbers that were deemed criminal and pertinent in nature. During the course of the investigation, the residence(s) of MORALES-RIVERA have received multiple suspected drug parcels shipped from Puerto Rico to Milwaukee.

*MORALES-RIVERA receives cocaine laden parcels from Puerto Rico on behalf of the DTO*

332. On August 16, 2019, U.S. Postal Inspector Fink identified a suspicious parcel originating from Cabo Rojo, Puerto Rico, which is a municipality in western Puerto Rico, addressed to a "Jose L. Burgos" at 1339 West Scott Street, Milwaukee, Wisconsin. From Inspector Fink's training, experience, and familiarity with this investigation, the weight of this parcel was consistent with one kilogram of suspected cocaine. Prior to this parcel's delivery, law enforcement officers established surveillance around 1339 West Scott Street. On this date, at approximately 1:49 p.m., case agents observed MORALES-RIVERA entering and exiting the residence. At approximately 1:55 p.m., a USPS letter carrier knocked on the door of the residence. Case agents observed MORALES-RIVERA answer the door and take possession of the delivered suspected cocaine laden parcel. MORALES-RIVERA then retreated into the residence with the parcel and closed the door. At approximately 1:57 p.m., case agents intercepted a call on TARGET TELEPHONE-4 (i.e., Marcos APONTE-LEBRON) to (414)215-8845 (i.e., MORALES-RIVERA). During the call, MORALES-RIVERA confirmed the parcel's receipt and said, "The box came open." MORALES-RIVERA continued to explain to APONTE-LEBRON the parcel was opened. APONTE-LEBRON later said, "Look, come here to the house." MORALES-RIVERA stated, "Alright." Based upon their training, experience, and familiarity with this

investigation, case agents believe MORALES-RIVERA advised APONTE-LEBRON that he received the cocaine through the mail and it is ready for distribution.

333.    On September 15, 2019, at 10:24 a.m., GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) received a call from (414) 215-8845 (i.e., Alexander MORALES-RIVERA). During the intercepted call, GONZALEZ-COLLADO (GC) and MORALES-RIVERA engaged in the following colloquy regarding hiring a "hitman" to murder someone.

> *MORALES-RIVERA and GONZALEZ-COLLADO engage*
> *in a murder for hire conversation*

334.    MORALES-RIVERA (MR): I need someone from here (i.e., Puerto Rico) to work.

To work (i.e., kill) someone, you understand?

> GC: My man, fucker! My friend is a cock sniffer. That you, fucker, you call him asking for something, fucker and...
>
> MR: No, it's not for that. It's to know if you have someone from here (i.e., Puerto Rico), or anywhere. The guy, the guy I'm talking about is a fool. But every time I go, he's giving the tip-off that I'm there.
>
> GC: Say what?
>
> MR: That every time I go there, that I arrive there. He gives the tip-off that I'm over there. And those people showed up. You understand? How else are they going to know if the only one that spends time with him is that guy!"
>
> GC: But where? Here or out there? There?
>
> Robert: There – here, here, I'm still here (i.e., Puerto Rico).
>
> GC: But, oh! Here in Milwaukee?
>
> MR: In Puerto Rico! Not, in Milwaukee, man.
>
> GC: Who's the guy?
>
> MR: He's from here (i.e., Puerto Rico).
>
> GC: Oh, he's from there?
>
> MR: That's why. I want to pay someone. Check out how much it would be. I know where he spends most of his time. I know everything.

GC: Yeah?

MR: Yes! I know everything. Fucker, there's a business store that doesn't have a camera, there's nothing! Across the street from my house.

GC: Oh, okay, okay! What happened? Those people showed up there?

MR: Yeah.

GC: Who? Who showed up?

MR: The ones that want to take me down. For like the past seven years. The thing is that the same guy is still there (in charge). Not the guy. The big guy (i.e., boss) was arrested. He got 200 years ... [unintelligible]

GC: Okay.

MR: And left a guy there that had (a high ego), you understand?"

GC: Uh-huh.

MR: But the guy doesn't know me. Yet, how was he already at the business store? I was just there. I had just arrived. You understand? How would they get there if the only one that knows me is you?

GC: Yeah! Yeah!

MR: You understand? This fucker called and said, "He's there" this and that and alerted all of them because they don't even live there. You understand?

GC: Yeah!

MR: How are they going to arrive there? I was just getting there! And he was the only one who saw me. He went to the car, drove away, returned back at the hour. He works in that cylinder thing, gas cylinders, delivering gas.

GC: Yeah?

MR: He's a fool. The thing is that they are saying we killed one of his brothers. Well!

GC: Yeah?

MR: Uh-huh. From [unintelligible]. And since he never got along with me.

GC: Damn, man. Well, I know someone from a project (i.e., low-income housing) but the thing is I don't have those fuckers' number.

MR: Alright! I'll pay them whatever they ask. If it's by my house, I'll get them a car so they can take it. I'll give them the address, where they need to be at, pictures and everything. When ... the fucker spends time on an avenue."

Case 2:20-mj-00833-WEC Filed 02/18/20 Page 188 of 223 Document 1-1

GC: Uh-huh.

MR: On an avenue, and not too far ahead, is the exit to Manati, Vega Baja, Morovis. He (i.e., the victim) could be dropped anywhere. You understand?

GC: Yeah! Yeah!

MR: Uh, fucker, and he spends time…it's an, uh, an open business store.

GC: Oh, okay.

MR: And there are some chairs on the outside. And he spends his time there drinking, fucker.

GC: Yes, yes. It seems easy.

MR: No, that looks pretty (perfect). I would do it (i.e., kill him) myself but since I'm here (i.e., Puerto Rico), they'll know it was me. I have to wait until I leave. For a week to pass, so they see I'm over there (i.e., Milwaukee). I could do it, fucker. I would just put a hoodie on. But they will all know it was me. Since everyone there knows me, and body type and all that, fucker."

GC: Yeah, yeah.

MR: I don't trust anyone, fucker. You understand? Tell someone to do that, you understand? They will alert him.

GC: Damn, man! If I could find the number. I'll try. Call me later to see if my friend, the fucker calls me or something.

MR: Alright! Check with him how much he would charge me…and all set. I explain it to him, send him pictures…send him picture, and done deal.

GC: I'm going to ask him and see…I'll ask him…I'll ask him.

MR: Not for today, at least, fucker.

GC: Huh?

MR: Not for today, but for …Tuesday, Wednesday…I'm leaving Monday.

GC: Yeah! I'm just going to ask him…let me think about it…let me think about it because there were some people in Manati that I know of that did a lot of that shit.

MR: [Unintelligible] I'm also looking myself for someone here (i.e., Puerto Rico). If I find them, I'll have them do it. I know people from here in, uh, uh, Barbosa (i.e., low-income housing), and all those places.

GC: Yeah?

MR: And I don't have anyone's name. And I don't dare going in (i.e., low-income housing) since it's always changing (i.e., change in leadership) so often. I would go in and not know who they are.

GC: Yeah! Damn, man. Hmm. But don't you hang out with people down there?

MR: Yes, fucker! But I can't find them. And I was just with a couple of my friends, but there is one that turned his back on me. I had to leave because I wanted to finish him.

GC: What do you mean – he flipped/switched/turned?

MR: Fucker, one of my cousins, turned his back on me to go with those people.

GC: With whom?

MR: Selling me out to those people. The ones that want to bring me down, fucker. Those same ones.

GC: Yes?

MR: [Unintelligible] Eric. Wanted to take me to another business store, which is darker, fucker, to play pool. I told him, "Fucker, no I'm not going there." He said, "Oh, let's go. Come with me to play pool." I told him, "But take the other one, uh my other cousin." But no, he wanted me to go, fucker.

GC: Yeah?

MR: Yes, fucker.

GC: Oh!

MR: And he's my cousin. First cousin.

GC: Oh!" Do you think he turned his back? Huh?

MR: Say what?

GC: You think?

MR: Yes, fucker! I mean, they were investigating, checking on [unintelligible] call him out without knowing. But the other one, I want him worked (i.e. killed). Because I know he was the one who tipped me off. Three years ago, I came/flew here, and he was sitting on the same place.

GC: Yes?

MR: The other one, yes! The other one [unintelligible]. The other one hates me. Remember, they say I killed their brother.

GC: Yeah – Yeah! Damn, man.

MR: We had to go the court to testify that we didn't do it.

GC: Okay, okay.

MR: Alright, I'm going to continue calling around. I get back on Monday.

GC: Alright, alright!

335. On September 17, 2019, at approximately 4:07 p.m., MORALES-RIVERA and GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) continued to discuss narcotics and finding a hitman. GONZALEZ-COLLADO received a call from (414) 215-8845 (i.e., MORALES-RIVERA). During the intercepted call, GONZALEZ-COLLADO said, "Buddy, I'm on that guy for the same thing, so he can lower it (i.e., price of drugs), but the fucker doesn't want to." MORALES-RIVERA replied, "[Unintelligible] fucker, because that's not enough, not even a lawyer." As a matter of fact, not even enough for gas." GONZALEZ-COLLADO says, "Fucker, stop talking shit, cock sniffer." MORALES-RIVERA said, "It's true fucker, at least 100 (i.e., $100) more, fucker." GONZALEZ-COLLADO replied, "No, I can't. As a matter of fact, let me tell you, I was talking with my other buddy [unintelligible], he is going to give them (i.e. drugs) to me a little bit cheaper. I'll let you know when the box (i.e., a drug-laden parcel) is ready. I'll know, he'll let me know, to give me another one and I'll give you another 100 bucks." The intercepted conversation then shifted to a discussion about arranging for a "hitman." MORALES-RIVERA said, "All right, all right. Call that guy (i.e., the prospective "hitman") there in Puerto Rico. I want to kill that fucker (i.e., kill the victim), I want to bring him down. MORALES-RIVERA then complained that GONZALEZ-COLLADO was taking too long in locating a "hitman" by saying, "But come on, because you're being slow." GONZALEZ-COLLADO replied, "I'm driving, fucker." MORALES-RIVERA inquired, "But, you're not here (i.e., Milwaukee)?" GONZALEZ-COLLADO replied, "No." Indeed, GPS/E-911 data derived from

TARGET TELEPHONE-9 indicated that TARGET TELEPHONE-9 (used by GONZALEZ-COLLADO) was in Pennsylvania at the time of this intercepted call.

*GONZALEZ-COLLADO requests that MORALEZ-RIVERA allow the use of the Walker Street address to receive a cocaine laden parcel*

336.    Between September 17, 2019, and September 23, 2019, GONZALEZ-COLLADO (i.e., TARGET TELEPHONE-9) and MORALES-RIVERA (i.e., (414) 215-8845) engaged in several intercepted conversations regarding a pending narcotics shipment from Puerto Rico, destined to the Milwaukee-based DTO. GONZALEZ-COLLADO and MORALES-RIVERA orchestrated the consignee address. During an intercepted conversation on September 17, 2019, at approximately 3:59 p.m., GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9) called (414) 215-8845 (i.e., MORALES-RIVERA). GONZALEZ-COLLADO stated, "Hey, the address...I need an address." MORALES-RIVERA attempted to clarify which address should be used to receive the narcotics parcel by saying, "Which one was the one used last?" GONZALEZ-COLLADO replied, "The one to your mom's house (i.e., 931 West Walker Street, Milwaukee, WI)." MORALES-RIVERA answered, "No. Those people, [my] sister is always on the look-out. What if the package is opened? [My] sister opens all the packages...Yes, that's why, when I used it [address] she was, because, she was in Puerto Rico." Later in the same conversation, GONZALEZ-COLLADO asked, "Why can't it be sent to your mom's house?" MORALES-RIVERA replied, "Well use that one but only one more time, no more." After a brief back-and-forth, MORALES-RIVERA says, "That's fine, but he [third party] should put in sangria or something. If my sister gets it she can think it's sangria or something."

337.    On September 19, 2019, U.S. Postal Inspector Fink identified a suspicious parcel sent from Cabo Rojo, Puerto Rico and addressed to "Julio Martinez" at 931 West Walker Street, Milwaukee, Wisconsin. On September 20, 2019, Inspector Fink applied for, and was granted, a

federal search warrant for this parcel. Pursuant to the search warrant, the parcel was found to contain 1,037 grams of a substance which tested positive for the presence of cocaine.

338.    Not realizing the narcotics-laden package was seized by the U.S. Postal Service, GONZALEZ-COLLADO and MORALES-RIVERA continued to determine the package's arrival date. On September 21, 2019, at approximately 1:22 p.m., GONZALEZ-COLLADO (i.e. TARGET TELEPHONE-9), called (414) 215-8845 (i.e., MORALES-RIVERA). During the intercepted conversation, GONZALEZ-COLLADO expressed frustration regarding the status of the narcotics shipment by saying, "That fucker [third party] hasn't called me yet, but it hasn't been delivered." GONZALEZ-COLLADO continued, "It hasn't been delivered and that fucker hasn't called me either." MORALES-RIVERA exclaimed, "Damn!" GONZALEZ-COLLADO stated, "This fucker, that [unintelligible]. Let me call him, no worries. I'm going to shit on his mom a thousand times because he had said he was going to do that." MORALES-RIVERA asked, "But how am I going to know [unintelligible] that shit?" MORALES-RIVERA continued, "How am I going to know if it arrived, came, he grabbed it, this and that?" GONZALEZ-COLLADO stated, "Man, I'm going to know once I get the notification on my phone. If they [mailman] drop it at your house, it will notify me on my phone. If it's at your place. If they go pick it up, it will notify me that it was picked up there."

339.    On September 23, 2019, at approximately 2:55 p.m., GONZALEZ-COLLLADO (i.e. TARGET TELEPHONE-9) received a call from (414) 215-8845 (i.e., MORALES-RIVERA). During the intercepted call, GONZALEZ-COLLADO and MORALES-RIVERA discussed the lost narcotics-laden parcel. MORALES-RIVERA asked, "What happened with that?" GONZALEZ-COLLADO replied, "It didn't arrive. I don't know. That...nothing, fucker." MORALES-RIVERA stated, "Well, it didn't arrive. I'm here...and the mailman. And it didn't

arrive." GONZALEZ-COLLADO conceded, "Yeah, forget about that already. Forget about it. That's screwed." Later in the same conversation GONZALEZ-COLLADO stated, "Yes, but that fucker...fucker, that hasn't been scanned any longer. Fucker, you understand? Fuckers, they'll come back wasting our time, you know? It'll be wasting our time; that happened to me once already." GONZALEZ-COLLADO later explained, "...it shows that it got scanned, 'PUM,' as it was going on its way to deliver, and that the address was wrong. Fucker, how is it going to be wrong. Man, that's that, they put that...grabbed it...someone grabbed it and said, 'let me check this, and see,' you understand?"

340. Based on their training, experience, and knowledge of this investigation, case agents believe GONZALEZ-COLLADO uses multiple co-conspirators, and multiple addresses, including MORALES-RIVERA and his associated addresses, to receive multi-kilogram cocaine parcels from Puerto Rico. GONZALEZ-COLLADO tracks the parcels to ensure delivery and the assigned co-conspirator successfully retrieves the cocaine-laden parcel(s). GONZALEZ-COLLADO described tracking the seized parcel and theorized that perhaps a postal employee intentionally scanned the parcel incorrectly and stole it. Furthermore, based upon their training, experience, and knowledge of this investigation, agents know GONZALEZ-COLLADO pays co-conspirators nominal amounts of money to use their addresses or addresses of their family members to receive narcotics-laden parcels. During the course of this investigation, three suspicious parcels were sent to 1339 West Scott Street and two suspicious parcels (one previously mentioned above found to contain suspected cocaine) were sent to 931 West Walker Street. All of these suspicious parcels were shipped from western Puerto Rico and were addressed to DTO members Julio SEDA-MARTINEZ or Jose BURGOS-RIVERA.

341.    On October 29, 2018, a City of Milwaukee police officer conducted an accident investigation on south 20th Street in Milwaukee. One of the subjects involved in the accident identified himself as Alexander MORALES-RIVERA of 931 West Walker Street and provided a cell phone number of (414) 215-8845. This is the same phone number intercepted during this investigation over multiple TARGET TELEPHONES.

342.    Case agents' review of the State of Wisconsin Department of Corrections database currently shows that MORALES-RIVERA is on probation. On June 3, 2019, MORALES-RIVERA was convicted for criminal theft arising from a case in Racine County, Wisconsin. According to the probation rules requiring probationers to provide an address where they reside, MORALES-RIVERA provided his probation officer with a probation address of 931 West Walker Street, Milwaukee, Wisconsin. In addition, he advised the probation officer he is self-employed, and again provided this same address as his work address. Under his standard rules of supervision, MORALES-RIVERA is also required to obtain approval from his agent prior to changing his residence or employment. In the case of an emergency, he is to notify his agent of the change within 72 hours. Through surveillance activities and intercepted telephone calls, MORALES-RIVERA, although utilizing both locations, MORALES-RIVERA does not currently live at 931 West Walker and has not updated his probation officer with his new address which is in violation of one of his standard probation rules.

343.    On December 21, 2019, a City of Milwaukee police officer conducted surveillance at 1339 West Scott Street. At approximately 10:20 a.m., the officer observed an unknown Hispanic male working on a Ford truck parked on the parking slab at 1339 West Scott Street. At approximately 10:45 a.m., the officer observed MORALES-RIVERA at this residence. The

officer observed MORALES-RIVERA walk in and out, using the back door of the residence several times over a 15-minute period.

## Keishla ORENCH-FELICIANO

344. Keishla ORENCH-FELICIANO is an Hispanic female born on October 26, 1993. She is believed to reside somewhere in western Puerto Rico. A review of Keishla ORENCH-FELICIANO's Puerto Rican driver's license reveals that her last known address is listed at Res Sabalos Nuevo, Edif 11 P1 Apt 113, Desconocido, Puerto Rico 00680. Keishla ORENCH-FELICIANO is the sister of one of the Puerto Rican drugs sources, Roberto ORENCH-FELICIANO. The investigation has established that Keishla ORENCH-FELICIANO ships cocaine laden parcels through the USPS from Puerto Rico to the GONZALEZ-COLLADO DTO, and other locations within the continental United States.

*Keishla ORENCH-FELICIANO ships cocaine laden parcels through the USPS*

345. Between May 2019 to October 2019, case agents have obtained surveillance videos from various post offices in Western Puerto Rico. U.S. Postal Service surveillance cameras captured images of Keishla ORENCH-FELICIANO shipping 18 different parcels from various post offices in western Puerto Rico to 11 different addresses in Milwaukee, Wisconsin. In addition, a USPS surveillance camera captured an image of Keishla ORENCH-FELICIANO shipping one parcel to an address in Erie, Pennsylvania. Case agents have reviewed the 18 shipping labels associated with packages sent by Keishla ORENCH-FELICIANO. Keishla ORENCH-FELICIANO did not use her real name as the sender on any of these 18 parcels. Instead, Keishla ORENCH-FELICIANO used nine different male and/or female names as the "sender" and 13 different return addresses within five different municipalities in western Puerto Rico. Out of the

17 parcels Keishla shipped to Milwaukee, Wisconsin, 13 of the parcels were shipped to either Jose BURGOS-RIVERA or Julio SEDA-MARTINEZ. Based upon their training, experience and familiarity with the investigation, case agents believe all 17 parcels contained cocaine.

346. In October 2019, in an effort to identify members of Roberto ORENCH-FELICIANO's family, a criminal analyst searched social media and located Roberto ORENCH-FELICIANO's Facebook page. A review of Roberto ORENCH-FELICIANO's Facebook page revealed a photograph of a woman believed to be his mother. A search of the Facebook page associated with his mother, revealed multiple photos of a female later identified by case agents as her daughter, Keishla ORENCH-FELICIANO, who is also Roberto's sister. Additionally, Roberto's Facebook page displayed multiple photographs of this same female and in these photographs the female was tagged, or identified, as "Keishla Orench." A review of the "Keishla Orench" Facebook page revealed several additional photographs of the same female shown on Roberto's and Roberto's mother's Facebook page. Based upon a search of a law enforcement data base in conjunction with an examination of Keishla ORENCH-FELICIANO's Puerto Rican driver's license photograph, case agents confirmed a match between the Puerto Rican driver's license and her social media profile. After receiving the Puerto Rican driver's license photo, case agents used these combined photographs to positively identify Keishla ORENCH-FELICIANO in the 18 different USPS surveillance videos.

347. On November 15, 2019, at approximately 12:52 p.m., case agents intercepted a call on TARGET TELEPHONE-7 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) with Carlos CONCEPCION-RIVERA. During the intercepted conversation, CONCEPCION-RIVERA told Hector Yamil RODRIGUEZ-RODRIGUEZ that a prosecutor in Puerto Rico mentioned the name Jose GONZALEZ-COLLADO and advised him, "They are under investigation." CONCEPCION-

RIVERA further related that his wife was told that all the people under investigation sent "work," (i.e. cocaine) through the Aguada Post Office. As a result of this intercepted call, case agents feared targets of the investigation may have been tipped off to law enforcement activity. Uncertain where the leak occurred, case agents ceased requests for surveillance videos from Puerto Rican post offices. Since no more requests for video surveillance were sent to Puerto Rico after October 2019, it is unknown whether Keishla ORENCH-FELICIANO continues to ship cocaine laden parcels to various locations from Puerto Rico.

*Keishla ORENCH-FELICIANO shipped a cocaine laden parcel to Milwaukee on May 6, 2019*

348. An example of Keishla ORENCH-FELICIANO's shipping activities, occurred on May 6, 2019, where a USPS surveillance video depicted Keishla ORENCH-FELICIANO shipping USPS Priority Mail parcel 9505511429929126293613 from the Cabo Rojo Post Office, located in western Puerto Rico. A review of USPS records revealed that the parcel weighed approximately 8 lbs. 7 ounces. The parcel's shipping label indicated it was from "Jose Rodriguez, Urb. Villa Luisa #18, Calle turguesa Cabo Rojo, 00623." The parcel bore a handwritten label addressed to "Jose Burgos, 2246 S 15 PL, Milwaukee, Wi 53215." A search of a law enforcement database revealed no person by the name of Jose Burgos currently lives, or has lived, at 2246 South 15th Pl., Milwaukee, WI 53215. Based upon their training, experience, and familiarity with the investigation, case agents believe the weight of the package is consistent with approximately one to two kilograms of cocaine.

*Keishla ORENCH-FELICIANO shipped two different cocaine-laden parcels to Milwaukee at different post offices in western Puerto Rico within an hour*

349. On May 15, 2019, at approximately 2:02 p.m., a U.S. Postal Service surveillance camera captured an image of Keishla ORENCH-FELICIANO shipping USPS Priority Mail parcel 9505511429919135209033 from the Cabo Rojo Post Office, located in western Puerto Rico. A

Case 2:20-mj-00833-WEC   Filed 02/18/20   Page 198 of 223   Document 1-1

review of USPS records revealed that the parcel weighed approximately 8 lbs. 9 ounces. The parcel's shipping label indicated it was from "Emma Rodriguez, Urb. Villa Luisa #18, Calle turguesa Cabo Rojo 00623." The parcel bore a handwritten label addressed to "Julio Martinez, 2448 S 14 St Milwakee, Wi 53215." A search of a law enforcement database revealed no person by the name of Julio Martinez currently lives, or has lived, at 2448 South 14th Street, Milwaukee, Wisconsin. Based upon their case training, experience, and familiarity with the investigation, the weight of the package is consistent with approximately one kilogram of cocaine.

350. Later on this same date, at approximately 3:03 p.m., one hour later, a USPS surveillance camera also captured an image of Keishla ORENCH-FELICIANO shipping USPS Priority Mail parcel 9505511454159135227750 from the Mayaguez Post Office, located in western Puerto Rico. A review of USPS records revealed that the parcel weighed approximately 7 lbs. 12 ounces. The parcel's shipping label indicated it was from "Orlando Medina, Ba Paris Calle Dc. Perac #117 Mayaguez P.R. 00680." The parcel bore a handwritten label addressed to "Julio Seda, 1214 S 14th St, Milwaukee, WI 53204." A search of a law enforcement database revealed no person by the name of Julio Seda currently lives, or has lived, at 1214 South 14th Street, Milwaukee, Wisconsin. Based upon their training, experience, and familiarity with the investigation, case agents believe the weight of the package is consistent with approximately one kilogram of cocaine. Using an internet search engine, case agents learned that the Cabo Rojo Post Office is approximately a 20 to 25 minute drive from the Mayaguez Post Office. From their training, experience, and familiarity with this investigation, case agents believe that Keishla ORENCH-FELICIANO intentionally visited two different post offices in order to conceal her participation, and the contents of the parcels. Case agents further believe that because Keishla ORENCH-FELICIANO shipped the parcels using two different sender names, with two different

sender addresses, (i.e. each parcel addressed to two different Milwaukee DTO members at two different Milwaukee addresses), she intentionally visited separate post offices to further conceal the parcels contents and her participation.

*Keishla ORENCH-FELICIANO shipped two cocaine-laden parcels to Milwaukee at different post offices within 20 minutes*

351.    As another example, on July 26, 2019, U.S. Postal Service surveillance cameras captured an image of Keishla ORENCH-FELICIANO shipping USPS Priority Mail parcel 9505511451539207372541 from the Hormigueros Post Office, and USPS Priority Mail parcel 9505511429919207226555 from the Cabo Rojo Post Office. Both post offices are located in western Puerto Rico. A review of USPS records revealed that the parcels weighed approximately 9 lbs. 3 ounces and 7 lbs. 9 ounces, respectively. The parcels' shipping labels indicated they were sent from "Jean Rosario, HC 01 Box 7995 Hormigueros PR 00660" and "Emma Rodriguez, Urb. Villa luisa #17, Calle Turquesa Cabo Rojo, P.R. 00623," respectively. The parcels bore handwritten labels addressed to "Julio Martinez, 1613 S Union St, Milwaukee Wi. 53204" and "Jose L Burgos, 3255 S 84th St Apt #3 Milwaukee Wi 53227." A search of a law enforcement database revealed that neither Julio Martinez nor Jose Burgos are associated with the respective addresses listed on the shipping labels. Based upon their training, experience, and familiarity with the investigation, case agents believe the weight of each package is consistent with approximately two kilograms and one kilogram of cocaine, respectively.

352.    Again case agents used an internet search engine to determine the distance between the two post officers. This search revealed the Hormigueros Post Office is approximately a 10 to 15 minute drive from the Cabo Rojo Post Office. At 12:29 p.m., a USPS surveillance camera captured an image of Keishla ORENCH-FELICIANO at the Cabo Rojo Post Office. Approximately 20 minutes later, at 12:50 p.m., a USPS surveillance video depicted ORENCH-

FELICIANO conducting her transaction at the Hormigueros Post Office. Based upon their training, experience, and familiarity with the investigation, case agents believe that Keishla ORENCH-FELICIANO again intentionally visited two different post offices to mail the parcels in order to conceal the contents of the parcels and her DTO participation.

*Keishla ORENCH-FELICIANO's multi-faceted concealment establishes her knowledge of the parcels' contents*

353. Of the 18 different occasions USPS surveillance cameras captured Keishla ORENCH-FELICIANO shipping suspected cocaine laden parcels, on six different dates she shipped one parcel at a post office in western Puerto Rico and then on that same date traveled to another post office in the vicinity to ship an additional suspected cocaine laden parcel. Case agents believe that Keishla ORENCH-FELICIANO's actions are meant to conceal the contents of the parcels, and her involvement in the mailings.

*Hector Yamil RODRIGUEZ-RODRIGUEZ discussed delivery of the parcels mailed by Keishla ORENCH-FELICIANO*

354. On July 29, 2019, in an intercepted call at approximately 9:31 a.m., Hector Yamil RODRIGUEZ-RODRIGUEZ and Jose GONZALEZ-COLLADO spoke via telephone. GONZALEZ-COLLADO, using TARGET TELEPHONE-5, called Hector Yamil RODRIGUEZ-RODRIGUEZ. During the intercepted call, GONZALEZ-COLLADO and Hector Yamil RODRIGUEZ-RODRIGUEZ spoke about cocaine laden packages being delivered on this date. GONZALEZ-COLLADO stated, "Yeah, that is arriving." GONZALEZ-COLLADO asked Hector Yamil RODRIGUEZ-RODRIGUEZ, "You checked it?" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Yes, I checked them all out." Hector Yamil RODRIGUEZ-RODRIGUEZ later stated in the same conversation, "Yes, they're all for today. I checked on it at 8:00 this morning, the one that was closer to delivery was Holton's on the east side. But the other ones are at the post office ready for delivery. They will be go out any moment for delivery." Based upon

their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO asked whether Hector Yamil RODRGIEUZ-RODRIGUEZ tracked the parcels shipped by Keishla on July 26, 2019, to determine time of delivery. RODRIGUEZ-RODRIGUEZ confirmed he was tracking the parcels, and the tracking information indicated a July 29, 2019, delivery date.

355. Based upon a review of postal records, a case agent discovered five different suspicious parcels, two of which were shipped by Keishla ORENCH-FELICIANO, and all five were delivered on July 29, 2019. On July 29, 2019, the two parcels shipped by Keishla ORENCH-FELICIANO were delivered by approximately 2:50 p.m. At approximately 4:08 p.m., Hector Yamil RODRIGUEZ-RODRIGUEZ using TARGET TELEPHONE-5 called GONZALEZ-COLLADO to inquire about the cocaine the DTO received through the mail on this date. GONZALEZ-COLLADO asked RODRIGUEZ-RODRIGUEZ, "So, how does the job look?" RODRIGUEZ-RODRIGUEZ replied, "It looks good, but I don't know. I'm not too sure about it." Based upon their training, experience, and familiarity with the investigation, case agents know the coded word "job" in this context refers to a controlled substance and the readiness of DTO members to begin distributing it.

### Keishla ORENCH-FELICIANO shipped a parcel containing one kilogram of cocaine to Pennsylvania

356. On September 6, 2019, after reviewing USPS business records, Postal Inspector Fink identified USPS Priority Mail parcel 9505511451519248058789 as a DTO parcel. A review of USPS records revealed that the parcel weighed approximately 5 lbs. 12 ounces. The parcel's shipping label indicated it was sent from "Alexandra Alnodobal, HC 02 7981 Hormigueros, P.R. 00660." The parcel bore a handwritten label addressed to "Thomas Allen, 1435 Buffalo Rd, Erie PA 16503." Case agents received a USPS surveillance video which depicted Keishla ORENCH-

FELICIANO shipping this parcel. After receiving this information, Inspector Fink directed this parcel back to Milwaukee, Wisconsin for further scrutiny.

357.    On September 13, 2019, Inspector Fink received a federal search warrant, issued by United States Magistrate Judge William E. Duffin, Eastern District of Wisconsin, for this parcel. Upon execution of the search warrant, case agents discovered the parcel contained suspected cocaine with a gross weight of approximately 1,012 grams and the kilogram depicted a "HERMES" stamp on one side.

358.    On October 8, 2019, a U.S. Postal Service surveillance camera captured an image of Keishla ORENCH-FELICIANO shipping USPS Priority Mail parcel 9505510977179281341437 from the Mayaguez Post Office, located in western Puerto Rico. A review of USPS records revealed that the parcel weighed approximately 8 lbs. 6 ounces. The parcel's shipping label indicated it was sent from "Luis Roman, Urb. San Jose Calle Vista Mar #35 Mayaguez P.R. 00680." The parcel bore a handwritten label addressed to "Julio Seda, 1968 S 8th St Lower, Milwaukee Wi 53204." A search of a law enforcement database revealed no person by the name of Julio Seda currently lives, or has lived, at 1968 South 8th Street, Milwaukee, WI 53204. Based upon their training, experience, and familiarity with the investigation, case agents believe the weight of the package is consistent with approximately one to two kilograms of cocaine.

*DTO members discuss another cocaine laden parcel sent by Keishla ORENCH-FELICIANO*

359.    Case agents' review of USPS records revealed that USPS Priority Mail parcel 9505510977179281341437 was delivered on October 10, 2019, at approximately 2:13 p.m. On October 10, 2019, at approximately 2:12 p.m., Jomar LABOY-SILVA and GONZALEZ-COLLADO spoke by telephone. LABOY-SILVA called GONZALEZ-COLLADO (i.e. TARGET

TELEPHONE-5) and stated, "Done. Come over here." GONZALEZ-COLLADO responded, "I'll go over there right now." Based upon their training, experience, and familiarity with the investigation, case agents believe LABOY-SILVA had just received the parcel shipped by Keishla ORENCH-FELICIANO and advised GONZALEZ-COLLADO that the package had been delivered and was ready to be picked up.

## Wilberto SANTIAGO-MARTINEZ

360.    Wilberto SANTIAGO-MARTINEZ is an Hispanic male born on March 30, 1981. He resides at 2151 South 16th Street, Milwaukee, Wisconsin. This has been confirmed by investigation and surveillance. The investigation to date has revealed that SANTIAGO-MARTINEZ is a mid-level distributor of cocaine for at least one member of the DTO, and requests distribution quantities of narcotics. Between June 20, 2019, and December 27, 2019, over 40 intercepted communications occurred between SANTIAGO-MARTINEZ utilizing telephone number (414) 501-9716 and DTO Target Telephone numbers that were deemed criminal and pertinent in nature.[16]

361.    On October 24, 2019, intercepted communication occurred between Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-7) and SANTIAGO-MARTINEZ. At 11:22 a.m., SANTIAGO-MARTINEZ called Hector Yamil RODRIGUEZ-RODRIGUEZ on TARGET TELEPHONE-7 stating, "Buddy this is my number. When you called, it didn't come out." Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "Okay, that's fine. Go ahead. I will call you back."

---

[16] See also paragraphs 206-207 *supra*, for a discussion of two undercover cocaine purchases from ROSA and SANTIAGO-MARTINEZ in December, 2018.

*Hector Yamil RODRIGUEZ-RODRIGUEZ supplied SANTIAGO-MARTINEZ with five grams of heroin*

362.    Later on October 24, 2019, 12:15 p.m., Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-7) called SANTIAGO-MARTINEZ asking, "Hey where are you?" SANTIAGO-MARTINEZ responded, "At the barbershop on 62nd and Lincoln." Hector Yamil RODRIGUEZ-RODRIGUEZ stated, "Oh, I am on Cleveland and 10th." SANTIAGO-MARTINEZ related to Hector Yamil RODRIGUEZ-RODRIGUEZ that once he finished with the haircut he would return Hector Yamil RODRIGUEZ-RODRIGUEZ' call. Based upon their training, experience, and familiarity with the investigation, case agents know SANTIAGO-MARTINEZ has worked at barbershops within Southeastern Wisconsin.

363.    Later on October 24, 2019, 1:24 p.m., SANTIAGO-MARTINEZ called Hector Yamil RODRIGUEZ-RODRIGUEZ using TARGET TELEPHONE-7 and asked, "Did you tell me on 10th and Cleveland?" Hector Yamil RODRIGUEZ-RODRIGUEZ confirmed the location with SANTIAGO-MARTINEZ. SANTIAGO-MARTINEZ replied, "Alright I am on my way. I am turning on 16th." SANTIAGO-MARTINEZ asked, "Listen up how many are you going to give me? He gives me 20 but ...." Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "Five." SANTIAGO-MARTINEZ replied, "That's fine. Not a problem. We'll be there." Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ supplied SANTIAGO-MARTINEZ with five grams of heroin because heroin is commonly sold in five gram increments.

*SANTIAGO-MARTINEZ paid Hector Yamil RODRIGUEZ-RODRIGUEZ drug money*

364.    On October 29, 2019, at 7:28 p.m., intercepted communication occurred between SANTIAGO-MARTINEZ and Hector Yamil RODRIGUEZ-RODRIGUEZ (i.e. TARGET TELEPHONE-7). SANTIAGO-MARTINEZ asked, "Are you home, dude?" Hector Yamil

RODRIGUEZ-RODRIGUEZ replied, "Yes, dude." SANTIAGO-MARTINEZ stated, "I'm going to stop by to bring you a couple bucks." RODRIGUEZ-RODRIGUEZ answered, "Alright." Based upon their training, experience, and familiarity with the investigation, case agents believe SANTIAGO-MARTINEZ owed RODRIGUEZ-RODRIGUEZ for a past drug debt and was going to drop off the U.S. Currency at RODRIGUEZ-RODRIGUEZ's residence.

## Julio SEDA-MARTINEZ

365. Julio SEDA-MARTINEZ (a/k/a "Bebe," and "Bebo") is an Hispanic male born on January 2, 1981, who resides at 2428 South 9th Street, Milwaukee, Wisconsin. The investigation to date has revealed Julio SEDA-MARTINEZ is a lower-level distributor of cocaine for at least one member of GONZALEZ-COLLADO's DTO, and facilitates the receipt of Milwaukee-bound shipments of cocaine from Puerto Rico. SEDA-MARTINEZ has used cellular telephone assigned numbers (414) 233-1544, (414) 600-9108, (262) 693-2012, (414) 213-2279, (414) 406-7420, (414) 331-8436 and (262) 505-7250 all of which has been intercepted over the TARGET TELEPHONES. Between June 20, 2019 and December 27, 2019, over 400 intercepted communications have occurred between Julio SEDA-MARTINEZ and DTO Target Telephone numbers that were deemed criminal and pertinent in nature.

### *SEDA-MARTINEZ obtains cocaine and heroin for further distribution*
### *SEDA-MARTINEZ obtains cocaine and heroin from GONZALEZ-COLLADO and APONTE-LEBRON, and discusses price increases and overdose of heroin customer*

366. On numerous occasions, SEDA-MARTINEZ obtained cocaine or heroin for further distribution from GONZALEZ-COLLADO, Hector Yamil RODRIGUEZ-RODRIGUEZ, and their associates. For instance, on August 8, 2019, at 10:13 a.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) received a call from (414) 331-8436 (i.e., SEDA-MARTINEZ). During the intercepted call, SEDA-MARTINEZ said, "I need two." APONTE-LEBRON asked,

"Two what?" SEDA-MARTINEZ replied, "Halves." APONTE-LEBRON asked, "Two of fourteen?" SEDA-MARTINEZ said, "Yes." APONTE-LEBRON asked, "For when?" SEDA-MARTINEZ replied, "[I]n an hour and a half or two hours, so have it ready." APONTE-LEBRON said, "I will get it fast. I don't want to be going around with that because things are hot." Based upon their training, experience, and familiarity with the investigation, case agents believe SEDA-MARTINEZ requested two half-ounce (i.e., 14 gram) quantities of cocaine for further distribution. APONTE-LEBRON indicated he would retrieve the cocaine closer to when SEDA-MARTINEZ needed it to avoid any unnecessary risk of seizure by law enforcement.

367. On August 8, 2019, at 10:33 a.m., TARGET TELEPHONE-2 (i.e., APONTE-LEBRON) received a call from (414) 331-8436 (i.e., SEDA-MARTINEZ). During the intercepted call, APONTE-LEBRON asked, "Cheito did not tell you yesterday?" SEDA-MARTINEZ asked, "What?" APONTE-LEBRON replied, "The ounces went up $50 and the other ones went up $25 . . . the fourteens." Based upon their training, experience, and familiarity with the investigation, case agents believe APONTE-LEBRON notified SEDA-MARTINEZ that GONZALEZ-COLLADO increased the price of ounce and half-ounce quantities of cocaine.

368. Later in the conversation, SEDA-MARTINEZ asked, "[I]f you have some of that one, you already know . . . " APONTE-LEBRON interjected, "There is no more of that; it's gone." SEDA-MARTINEZ repeated, "It's gone?" APONTE-LEBRON said, "Yes." SEDA-MARTINEZ commented, "Because the other one is too potent. The other one dropped my friend to the ground." Based upon their training, experience, and familiarity with the investigation, case agents believe SEDA-MARTINEZ was referring to heroin when inquiring about the availability of the "other one." Furthermore, SEDA-MARTINEZ disclosed the heroin previously supplied by APONTE-LEBRON was so potent that it caused a friend to overdose (i.e., he dropped to the ground).

APONTE-LEBRON asked, "That was the last one, right?" SEDA-MARTINEZ replied, "Yes, last one, the one you brought me," confirming the potent heroin was indeed supplied by APONTE-LEBRON. APONTE-LEBRON commented, "I told you that that was good." SEDA-MARTINEZ responded, "It dropped him to the floor, really fucked," and continued, "I had to give him two shocks of that – that revives people when they overdose," indicating he used Narcan to revive his friend who experienced a heroin overdose. APONTE-LEBRON said, "The thing is that that was in the living room of [unintelligible] and I said, "Devil, if this fucker dies here, then I am really fucked," indicating he was responsible for providing the heroin to his friend.

### SEDA-MARTINEZ obtains cocaine from Hector Yamil RODRIGUEZ-RODRIGUEZ and disputes drug debt

369.    On September 25, 2019, at 12:24 a.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received the following text from (414) 406-7420 (i.e., SEDA-MARTINEZ): "Fucker and the 2 oz." Based upon their training, experience, and familiarity with the investigation, case agents believe SEDA-MARTINEZ was inquiring about two ounces of cocaine.

370.    On September 25, 2019, at 10:59 a.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) received a call from (414) 406-7420 (i.e., SEDA-MARTINEZ). During the intercepted call, SEDA-MARTINEZ said, "I need two and two." Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Let me see . . . [unintelligible] at home. I am waiting for something today," indicating his cocaine supply would be replenished that day. SEDA-MARTINEZ said, "Look, at least 2 beforehand." Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "Let me go to the house and I will check," indicating he would see if he had the requested quantity of cocaine at his residence.

371.    On September 25, 2019, at 12:39 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (414) 406-7420 (i.e., SEDA-MARTINEZ). During the intercepted call, Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Listen to me . . . how much did you give to Tufo?" SEDA-MARTINEZ replied, "I gave him . . . . mmmm 1,970," indicating he paid CORTES-IRIZARRY $1,970 for the cocaine. Hector Yamil RODRIGUEZ-RODRIGUEZ asked, "Wasn't it $4,000 or was it not $4,000?" SEDA-MARTINEZ replied, "It was two ounces, fucker," indicating he purchased only two ounces of cocaine from CORTES-IRIZARRY. Hector Yamil RODRIGUEZ-RODRIGUEZ responded, "It was 3.5 and the half that you had . . . or is it not like that?" SEDA-MARTINEZ replied, "No, fucker!" Hector Yamil RODRIGUEZ-RODRIGUEZ said, "It was 2.5 and half that you had. Remember that you took half first, that you had at your house and then you got 2.5." SEDA-MARTINEZ responded, "Fucker, I squared that away with you two days ago!" Hector Yamil RODRIGUEZ-RODRIGUEZ replied, "Cock sucker, I haven't seen you since two days ago." Based upon their training, experience, and familiarity with the investigation, case agents believe Hector Yamil RODRIGUEZ-RODRIGUEZ and SEDA-MARTINEZ were disputing the money SEDA-MARTINEZ owed for cocaine previously supplied to SEDA-MARTINEZ.

### *SEDA-MARTINEZ mails drug proceeds*

#### *SEDA-MARTINEZ mails drug proceeds to Puerto Rico*

372.    On August 7, 2019, at 5:32 p.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) called (414) 331-8436, used by SEDA-MARTINEZ. During the intercepted call, SEDA-MARTINEZ said, "It's me Bebe. I am here at the house." APONTE-LEBRON said, "Come on, so we can go send a box that Cheito (i.e., GONZALEZ-COLLADO) is sending." On the same date, at 5:43 p.m., U.S. Postal Service surveillance cameras captured SEDA-MARTINEZ carrying a USPS priority medium flat rate package into the West Milwaukee Post Office. The

package was addressed to "Moises Gonzalez, Balboa 33 PMB 204, Mayaguez, PR 00680." SEDA-MARTINEZ was not the person listed as the return addressee. Based upon their training, experience, and familiarity with the investigation, case agents believe SEDA-MARTINEZ was mailing drug proceeds to Mayaguez, Puerto Rico, a municipality investigators identified as a place where known or suspected cocaine-laden parcels are mailed to locations in the continental United States, including Milwaukee, Wisconsin.

373. On September 11, 2019, at 4:51 p.m., U.S. Postal Service surveillance cameras captured SEDA-MARTINEZ carrying a USPS priority medium flat rate package into the Harbor Post Office. The package was again addressed to "Moises Gonzalez, Balboa 33 PMB 204, Mayaguez P.R. 00680." SEDA-MARTINEZ was not the person listed as the return addressee. Based upon their training, experience, and familiarity with the investigation, case agents believe SEDA-MARTINEZ was mailing drug proceeds to Mayaguez, Puerto Rico, a municipality investigators identified as a place where known or suspected cocaine-laden parcels are mailed to locations in the continental United States, including Milwaukee, Wisconsin.

*SEDA-MARTINEZ mails drug proceeds to Mission, Texas*

374. On August 21, 2019, at 1:08 p.m., TARGET TELEPHONE-8 (i.e., GONZALEZ-COLLADO) called TARGET TELEPHONE-4 (i.e., APONTE-LEBRON). During the intercepted call, GONZALEZ-COLLADO said, "[Y]ou can come to pick a box up, because . . . I'll prepare another one." Later in the conversation, APONTE-LEBRON said, "I'll pick Bebe up so he can drop that one off." GONZALEZ-COLLADO said, "That is fine," and continued, "because when you get here, you have to drop this one off and another one." APONTE-LEBRON asked, "Which one?" GONZALEZ-COLLADO said, "You can send the other as a regular package; there is no money in there." APONTE-LEBRON answered, "Okay, then." GONZALEZ-COLLADO said,

"Bebe can send this one," indicating SEDA-MARTINEZ, who is known by the nickname "Bebe," would send the money-laden parcel.

375. On August 21, 2019, at 2:27 p.m., investigators observed APONTE-LEBRON arrive at 6652 N. 43rd Street, Milwaukee, Wisconsin (i.e., GONZALEZ-COLLADO's residence) in his vehicle. APONTE-LEBRON entered the residence empty handed. At 2:37 p.m., APONTE-LEBRON exited the residence and returned to his vehicle with two packages. Investigators observed GONZALEZ-COLLADO speak with APONTE-LEBRON before APONTE-LEBRON departed the residence. At 3:01 p.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) received a call from (414) 676-7528, used by Enid MARTINEZ. During the intercepted call, APONTE-LEBRON said, "I'm around 13th to go pick up Bebe," indicating he would be picking up SEDA-MARTINEZ.

376. On August 21, 2019, at 3:16 p.m., U.S. Postal Service surveillance cameras captured SEDA-MARTINEZ carrying a package into the Harbor Post Office, located at 1416 South 11th Street, Milwaukee, Wisconsin. The package was addressed to "Daniel de la Cruz, 2800 Abbot Avenue, Mission, TX 78574." Mission, Texas is situated near the U.S. border with Mexico. The package was mailed on the same date. USPI Fink obtained a warrant to search the contents of the package before it was returned to the stream of mail. The package contained $20,000 in U.S. currency. GPS data indicated TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) was within 16 meters of the Harbor Post Office at 3:20 p.m. on August 21, 2019.

377. On August 21, 2019, at 4:04 p.m., TARGET TELEPHONE-4 (i.e., APONTE-LEBRON) received a call from TARGET TELEPHONE-8 (i.e., GONZALEZ-COLLADO). During the intercepted call, GONZALEZ-COLLADO asked, "Did you send that?" APONTE-LEBRON replied, "Yes," and later noted, "Bebe sent one," indicating SEDA-MARTINEZ had

mailed the money-laden package. Based upon their training, experience, and familiarity with the investigation, case agents believe SEDA-MARTINEZ's money-laden mailing to the border region, a source area for illegal drugs, constituted proceeds from the sale of illegal drugs.

*SEDA-MARTINEZ facilitates the receipt of kilogram-quantities of cocaine in Milwaukee*

378. U.S. Postal Service records revealed that six parcels were delivered to SEDA-MARTINEZ's residence, located at 2428 South 9th Street, Milwaukee, Wisconsin. For example, on September 5, 2019, a 9-pound 13 ounce parcel was shipped from Cabo Rojo, Puerto Rico, to Julio Martinez at 2428 South 9th Street, Milwaukee, Wisconsin. Based upon their training, experience, and familiarity with the investigation, case agents believe this parcel, as well as the other comparable parcels mailed to this address, contained kilogram-quantities of cocaine. Furthermore, according to CS-2, SEDA-MARTINEZ, at the behest of GONZALEZ-COLLADO and his associates, retrieves cocaine-laden parcels sent from Puerto Rico.

## Jose M. AVILES-GONZALEZ

379. JOSE M. AVILES-GONZALEZ, (a/k/a "Josema" and "Manuel") is an Hispanic male born on June 12, 1994. He resides at 120 E. National Avenue, #326, Milwaukee, Wisconsin 53204. A check of utilities through WE Energies revealed that services were established on August 4, 2019 in the name of Daisy M. VELEZ-COLLET. AVILES-GONZALEZ is a mid-level cocaine distributor, who is supplied by GONZALEZ-COLLADO and his associates. Between June 20, 2019 and December 27, 2019, over 90 intercepted communications deemed criminal and pertinent have occurred between AVILES-GONZALEZ, using cellular phone number (414) 393-7182,[17] and various TARGET TELEPHONE numbers.

---

[17] On December 3, 2019, while conducting surveillance at the Golden Domes Apartments, investigators observed AVILES-GONZALEZ exiting the apartment complex. At this time, an investigator called (414) 393-7182 and observed AVILES-GONZALEZ immediately answer his cellular phone, confirming that he was the user of (414) 393-7182.

*AVILES-GONZALEZ and GONZALEZ-COLLADO discuss kilogram
and half-kilogram prices for cocaine*

380. On October 12, 2019, at 1:19 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) received a call from (414) 393-7182, used by AVILES-GONZALEZ. During the intercepted call, GONZALEZ-COLLADO said, "I have some stuff around faggot." AVILES-GONZALEZ asked, "Yeah?" GONZALEZ-COLLADO replied, "Yes, I can give it to you for 19 ½ for half and a whole one for 31." Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO offered to sell AVILES-GONZALEZ 500 grams (one-half kilogram) of cocaine for $19,500 or a kilogram of cocaine for $31,000. AVILES-GONZALEZ responded, "Um, let me… Um, well, I'm going to need half soon, because, um, I already grabbed something," indicating he would soon need 500 grams (one-half kilogram) of cocaine. AVILES-GONZALEZ added, "But I got it for 30," indicating he was already able to obtain a kilogram of cocaine for $30,000. AVILES-GONZALEZ reiterated, "But I'm going to need half either tomorrow or the following day." GONZALEZ-COLLADO responded, "Well, call me. I have it there fucker, and it looks . . . you have to see it, it looks badass," indicating he had good-quality cocaine available for AVILES-GONZALEZ should he need it.

*AVILES-GONZALEZ supplied 500 grams of cocaine by GONZALEZ-COLLADO*

381. On November 8, 2019, at 12:24 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called TARGET TELEPHONE-2 (i.e., APONTE-LEBRON). During the intercepted call, GONZALEZ-COLLADO said, "Viejo, do not take too long because I got half a 'tabla' for Josema." APONTE-LEBRON said, "And this one called me that he is going to take a complete one, I don't know. He told you?" GONZALEZ-COLLADO asked, "Who?" APONTE-LEBRON replied, "Steven." GONZALEZ-COLLADO subsequently said, "[O]pen that up and check how much there is. See if there is one and a half. If there is, give one to this faggot

(i.e., "Steven"), and half to Josema." Based upon their training, experience, and familiarity with the investigation, case agents believe GONZALEZ-COLLADO directed APONTE-LEBRON to open a newly arrived parcel to see if it contained 1.5 kilograms of cocaine; if so, APONTE-LEBRON was to give a kilogram of cocaine to "Steven," and 500 grams (one-half kilogram) of cocaine to AVILES-GONZALEZ.

382.    On November 8, 2019, at 3:41 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) received a call from (414) 393-7182 (i.e., AVILES-GONZALEZ). During the intercepted call, GONZALEZ-COLLADO asked, "Should I call him?" AVILES-GONZALEZ replied, "Yeah, call him to go pick it up," indicating he wanted GONZALEZ-COLLADO to have APONTE-LEBRON obtain 500 grams (one-half kilogram) of cocaine for him. At 3:42 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called TARGET TELEPHONE-2 (i.e., APONTE-LEBRON). During the intercepted call, GONZALEZ-COLLADO said, "Josema just called me." APONTE-LEBRON responded, "He called you? Tell him to wait for me in the house too. I'm going there now," indicating he would meet AVILES-GONZALEZ to conduct the cocaine transaction.    GONZALEZ-COLLADO said, "Alright."    At 3:43 p.m., TARGET TELEPHONE-9 (i.e., GONZALEZ-COLLADO) called (414) 393-7182 (i.e., AVILES-GONZALEZ). During the intercepted call, GONZALEZ-COLLADO said, "He is over there," indicating APONTE-LEBRON was ready to conduct the cocaine transaction.    AVILES-GONZALEZ responded, "I'm going over there."

383.    On November 12, 2019, at approximately 1:56 p.m., TARGET TELEPHONE-9, (i.e., GONZALEZ-COLLADO) called (414) 393-7182 (i.e., AVILES-GONZALEZ). During the intercepted call, GONZALEZ-COLLADO inquired about the quality of the cocaine he recently supplied by asking, "Hey, you liked that right?" AVILES-GONZALEZ replied, "Yeah. That was

good." Later in the same conversation, GONZALEZ-COLLADO stated, "Well let me know. I have more of that," indicating he had more cocaine available for AVILES-GONZALEZ. AVILES-GONZALEZ asked, "You have more? Okay then. When I have a little less. I have around six left. Around that. I'll call you."

*AVILES-GONZALEZ identifies Hector Yamil RODRIGUEZ-RODRIGUEZ as an additional kilogram-quantity cocaine source*

384. On December 1, 2019, at 4:41 p.m., TARGET TELEPHONE-6 (i.e., Hector Yamil RODRIGUEZ-RODRIGUEZ) called (414) 393-7182 (i.e., AVILES-GONZALEZ). During the intercepted call, AVILES-GONZALEZ said, "I called you a while ago for a [unintelligible] half because I didn't have any," and continued, "or a complete one. I didn't have any left but I was able to figure it out, I called you a bunch of times, called Vlado too, and nobody answered me." Based upon their training, experience, and familiarity with the investigation, case agents believe AVILES-GONZALEZ had unsuccessfully sought Hector Yamil RODRIGUEZ-RODRIGUEZ, and his brother, Vladimir RODRIGUEZ-RODRIGUEZ to purchase 500 grams (one-half kilogram) or a kilogram of cocaine, but was able to find an alternative cocaine source.

## VI. COMPUTERS, ELECTRONIC STORAGE, AND FORENSIC ANALYSIS

385. As described above and in Attachment B, this application seeks permission to search for records that might be found on the PREMISES, in whatever form they are found. One form in which the records might be found is data stored on a computer's hard drive or other storage media. Thus, the warrant applied for would authorize the seizure of electronic storage media or, potentially, the copying of electronically stored information, all under Rule 41(e)(2)(B).

386. *Probable cause.* I submit that if a computer or storage medium is found on the PREMISES, there is probable cause to believe those records will be stored on that computer or storage medium, for at least the following reasons:

Case 2:20-mj-00833-WEC   Filed 02/18/20   Page 215 of 223   Document 1-1

a. Based on my knowledge, training, and experience, I know that computer files or remnants of such files can be recovered months or even years after they have been downloaded onto a storage medium, deleted, or viewed via the Internet. Electronic files downloaded to a storage medium can be stored for years at little or no cost. Even when files have been deleted, they can be recovered months or years later using forensic tools. This is so because when a person "deletes" a file on a computer, the data contained in the file does not actually disappear; rather, that data remains on the storage medium until it is overwritten by new data.

b. Therefore, deleted files, or remnants of deleted files, may reside in free space or slack space—that is, in space on the storage medium that is not currently being used by an active file—for long periods of time before they are overwritten. In addition, a computer's operating system may also keep a record of deleted data in a "swap" or "recovery" file.

c. Wholly apart from user-generated files, computer storage media—in particular, computers' internal hard drives—contain electronic evidence of how a computer has been used, what it has been used for, and who has used it. To give a few examples, this forensic evidence can take the form of operating system configurations, artifacts from operating system or application operation, file system data structures, and virtual memory "swap" or paging files. Computer users typically do not erase or delete this evidence, because special software is typically required for that task. However, it is technically possible to delete this information.

d. Similarly, files that have been viewed via the Internet are sometimes automatically downloaded into a temporary Internet directory or "cache."

387. *Forensic evidence.* As further described in Attachment B, this application seeks permission to locate not only computer files that might serve as direct evidence of the crimes described on the warrant, but also for forensic electronic evidence that establishes how computers were used, the purpose of their use, who used them, and when. There is probable cause to believe that this forensic electronic evidence will be on any storage medium in the PREMISES because:

a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file). Virtual memory paging systems can leave traces of information on the storage medium that show what tasks and processes were recently active. Web browsers, e-mail programs, and chat programs store configuration information on the storage medium that can reveal

information such as online nicknames and passwords. Operating systems can record additional information, such as the attachment of peripherals, the attachment of USB flash storage devices or other external storage media, and the times the computer was in use. Computer file systems can record information about the dates files were created and the sequence in which they were created, although this information can later be falsified.

b.      As explained herein, information stored within a computer and other electronic storage media may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, information stored within a computer or storage media (e.g., registry information, communications, images and movies, transactional information, records of session times and durations, internet history, and anti-virus, spyware, and malware detection programs) can indicate who has used or controlled the computer or storage media. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. The existence or absence of anti-virus, spyware, and malware detection programs may indicate whether the computer was remotely accessed, thus inculpating or exculpating the computer owner. Further, computer and storage media activity can indicate how and when the computer or storage media was accessed or used. For example, as described herein, computers typically contain information that log: computer user account session times and durations, computer activity associated with user accounts, electronic storage media that connected with the computer, and the IP addresses through which the computer accessed networks and the internet. Such information allows investigators to understand the chronological context of computer or electronic storage media access, use, and events relating to the crime under investigation. Additionally, some information stored within a computer or electronic storage media may provide crucial evidence relating to the physical location of other evidence and the suspect. For example, images stored on a computer may both show a particular location and have geolocation information incorporated into its file data. Such file data typically also contains information indicating when the file or image was created. The existence of such image files, along with external device connection logs, may also indicate the presence of additional electronic storage media (e.g., a digital camera or cellular phone with an incorporated camera). The geographic and timeline information described herein may either inculpate or exculpate the computer user. Last, information stored within a computer may provide relevant insight into the computer user's state of mind as it relates to the offense under investigation. For example, information within the computer may indicate the owner's motive and intent to commit a crime (e.g., internet searches indicating criminal planning), or consciousness of guilt (e.g., running a "wiping" program to destroy

217

evidence on the computer or password protecting/encrypting such evidence in an effort to conceal it from law enforcement).

c.     A person with appropriate familiarity with how a computer works can, after examining this forensic evidence in its proper context, draw conclusions about how computers were used, the purpose of their use, who used them, and when.

d.     The process of identifying the exact files, blocks, registry entries, logs, or other forms of forensic evidence on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. While it is possible to specify in advance the records to be sought, computer evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e.     Further, in finding evidence of how a computer was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium. For example, the presence or absence of counter-forensic programs or anti-virus programs (and associated data) may be relevant to establishing the user's intent.

f.     I know that when an individual uses a computer to operate a website that is used for illegal conduct, the individual's computer will generally serve both as an instrumentality for committing the crime, and also as a storage medium for evidence of the crime. The computer is an instrumentality of the crime because it is used as a means of committing the criminal offense. The computer is also likely to be a storage medium for evidence of crime. From my training and experience, I believe that a computer used to commit a crime of this type may contain: data that is evidence of how the computer was used; data that was sent or received; notes as to how the criminal conduct was achieved; records of Internet discussions about the crime; and other records that indicate the nature of the offense.

388.   *Necessity of seizing or copying entire computers or storage media.* In most cases, a thorough search of a premises for information that might be stored on storage media often requires the seizure of the physical storage media and later off-site review consistent with the warrant. In lieu of removing storage media from the premises, it is sometimes possible to make an image copy of storage media. Generally speaking, imaging is the taking of a complete electronic

Case 2:20-mj-00833-WEC   Filed 02/18/20   Page 218 of 223   Document 1-1

picture of the computer's data, including all hidden sectors and deleted files. Either seizure or

imaging is often necessary to ensure the accuracy and completeness of data recorded on the storage

media, and to prevent the loss of the data either from accidental or intentional destruction. This is

true because of the following:

- a. The time required for an examination. As noted above, not all evidence takes the form of documents and files that can be easily viewed on site. Analyzing evidence of how a computer has been used, what it has been used for, and who has used it requires considerable time, and taking that much time on premises could be unreasonable. As explained above, because the warrant calls for forensic electronic evidence, it is exceedingly likely that it will be necessary to thoroughly examine storage media to obtain evidence. Storage media can store a large volume of information. Reviewing that information for things described in the warrant can take weeks or months, depending on the volume of data stored, and would be impractical and invasive to attempt on-site.

- b. Technical requirements. Computers can be configured in several different ways, featuring a variety of different operating systems, application software, and configurations. Therefore, searching them sometimes requires tools or knowledge that might not be present on the search site. The vast array of computer hardware and software available makes it difficult to know before a search what tools or knowledge will be required to analyze the system and its data on the Premises. However, taking the storage media off-site and reviewing it in a controlled environment will allow its examination with the proper tools and knowledge.

- c. Variety of forms of electronic media. Records sought under this warrant could be stored in a variety of storage media formats that may require off-site reviewing with specialized forensic tools.

389. *Nature of examination.* Based on the foregoing, and consistent with Rule

41(e)(2)(B), the warrant I am applying for would permit seizing, imaging, or otherwise copying

storage media that reasonably appear to contain some or all of the evidence described in the

warrant, and would authorize a later review of the media or information consistent with the

warrant. The later review may require techniques, including but not limited to computer-assisted

scans of the entire medium, that might expose many parts of a hard drive to human inspection in order to determine whether it is evidence described by the warrant.

390. Because multiple people share the PREMISES as a residence, it is possible that the PREMISES will contain storage media that are predominantly used, and perhaps owned, by persons who are not suspected of a crime. If it is nonetheless determined that that it is possible that the things described in this warrant could be found on any of those computers or storage media, the warrant applied for would permit the seizure and review of those items as well.

391. *Unlocking Apple brand devices:* I know based on my training and experience, as well as from information found in publicly available materials including those published by Apple, that Apple devices are used by many people in the United States, and that some models of Apple devices such as iPhones and iPads offer their users the ability to unlock the device via the use of a fingerprint or thumbprint (collectively, "fingerprint") in lieu of a numeric or alphanumeric passcode or password. This feature is called Touch ID.

> a. If a user enables Touch ID on a given Apple device, he or she can register up to 5 fingerprints that can be used to unlock that device. The user can then use any of the registered fingerprints to unlock the device by pressing the relevant finger(s) to the device's Touch ID sensor, which is found in the round button (often referred to as the "home" button) at the bottom center of the front of the device. In my training and experience, users of Apple devices that offer Touch ID often enable it because it is considered to be a more convenient way to unlock the device than by entering a numeric or alphanumeric passcode or password, as well as a more secure way to protect the device's contents. This is particularly true when the user(s) of the device are engaged in criminal activities and thus have a heightened concern about securing the contents of the device.

> b. In some circumstances, a fingerprint cannot be used to unlock a device that has Touch ID enabled, and a passcode or password must be used instead. These circumstances include: (1) when more than 48 hours has passed since the last time the device was unlocked and (2) when the device has not been unlocked via Touch ID in 8 hours and the passcode or password has not been entered in the last 6 days. Thus, in the event law enforcement encounters a locked Apple device, the opportunity to unlock the device via

Touch ID exists only for a short time. Touch ID also will not work to unlock the device if (1) the device has been turned off or restarted; (2) the device has received a remote lock command; and (3) five unsuccessful attempts to unlock the device via Touch ID are made.

c.    If Touch ID enabled Apple devices are found during a search of the PREMISES, the passcode or password that would unlock such the devices are presently unknown to law enforcement. Thus, it will likely be necessary to press the finger(s) of the user(s) of any Apple device(s) found during the search of the PREMISES to the device's Touch ID in an attempt to unlock the device for the purpose of executing the search authorized by this warrant. Attempting to unlock the relevant Apple device(s) via Touch ID with the use of the fingerprints of the user(s) is necessary because the government may not otherwise be able to access the data contained on those devices for the purpose of executing the search authorized by this warrant.

d.    In my training and experience, the person who is in possession of a device or has the device among his or her belongings at the time the device is found is likely a user of the device. However, in my training and experience, that person may not be the only user of the device whose fingerprints are among those that will unlock the device via Touch ID, and it is also possible that the person in whose possession the device is found is not actually a user of that device at all. Furthermore, in my training and experience, I know that in some cases it may not be possible to know with certainty who is the user of a given device, such as if the device is found in a common area of a premises without any identifying information on the exterior of the device. Thus, it will likely be necessary for law enforcement to have the ability to require any occupant of the premises to press their finger(s) against the Touch ID sensor of the locked Apple device(s) found during the search of the PREMISES in order to attempt to identify the device's user(s) and unlock the device(s) via Touch ID.

e.    Although I do not know which of a given user's 10 fingerprints is capable of unlocking a particular device, based on my training and experience I know that it is common for a user to unlock a Touch ID-enabled Apple device via the fingerprints on thumbs or index fingers. In the event that law enforcement is unable to unlock the Apple device(s) found in the PREMISES as described above within the five attempts permitted by Touch ID, this will simply result in the device requiring the entry of a password or passcode before it can be unlocked.

392.    Due to the foregoing, I request that the Court authorize law enforcement to press the fingers (including thumbs) of individuals found at the PREMISES to the Touch ID sensor of the Apple brand device(s), such as an iPhone or iPad, found at the PREMISES for the purpose of

attempting to unlock the device via Touch ID in order to search the contents as authorized by this warrant.

## VII. REQUEST FOR NIGHTIME SERVICE

393.    I request that the Court authorize law enforcement authorities to serve warrants during the nighttime, specifically 4:00 a.m., as set forth under Fed. R. Crim. Proc. 41(e)(2)(A)(ii). Good cause for nighttime service exists because as discussed above, the defendants listed herein are involved in trafficking significant amounts of narcotics across state lines and are known to purchase firearms. Arrest and search warrants are sought/will be sought for defendants in both Milwaukee, Wisconsin, and Puerto Rico. Case agents seek to simultaneously execute all warrants in both Puerto Rico and Milwaukee, Wisconsin. Puerto Rico is two hours ahead of Milwaukee, and because the Puerto Rican based targets are known to rise early in the morning, these warrants must be executed at 6:00 a.m., or shortly thereafter. Delaying the execution of these warrants for two hours is thus unfeasible, putting law enforcement at risk. Arrest warrants are sought herein for QUINONES-RIOS, CONCEPCION-RIVERA, and Roberto ORENCH-FELICIANO. Homeland Security Investigation agents based in Puerto Rico have learned that ORENCH-FELICIANO's residence is next to a commercial business known to house local narcotics dealers who also serve as lookouts.    The residences of both QUINONES-RIOS and CONCEPCION-RIVERA are surrounded by family members. If the Wisconsin warrants are not executed prior to 6:00 a.m., because of the difference in time DTO family members in Puerto Rico have the ability to notify Milwaukee based DTO members. Thus, advance notice to DTO members in Milwaukee will potentially endanger law enforcement as they will lose the element of surprise, and this increases the risk of flight, and movement and/or evidence destruction sought through the search warrants.

## VIII. CONCLUSION

394.    Based on the forgoing, I believe there is probable cause to believe that the following individuals have and are committing violations of federal law, including Title 21, United States Code, Sections 841, 843, and 846; and Title 18, United States Code, Sections 1956(h) and 2. These individuals are:    David QUINONES-QUINONES, David Joel QUINONES-RIOS, Roberto ORENCH-FELICIANO, Carlos Omar CONCEPCION-RIVERA, Yashira Jehovalis CORTES-NIEVES, Jose GONZALEZ-COLLADO, Hector Yamil RODRIGUEZ-RODRIGUEZ, Marcos APONTE-LEBRON, Vladimir RODRIGUEZ-RODRIGUEZ, Steven CORTES-IRIZARRY, Keven TORRES-BONILLA, Andros MARTINEZ-PELLOT, Eric ROSA, Kadeja LEWIS, Yadier ROSARIO, Julio RIVERA-RAMIREZ, Rafael RIVERA-HERNANDEZ, Ricardo BONILLA, Jose BURGOS-RIVERA, Jomar LABOY-SILVA, Enid MARTINEZ, Alexander MORALES-RIVERA, Keishla M. ORENCH-FELICIANO, Wilberto SANTIAGO-MARTINEZ, Julio SEDA-MARTINEZ, Jose M. AVILES-GONZALEZ. I further believe that there is probable to believe that located at and in the property described in Attachment A, there is evidence of drug trafficking and fruits, instrumentalities and proceeds of drug trafficking, all of which is detailed more specifically in Attachment B, Items to be Seized.